# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare, <br><br> Defendant. | Civil Action No. 3:20-cv-00240 <br> Chief District Judge Crenshaw <br> Magistrate Judge Newbern |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 12(b)(1), as set forth in the accompanying memorandum, Defendant respectfully moves to dismiss this case for lack of subject-matter jurisdiction.

November 12, 2021

Herbert H. Slatery III
Attorney General and Reporter

Sue A. Sheldon TN BPR #15295
Senior Assistant Attorney General
Meredith Bowen TN BPR #34044
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
(615) 741-2640
meredith.bowen@ag.tn.gov

Respectfully submitted,

/s/ Michael W. Kirk
Michael W. Kirk*
Nicole J. Moss*
William V. Bergstrom*

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
mkirk@cooperkirk.com
nmoss@cooperkirk.com
wbergstrom@cooperkirk.com

*Appearing *pro hac vice*

*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on this 12th day of November, 2021.

| | |
|---|---|
| Gordon Bonnyman, Jr.<br>Michele M. Johnson<br>Catherine M. Kaiman<br>Vanessa Zapata<br>TENNESSEE JUSTICE CENTER<br>211 7th Avenue N., Ste. 100<br>Nashville, TN 37219 | Elizabeth Edwards<br>Sarah Grusin<br>Jane Perkins<br>NATIONAL HEALTH LAW PROGRAM<br>200 N. Greensboro St., Ste. D-13<br>Carrboro, NC 27510 |
| Jennifer M. Selendy<br>Faith E. Gay<br>Andrew R. Dunlap<br>Babak Ghafarzade<br>Amy Nemetz<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104 | Gregory Lee Bass<br>NATIONAL CENTER FOR LAW AND<br>ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001 |

       /s/ Michael W. Kirk
       Michael W. Kirk