# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare, <br><br> Defendant. | Civil Action No. 3:20-cv-00240 <br><br> Class Action <br><br> Judge Crenshaw <br> Magistrate Newbern |

**PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

In accordance with the Court's scheduling orders (Doc. Nos. 106 and 138), Plaintiffs move the Court pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure for certification of a Plaintiff Class defined as:

> All individuals who meet the eligibility criteria for TennCare coverage and who, since March 19, 2019, have been or will be disenrolled from TennCare. The class excludes individuals, and the parents and legal guardians of individuals, whose termination is due to a requested withdrawal from the TennCare program.

Plaintiffs also move for certification of a subclass, represented by S.L.C., Michael S. Hill, William C. Monroe, Linda Rebeaud, and Johnny Walker, referred to as the Disability Subclass and consisting of all:

> Plaintiff Class members who are "qualified individuals with a disability" as defined in 42 U.S.C. § 12131(2).

This Motion is based on the accompanying Memorandum in Support, accompanying declarations and exhibits, allegations in the verified Complaint, and other evidence that may be presented to

1

the Court prior to its ruling on this Motion. Pursuant to Local Rule 7.01(a)(1), Plaintiffs' counsel have conferred with the Defendant's counsel of record, who state that their client opposes this motion.

Date: November 12, 2021.

Respectfully submitted,

 /s/  Catherine Millas Kaiman
*On Behalf of Counsel for Plaintiffs*

Michele Johnson TN BPR 16756
Gordon Bonnyman, Jr. TN BPR 2419
Catherine Millas Kaiman, TN BPR 38936
Vanessa Zapata, TN BPR 37873
TENNESSEE JUSTICE CENTER
211 7th Avenue North, Suite 100
Nashville, Tennessee 37219
Phone: (615) 255-0331
FAX: (615) 255-0354
gbonnyman@tnjustice.org
ckaiman@tnjustice.org
vzapata@tnjustice.org

Jane Perkins *(pro hac vice)*
Elizabeth Edwards *(pro hac vice)*
Sarah Grusin *(pro hac vice)*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
Telephone: (919) 968-6308
perkins@healthlaw.org
edwards@healthlaw.org
grusin@healthlaw.org

*Attorneys for Plaintiffs*

Gregory Lee Bass *(pro hac vice)*
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
Phone: (212) 633-6967
bass@nclej.org

Faith Gay *(pro hac vice)*
Jennifer M. Selendy *(pro hac vice)*
Andrew R. Dunlap *(pro hac vice)*
Amy Nemetz *(pro hac vice)*
Babak Ghafarzade *(pro hac vice)*
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Phone: (212) 390-9000
fgay@selendygay.com
jselendy@selendygay.com
adunlap@selendygay.com
anemetz@selendygay.com
bghafarzade@selendygay.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served via the Court's electronic filing system on this 12th day of November, 2021, on the following counsel of record:

Ms. Sue A. Sheldon, Senior Assistant Attorney General
Mr. Jeffrey L. Wilson, Assistant Attorney General
Meredith W. Bowen, Assistant Attorney General
Matthew P. Dykstra, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
Sue.Sheldon@ag.tn.gov
logan.wilson@ag.tn.gov
mbowen@ag.tn.gov
matthew.dykstra@ag.tn.gov

Mr. Michael Kirk
Ms. Nicole Moss
Mr. Harold S. Reeves
Mr. J. Joel Alicea
Mr. William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue,
NW Washington, D.C. 20036
mkirk@cooperkirk.com
nmoss@cooperkirk.com
hreeves@cooperkirk.com
jalicea@cooperkirk.com
wbergstrom@cooperkirk.com

/s/ Catherine Millas Kaiman
*On Behalf of Counsel for Plaintiffs*