UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:20-cv-00240 |
| STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare, | ) |
| Defendant. | ) |

## ORDER

The Court held a hearing in this matter on March 4, 2022. For the reasons stated on the record, the Court orders as follows:

(1) Defendant's Motion to Dismiss (Doc. No. 139) is **DENIED**.

(2) Plaintiffs may file a motion to amend the Complaint (Doc. No. 1) to add additional named plaintiffs within **30 days** of the entry of this Order.

(3) The parties shall confer regarding possible resolutions to this matter, and file a notice on the record stating they have done so, within **30 days** of the entry of this Order.

(4) Defendant must file a notice on the record **45 days** before lifting the existing moratorium on TennCare disenrollments.

(5) If Defendant terminates any TennCare enrollees' coverage during the existing moratorium, Defendant shall file a notice with this Court under seal stating the identity of the terminated enrollee and the reason for their termination. The parties shall confer regarding the optimal form these notices should take and the optimal frequency with which they should be filed. The parties shall present their proposal for these notices in a joint filing no later than **March 10,**

**2022**. The parties shall attach to that filing a list of the exceptions that allow for disenrollment during the moratorium.

    IT IS SO ORDERED.

                                                         _____
                                                         WAVERLY D. CRENSHAW, JR.
                                                         CHIEF UNITED STATES DISTRICT JUDGE