UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN SMITH,<br><br>    Defendant. | Case No. 3:20-cv-00240<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephonic hearing with counsel for the parties on October 26, 2022, regarding the issues raised in the parties' proposed amended case management order (Doc. No. 247). For the reasons stated in the conference, counsel are ORDERED to meet and confer regarding the schedule and scope of discovery to take place before the defendants file an anticipated motion for summary judgment. By November 1, 2022, the parties shall file a joint statement of their agreed discovery schedule and/or a statement of any issues remaining for the Court to resolve.

A telephone conference is set on November 2, 2022, at 1:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge