# EXHIBIT 1




# Tennessee Eligibility Determination System (TEDS) Project

# Notice Control Document – Pre Renewal Notice

TC-AMC-0000663083

## Document Control Information

**Document Edit History**

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---|---|---|---|
| v0.1 | 09/27/2021 | Baseline version | prakrutha Makonda |
| v0.1 | 10/11/2021 | Document included in the 10/11/2021 ADR Submission | Meghan Donahue |
| v0.1 | 12/14/2021 | Document approved with the approval of the 10/11/2021 ADR submission | Meghan Donahue |

## Table of Contents

1. Notice Information ........................................................................................................5
   1.1 Notice Summary ......................................................................................................5
   1.2 Notice Triggering ....................................................................................................5
   1.3 Business Triggers ...................................................................................................6
2. Notice Template .............................................................................................................8
3. Notice Details ................................................................................................................31
4. Spanish Translation .....................................................................................................42

## 1. Notice Information

### 1.1 Notice Summary

| | |
|---|---|
| **Notice ID** | TN |
| **Notice Name** | Pre renewal Notice |
| **Notice Type** | Notice |
| **Description** | Pre renewal notice is sent after auto renewal and before the renewal packet, This letter is to the household know know that their renewal is coming. |
| **Recipient(s)** | Head of Household and Authorized Representative (if applicable) |
| **Category of Eligibility** | All COEs, except for SSI, EMS, Foster Care, and Adoption Assistance |
| **Language(s)** | English/Spanish |
| **Other forms sent out with this notice** | N/A |
| **Attachments sent with this notice** | Other attachments sent with the Pre Renewal Notice include Special Help and Foreign Language Assistance. |
| **Notes** | This notice is sent as part of the Pre Renewal notice. The hierarchy is as follows. It's location is bolded:<br>1. Pre Renewal notice ← *Parent Letter*<br>2. Special Help<br>3. Foreign Language Assistance |

### 1.2 Notice Triggering

| | |
|---|---|
| **Manual Trigger?** | No |
| **Automatic Trigger?** | Yes |
| **Business Trigger(s)** | This notice will be triggered for individuals who are up for their renewal but will not be triggered if someone has already been auto renewed. This will be triggered a week prior to the renewal packet for all the individuals who will have a Renewal packet triggered. |

## 2. Notice Template
Below is a text representation of the form/notice as it will exist in TEDs. Yellow highlights indicate fields that will be derived from the TEDs application. Red highlights indicate manual fields that will be collected from the user at the time of generation. Blue text indicates a triggering condition for the section directly following the blue text.

**TN 420**



State of Tennessee
\<TennCare\>
P.O. Box \<TEDS POBox\>
\<TEDS City\>, \<TEDS State\>
\<TEDS Zip\>

\<Inclusion\>
\<Month\> \<DD\>, \<YYYY\>

\<CARE OF\>
\<HOH NAME\>
\<HOH ADDR 1\> \<HOH ADDR 2\>
\<HOH CITY\> \<HOH STATE\> \<HOH ZIP\>

## It's time to renew your benefits!

In the next 7-10 days, we're going to send you a Renewal Packet for your household. Each year, we must see if you still qualify for coverage with us. Coverage means TennCare, CoverKids, MSP (Medicare Savings Plan), or Katie Beckett.

**We checked our records to see if we could renew your benefits with the facts we already have.** But we don't have enough information to be sure you still qualify. So, in the next 7-10 days, we'll send you another letter with a Renewal Packet. And we'll tell you whose coverage must be renewed. Be sure to read the letter and the packet when you get it.

**What can you do now to get ready?**

- Have you moved? If so, be sure we have your new address. You can update your address using your \<TEDSNAME\> online account or call us at \<TCC PHONE\>. You must tell TennCare when you move, not just your health plan or doctors.

- Create a \<TEDSNAME\> online account if you don't have one so you can renew faster online! Go to \<TEDSURL\> and click on the Create Account button. It's easy, secure, and is a great way to see your coverage and tell us about changes.

- When you get the letter and Renewal Packet, open it right away so you can respond by the due date in the letter. What if you don't get it in the next 2 weeks? Check your online account or call us at \<TCC PHONE\>. If you don't respond by the due date in the letter, your coverage may end. Remember, you can also use your \<TEDSNAME\> account to renew your benefits faster online!

