# EXHIBIT 2

![Deloitte.] 

# Tennessee Eligibility Determination System (TEDS) Project

# Notice Control Document – Special Help Attachment

TC-AMC-0000663519

## Document Control Information

### Document Edit History

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---|---|---|---|
| v0.1 | 11/16/2016 | Baseline version | Elizabeth Dubret Hill |
| v0.2 | 12/21/2016 | Updated in Design Session | Elizabeth Dubret Hill |
| v0.3 | 03/18/2017 | Recovery in Progress – Updated Notice Template and Notice Details | Elizabeth Dubret Hill |
| v0.4 | 03/27/2017 | Ready for PMO Review | Elizabeth Dubret Hill |
| V1.0 | 06/01/2017 | Ready for Submission | Michael Kramm |
| v1.0 | 06/15/2017 | Ready for PMO Review; Updated Notice Summary; Updated Notice Contents; Updated Notice Details; Updated logo for Spanish and Special Help attachments; Language approved on 2/1/17; Spanish added on 2/1/17 | Elizabeth Dubret Hill |
| v1.1 | 08/10/17 | Updated per design review comments – changed the verbiage in the notes section per design comment WK1-0362; updated the description per design review comment WK1-0363; updated the notes section per design comment WK1-0364; removed the inclusion language per design comment WK1-0365; WK1-0346 - Added specific notice ID to each Notice Control Document. WK1-0350 - Removed "Document comments… the Notices group" from Notice Template explanation. WK3-0929 - Updated header & footer per design comment. Added header and footer variables to Notice Details Table. WK3-0866 - Recipient address block updated to upper case Times New Roman 10 pt. font per Standards. WK3-0814 - Removed "www." from all notice control documents. WK3-0990 - Updated spacing throughout the design document. WK4-0876 and WK5-0018– removed "Floor 4W" | Thomas Barry |
| V1.1 | 8/29/2017 | Document formally approved by TennCare on 8/29/2017 with the approval of DEL-26 Functional Design Document | Alison Gallun |

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---|---|---|---|
| V1.2 | 10/03/2017 | TEDS-14768: Add the version number to both Foreign Language and Special Help | Lolly Kruse |
| V1.2 | 10/06/2017 | Document included in Change Request submission for September 2017 | Alison Gallun |
| V1.2 | 10/18/2017 | Document approved with the Approval of September 2017 Change Request submission | Alison Gallun |
| V1.3 | 10/25/2017 | TEDS-15164: Update the logo to the correct icon (TN, no TennCare) | Lolly Kruse |
| V1.3 | 11/3/2017 | Document included in Change Request submission for October 2017 | Alison Gallun |
| V1.3 | 11/14/2017 | Document approved with the Approval of October 2017 Change Request submission | Sakshi Bhatnagar |
| V1.4 | 11/11/2017 | TEDS-17034: Update the Spanish translation with the correct version number in the header and the correct logo | Lolly Kruse |
| V1.4 | 1/5/2018 | Document included in Change Request submission for December 2017 | Sakshi Bhatnagar |
| V1.4 | 2/21/2018 | Document approved with the Approval of December 2017 Change Request submission | Sakshi Bhatnagar |
| V1.5 | 1/24/2018 | TEDS-20002: Remove 'Floor 4W' from the Spanish Translation | Lolly Kruse |
| V1.5 | 1/24/2018 | TEDS-20587: Update icon location | Lolly Kruse |
| V1.5 | 2/2/2018 | Document included in Change Request submission for January 2018 | Sakshi Bhatnagar |
| V1.5 | 2/21/2018 | Document approved with the Approval of January 2018 Change Request submission | Sakshi Bhatnagar |
| V1.6 | 2/6/2018 | TEDS-20895: Add 'TN' to the Doc Code in the header | Lolly Kruse |
| V1.6 | 3/2/2018 | Document included in Change Request submission for February 2018 | Sakshi Bhatnagar |
| V1.6 | 3/28/2018 | Document approved with the Approval of February 2018 Change Request submission | Shea Roberson |
| V1.7 | 3/15/18 | TEDS-20593 – changed formatting and updated variable mappings | Elizabeth Hill |
| V1.7 | 4/6/2018 | Document included in Change Request submission for March 2018 | Shea Roberson |
| V1.8 | 6/14/2018 | TEDS-28006: Replaced references of Tennessee Health Connection | Ajay Reddy |

