# EXHIBIT 5

| COE Hierarchy | Medicare Savings Program | Presumptive Eligibility |
|---|---|---|
| SSI Cash Recipient | Qualified Medicare Beneficiary (QMB) | HPE Former Foster Care |
| Institutional Medicaid Aged | Specified Low Income Medicare Beneficiary (SLMB) | HPE Child |
| Institutional Medicaid Blind | Qualifying Individual 1 (QI1) | HPE Caretaker Relative |
| Institutional Medicaid Disabled | Qualified Disabled Working Individual (QDWI) | HPE Pregnancy |
| ECF At-Risk | | Presumptive Pregnant Women |
| ECF Working Disabled | | Presumptive Breast or Cervical Cancer |
| Deemed Newborn | | |
| Immediate Eligibility (IE) Foster Care | | |
| Foster Care | | |
| Adoption Assistance | | |
| Former Foster Care | | |
| Child MAGI | | |
| Caretaker Relative | | |
| MAGI Pregnancy | | |
| Transitional Medicaid | | |
| Extended Medicaid | | |
| Disabled Adult Child (DAC) | | |
| Widow/Widower | | |
| Pickle Passalong | | |
| Medically Needy Child | | |
| Medically Needy Pregnancy | | |
| Breast or Cervical Cancer (BCC) | | |
| Institutional Medicaid Hospital | | |
| SSI - Transitional | | |
| TennCare Standard Uninsured | | |
| TennCare Standard Medically Eligible (ME) | | |
| Katie Beckett Part A | | |
| Katie Beckett Continued Eligibility | | |
| Katie Beckett General | | |
| Qualified Medicare Beneficiary (QMB) | | |
| Specified Low Income Medicare Beneficiary (SLMB) | | |
| Qualifying Individual 1 (QI1) | | |
| Qualified Disabled Working Individual (QDWI) | | |
| CoverKids Child | | |
| CoverKids Pregnant Woman | | |
| Katie Beckett Part B | | |
| Emergency Medical Services (EMS) | | |
| Referred to FFM | | |