# EXHIBIT 6

| CoE | Count |
|---|---:|
| Adoption Assistance | 17,615 |
| Breast or Cervical Cancer (BCC) | 1,984 |
| Caretaker Relative | 332,740 |
| Child MAGI | 797,473 |
| CoverKids Child | 28,699 |
| CoverKids Pregnant Woman | 10,872 |
| Deemed Newborn | 70,427 |
| Disabled Adult Child (DAC) | 2,825 |
| ECF At-Risk | 657 |
| ECF Working Disabled | 5 |
| Emergency Medical Services (EMS) | 13 |
| Extended Medicaid | 7 |
| Former Foster Care | 4,911 |
| Foster Care | 12,247 |
| HPE Caretaker Relative | 108 |
| HPE Child | 171 |
| HPE Former Foster Care | 2 |
| HPE Pregnancy | 18 |
| Immediate Eligibility (IE) Foster Care | 231 |
| Institutional Medicaid Aged | 18,469 |
| Institutional Medicaid Blind | 133 |
| Institutional Medicaid Disabled | 10,137 |
| Institutional Medicaid Hospital | 147 |
| Katie Beckett Continued Eligibility | 1 |
| Katie Beckett General | 0 |
| Katie Beckett Part A | 164 |
| Katie Beckett Part B | 2,553 |
| MAGI Pregnancy | 43,514 |
| Medical Assistance | 0 |
| Medically Needy Child | 57,955 |
| Medically Needy Pregnancy | 856 |
| Pickle Passalong | 28,840 |
| Presumptive Breast or Cervical Cancer | 80 |
| Presumptive Pregnant Women | 218 |
| Qualified Disabled Working Individual (QDWI) | 19 |
| Qualified Medicare Beneficiary (QMB) | 189,955 |
| Qualifying Individual 1 (QI1) | 22,392 |
| Specified Low-Income Medicare Beneficiary (SLMB) | 47,166 |
| TennCare Standard Medically Eligible (ME) | 1,736 |
| TennCare Standard Uninsured | 10,728 |
| Transitional Medicaid | 112,684 |
| Widow/Widower | 287 |
| Grand Total | 1,829,039 |