# EXHIBIT 7

| CoE | Count |
|---|---:|
| Adoption Assistance | 5 |
| Caretaker Relative | 30649 |
| Child MAGI | 81196 |
| CoverKids Child | 2726 |
| CoverKids Pregnant Woman | 105 |
| Deemed Newborn | 286 |
| Disabled Adult Child (DAC) | 173 |
| ECF At-Risk | 55 |
| Extended Medicaid | 2 |
| Former Foster Care | 615 |
| HPE Pregnancy | 1 |
| Foster Care | 45 |
| Immediate Eligibility (IE) Foster Care | 9 |
| Institutional Medicaid Aged | 725 |
| Institutional Medicaid Blind | 4 |
| Institutional Medicaid Disabled | 512 |
| Katie Beckett Part A | 14 |
| Katie Beckett Part B | 317 |
| MAGI Pregnancy | 600 |
| Medically Needy Child | 1744 |
| Medically Needy Pregnancy | 4 |
| Pickle Passalong | 2508 |
| Presumptive Breast or Cervical Cancer | 5 |
| Presumptive Pregnant Women | 1 |
| Qualified Disabled Working Individual (QDWI) | 1 |
| Qualified Medicare Beneficiary (QMB) | 9066 |
| Qualifying Individual 1 (QI1) | 1054 |
| SSI - Transitional | 6 |
| SSI Cash Recipient | 81 |
| Specified Low-Income Medicare Beneficiary (SLMB) | 3093 |
| TennCare Standard Medically Eligible (ME) | 387 |
| TennCare Standard Uninsured | 1876 |
| Transitional Medicaid | 6759 |
| Widow/Widower | 4 |
| **Grand Total** | **144,628** |