- Be on the lookout for other letters from TennCare. Open and read them all so you don't miss important information about coverage for people in your household. There may be more than one letter in an envelope. Be sure to respond if we ask for more information.

Dev: Dev Date

1

Need special help? Need to report a change? Have questions? Call us.
\<TennCare Connect\> \<TCC Phone\>
We're here to help you \<StartDT\> through \<EndDt\>, \<StartTime\> to \<EndTime\>

Case 3:20-cv-00240   Document 311-1   Filed 07/10/23   Page 6 of 13 PageID #: 12427

TC-AMC-0000663087

**Want to know more about &lt;TEDSNAME&gt; online account?**
With a &lt;TEDSNAME&gt; online account, you can see your case information, update your address and other household records, renew coverage, and read the letters we send you. It's the fastest way to see the facts we have for you and tell us about changes!

To get started, go to &lt;TEDSURL&gt; and click on the Create Account button.

**Do you need help with this letter because you have a health problem, learning problem or a disability?** Or do you need help in another language? If so, you have a right to get help and we can help you. See the "Do you need Special Help" page with this letter. Or call &lt;TennCare Connect&gt; for free at &lt;TCC Phone&gt;.

- **Do you have a mental illness and need help with this letter?**
  The &lt;TennCare Advocacy Program&gt; can help you.
  Call them for free at **&lt;TCAP Phone&gt;**.

People who lie on purpose to get &lt;TennCare&gt; or &lt;CoverKids&gt; may be fined or sent to jail.

**Are you eligible for other kinds of benefits like unemployment income, retirement income or disability?** If so, you must apply for those benefits also to keep coverage with us.

**We do not allow unfair treatment in our program.**
No one is treated in a different way because of race, color, birthplace, religion, language, sex, age, or disability. Do you think you've been treated unfairly? Do you have more questions? Do you need more help? You can make a **free call** to &lt;TennCare Connect&gt; at &lt;TCC Phone&gt;.

Dev: Dev Date                                                                 2

Need special help? Need to report a change? Have questions? Call us.
&lt;TennCare Connect&gt; &lt;TCC Phone&gt;
We're here to help you &lt;StartDT&gt; through &lt;EndDt&gt;, &lt;StartTime&gt; to &lt;EndTime&gt;

Case 3:20-cv-00240   Document 311-1   Filed 07/10/23   Page 7 of 13 PageID #: 12428

TC-AMC-0000663088

## 3. Notice Details

Below is a table that provides additional details regarding document attributes and data elements for this particular document.

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Name | Field Logic |
|---|---|---|---|---|
| TennCare | Name of the organization sending the letters | RT_ORGANIZATION | Name - TN | This is a table value that identifies the name of the organization sending the letters. |
| TEDS POBox | PO Box for the TEDS project mailbox. | RT_ORGANIZATION | Address Line 1 - TN | This is a table value that identifies the TEDS P.O. Box. Example format: 305240 |
| TEDS CITY | City for the TEDS project mailbox. | RT_ORGANIZATION | City - TN | This is a table value that identifies the City associated with the TEDS P.O. Box. Example format: NASHVILLE |
| TEDS STATE | State for the TEDS project mailbox. | RT_ORGANIZATION | State - TN | This is a table value that identifies the State associated with the TEDS P.O. Box. Example format: TENNESSEE ( it must not be abbreviated) |
| TEDS ZIP | Zip code for the TEDS project mailbox. | RT_ORGANIZATION | Zipcode - TN | This is a table value that identifies the zip code associated with the TEDS P.O. Box. Example format: 37230-5240 |

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Name | Field Logic |
|---|---|---|---|---|
| Inclusion | Text informing the individual that another version of the document in a different language is included. | N/A | N/A | This text will display if the language code for the HOH is blank. The Value SI will appear on English notices, and the value EN will appear on Spanish versions. For example, the Spanish notices will display "English copy is also included in this envelope." in the inclusion section. The English notices will display "En este sobre también se incluye una copia en español" |
| Month | Letter Date Month | CO_REQUEST_HISTORY<br>*RT_MONTH* | GENERATE_DT<br><br>*Notice Text* | This field will display the month associated with the date the notice was generated. The month will be displayed in either English or Spanish depending on the language of the notice template. It will display the full name of the month according to the long date standards defined above. |
| DD | Letter Date Day | CO_REQUEST_HISTORY | GENERATE_DT | This field will display the day associated with the date the notice was generated plus two business days. The day will follow the long date standards. |