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---|---|---|---|
| | | with TennCare Connect, and remove 'the' | |
| V1.8 | 6/14/2018 | Document submitted for June 29, 2018 submission | Ajay Reddy |
| V1.8 | 7/11/2018 | Document approved with the Approval of Change Request submission for June 29th, 2018. | Shea Roberson |
| V1.9 | 12/13/2019 | Updated as per the requirements of CR TEDS-60935, for Release 8.0 to update HCFA to TennCare | Prakrutha Makonda |
| 1.91 | 2/7/2020 | Document approved via the approval of Change Request submission on 12/13/2019 | |
| V1.10 | 1/21/2022 | TEDS-1030754 – Update Documentation to indicate that in the backend Open text is required to maintain two versions of the attachments to de duplicate it when generated in the merged PDF | Prakrutha Makonda |
| V1.10 | 2/16/2023 | TEDS-1071488 - Updated hyperlink for DHHS CR Web and OCR Web; Replaced "TennCare Office" with "Division of" in the sentence Civil Rights Compliance. TennCare Connect should replace TN Health Connection, TNHC; TennCare Member Medical Appeals should replace SU Unit, TennCare Solutions Unit, Solutions Unit | Prakrutha Makonda |
| V1.10 | 4/10/2023 | Document included in the 4/10/2023 ADR submission | Micha Cartwright |

# Table of Contents

1    Notice Information................................................................................................................4
     1.1    Notice Summary.......................................................................................................4
     1.2    Notice Triggering .....................................................................................................4
     1.3    Business Triggers ....................................................................................................5
2    Notice Template ......................................................................................................................5
3    Notice Details...........................................................................................................................8
4    Spanish Translation...............................................................................................................11
5    Example .................................................................................................................................11

# 1 Notice Information

## 1.1 Notice Summary

| | |
|---|---|
| **Notice ID** | A003 |
| **Notice Name** | Special Help Attachment |
| **Notice Type** | Attachment |
| **Description** | Attachment used with every notice describing how the individual can receive additional assistance. |
| **Recipient(s)** | Individual and Authorized Representative (if applicable) |
| **Category of Eligibility** | N/A |
| **Language(s)** | English/Spanish |
| **Other forms sent out with this notice** | Special Help Attachment will be attached with every TEDS notice and form. |
| **Attachments sent with this notice** | Special Help Attachment will be attached with every TEDS notice and attachment.<br><br>**Note:** Open text is required to maintain two versions of the attachments to de duplicate it when generated in the merged PDF. There is one version maintain for Individual PDF and another for the merged PDF. |
| **Notes** | This notice is attached to every TEDS notice. This attachment will be viewed in-line with the notice and is not considered a separate document. This will be the second to last attachment to be included with any notice. The attachment must start on a new sheet.<br><br>The Special Help Attachment is sent as part of every TEDS notice. The hierarchy is as follows. It's location is bolded:<br>1. TEDS Parent Notice (Varies) ← *Parent Letter*<br>2. TEDS Parent Notice's Form (if applicable)<br>3. TEDS Parent Notice's Attachment (if applicable)<br>4. **Special Help Attachment**<br>5. Foreign Language Assistance |

## 1.2 Notice Triggering

| Manual Trigger? | No |
|---|---|
| Automatic Trigger? | Yes |
| Business Trigger(s) | Generated anytime a TEDS notice is generated. |

## 1.3 Business Triggers

| Category | Component | Field | Condition | Comment |
|---|---|---|---|---|
| Special Help Attachment | N/A | N/A | N/A | After another notice is triggered, this attachment will be added at the end of the notice. |

## 2 Notice Template

Below is a text representation of the form/notice as it will exist in TEDs. Yellow highlights indicate fields that will be derived from the TEDs application. Red highlights indicate manual fields that will be collected from the user at the time of generation. Blue text indicates a triggering condition for the section directly following the blue text.



# Do You Need Special Help?

Here are some places you can call for help.

All of these numbers are free calls.

Do you have questions or need help with TennCare? Or, do you need help because you have a health, mental health, learning problem or disability?

> Call <TennCare Connect> at <TCC Phone>.

Do you have a hearing or speech problem and have questions or need help?

> Call the <Tennessee Relay Service (TNRS)> at <TNRS Phone>. Ask them to connect you with <TennCare Connect> at <TCC Phone>.

Do you need help with prescription or refills at the drug store?

> First, call **your doctor**. Then, if you still need help call the <Member Medical Appeals> at < Medical Appeals Phone>.

Do you have questions about Medicare for people over age 65 and for the disabled?

> Call Tennessee's <State Health Insurance Assistance Program (SHIP)> at <SHIP Phone>.

Do you need help getting health care, mental health care or drug or alcohol treatment?

> First, call **your health plan**. If you still need help call the <TennCare Advocacy Program> at <TCAP Phone>.