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Name | Field Logic |
|---|---|---|---|---|
| YYYY | Letter Date Year | CO_REQUEST_HISTORY | GENERATE_DT | This field will display the year associated with the date the notice was generated. The year will follow the long date standards as defined above. |
| CARE OF | Care of field for Mailing | DC_CASE_ADDRESSES | ADDR_CARE_OF_LINE | This field will be populated with the Care Of address line if present. The name will be displayed in all capital letters. |
| HOH Name | Head of Household Name | DC_INDV | FIRST_NAME<br>MID_NAME<br>LAST_NAME<br>SUFX_NAME | This field will be populated with the head of household name. The name will be displayed First Name Middle Initial Last Name Suffix in all capital letters. |
| HOH ADDR 1 | Case Address Line 1 | DC_CASE_ADDRESSES | ADDR_LINE1<br>EFF_END_DT<br>ADDR_TYPE_CD | This field will be populated with the mailing or residence case address line 1 that does not have an effective end date based on address hierarchy rules. ADDR1 is intended to be used for the facility name if applicable. |

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Name | Field Logic |
|---|---|---|---|---|
| HOH ADDR 2 | Case Address Line 2 | DC_CASE_ADDRESSES | ADDR_LINE2<br>EFF_END_DT<br>ADDR_TYPE_CD | This field will be populated with the mailing or residence address line that does not have an effective end date based on address hierarchy rules.<br>ADDR2 is intended to be used for the suite if present. |
| HOH CITY | Case Address City | DC_CASE_ADDRESSES | ADDR_CITY<br>EFF_END_DT<br>ADDR_TYPE_CD | This field will be populated with the mailing or residence address city that does not have an effective end date based on address hierarchy rules. |
| HOH STATE | Case Address State | DC_CASE_ADDRESSES | ADDR_STATE_CD<br>EFF_END_DT<br>ADDR_TYPE_CD | This field will be populated with the mailing or residence state that does not have an effective end date based on address hierarchy rules. |
| HOH ZIP | Case Address Zip | DC_CASE_ADDRESSES | ADDR_ZIP5<br>EFF_END_DT<br>ADDR_TYPE_CD<br>ADDR_ZIP4<br>EFF_END_DT<br>ADDR_TYPE_CD | This field will be populated with the mailing or residence address 9 digit zip code that does not have an effective end date based on address hierarchy rules.<br>Example Format: xxxxx-xxxx |

TC-AMC-0000663092

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Name | Field Logic |
|---|---|---|---|---|
| TEDSURL | URL for the TEDS Member Portal | RT_ORGANIZATION | Website – TD | This is a table value that identifies the TEDS Member Portal URL.<br>Example:<br>https://tenncareconnect.gov |
| TEDSNAME | Name of the TEDS Member Portal | RT_ORGNIZATION | Name – TD | This is a table value that identifies the TEDS Member Portal.<br>Example:<br>TennCare Connect |
| TennCare Connect | Name of the TennCare Connect Organization | RT_ORGANIZATION | Name - HC | This is a table value that identifies the TennCare Connect Organization. |
| TCC Phone | TennCare Connect Phone Number | RT_ORGANIZATION | Phone - HC | This is a table value that identifies the TennCare Connect phone number<br>Example format: 855-259-0701 |
| TEDS Fax | Fax number for TEDS | RT_ORGANIZATION | Fax – TN | This is a table value that identifies the Fax number for TEDS.<br>Example format: 855-315-0669 |
| TennCare Advocacy Program | Name of the TennCare Advocacy Program | RT_ORGANIZATION | Name – AP | This is a table value that identifies the TennCare Advocacy Program. |
| TCAP Phone | TennCare Advocacy Program number | RT_ORGANIZATION | Phone –AP | This is a table value that identifies the TCAP phone number.<br>Example format: 800-758-1638 |

### 4. Spanish Translation


NO_Notices_Pre Renewal Notice_SP.dc

TC-AMC-0000663094