> Then, if you still need help, call the <Member Medical Appeals> at < Medical Appeals Phone>.

Rev: 21Oct16

# Do you need help talking with us or reading what we send you?

# Do you have a disability and need help getting care or taking part in one of our programs or services?

# Or do you have more questions about your health care?

# Call us for free at <TCC Phone>.

# We can connect you with the free help or service you need. (For TTY call: <TNRS Phone>)

We obey federal and state civil rights laws. We do not treat people in a different way because of their race, color, birth place, language, age, disability, religion, or sex. Do you think we did not help you or you were treated differently because of your race, color, birth place, language, age, disability, religion, or sex? You can file a complaint by mail, by email, or online. Here are two places where you can file a complaint:

**Division of Civil Rights Compliance**
310 Great Circle Road
Nashville, Tennessee 37243
**Email:** HCFA.Fairtreatment@tn.gov
**Phone:** 855-857-1673 (TRS 711)

**You can get a complaint form online at:**
<TennCare CRC Web>

**U.S. Department of Health & Human Services Office for Civil Rights**
200 Independence Ave SW, Rm 509F, HHH Bldg
Washington, DC 20201
**Phone:** 800-368-1019
**(TDD):** 800-537-7697

**You can get a complaint form online at:**
<DHHS CR Web>

**Or you can file a complaint online at:**
<OCR Web>

Rev: 21Oct16

## 3 Notice Details

Below is a table that provides additional details regarding document attributes and data elements for this particular document.

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Column - Code* | Field Logic |
|---|---|---|---|---|
| TennCare Connect | Name of TennCare Connect | RT_ORGANIZATION | Name - HC | This is a table value that identifies the TennCare Connect. |
| TCC Phone | TennCare Connect Phone Number | RT_ORGANIZATION | Phone - HC | This is a table value that identifies the TennCare Connect phone number<br><br>Example format: 855-259-0701 |
| Tennessee Relay Services (TNRS) | Name of the Tennessee Relay Services Organization | RT_ORGANIZATION | Name – RS | This is a table value that identifies the Tennessee Relay Services Organization. |
| TNRS Phone | Tennessee Relay Service number | RT_ORGANIZATION | Phone -RS | This is a table value that identifies the TNRS phone number<br><br>Example format: 800-848-0298 |
| TennCare Member Medical Appeals Unit | Name of the TennCare Member Medical Appeals Unit Organization | RT_ORGANIZATION | Name – SU | This is a table value that identifies the TennCare Member Medical Appeals Unit Organization. |

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Column - Code | Field Logic |
|---|---|---|---|---|
| TennCare Member Medical Appeals Phone | TennCare Member Medical Appeals Unit number | RT_ORGANIZATION | Phone -SU | This is a table value that identifies the TennCare Member Medical Appeals phone number. Example format: 800-878-3192 |
| State Health Insurance Assistance Program (SHIP) | Name of the State Health Insurance Assistance Program Organization | RT_ORGANIZATION | Name – SH | This is a table value that identifies the State Health Insurance Assistance Program. |
| SHIP Phone | State Health Insurance Assistance Program number | RT_ORGANIZATION | Phone -SH | This is a table value that identifies the SHIP phone number. Example format: 877-801-0044 |
| TennCare Advocacy Program | Name of the TennCare Advocacy Organization | RT_ORGANIZATION | Name – AP | This is a table value that identifies the TennCare Advocacy Organization. |
| TCAP Phone | TennCare Advocacy Program number | RT_ORGANIZATION | Phone – AP | This is a table value that identifies the TCAP phone number. Example format: 800-758-1638 |

| Field Name on Form | Definition | Database Table / Reference Table | Database Column / Reference Table Column - Code | Field Logic |
|---|---|---|---|---|
| HCFA CRC Web | Health Care Finance and Administration Office of Civil Rights Compliance website | RT_USEFULLINKS | URL – HCFACRC | This is a table value that identifies the HCFA Civil Rights Compliance website. Example format: https://tn.gov/content/dam/tn/tenncare/documents/complaintform.pdf |
| DHHS CR Web | Department of Health and Human Services Office of Civil Rights website | RT_USEFULLINKS | URL – DHHSCR | This is a table value that identifies the DHSS Office of Civil Rights website. Example format: https://hhs.gov/ocr/office/file/index.html |
| OCR Web | Department of Health and Human Services Office of Civil Rights complaint website | RT_USEFULLINKS | URL - OCR | This is a table value that identifies the DHSS Office of Civil Rights complaint website. Example format: https://www.hhs.gov/ocr/complaints/index.html |

## 4 Spanish Translation


NO_Notices_Special Help_Attachment_Sp