# EXHIBIT 8

**From:** Ganju, Saurabh [sganju@deloitte.com]
**Sent:** 7/23/2021 3:29:00 PM
**To:** David J. Jungquist [David.J.Jungquist@tn.gov]; Kimberly Hagan [Kimberly.Hagan@tn.gov]; Kuppuswamy, Sudharsan [sukuppuswamy@deloitte.com]
**Subject:** [EXTERNAL] RE: TEDS improvement idea

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\*

Hi Kim/David –

We are looking into this. Sri believe all the raw data from SDX was converted but not sure what was not. We have reached out to Manish and Sreekanth and they are looking into it to confirm their understanding.

I will get back to you as soon as I can get something from them

Thanks,
Saurabh

---

**From:** David J. Jungquist <David.J.Jungquist@tn.gov>
**Sent:** Friday, July 23, 2021 8:12 AM
**To:** Kimberly Hagan (CIAM) <kimberly.hagan@tn.gov>; Ganju, Saurabh <sganju@deloitte.com>; Kuppuswamy, Sudharsan <sukuppuswamy@deloitte.com>
**Subject:** [EXT] RE: TEDS improvement idea

Thanks Kim. I have asked Ryan to provide one or two examples.

Your point about the "interpreted" date does sound correct, but I would also not be 100% confident in saying that was it.

I will send the examples from Ryan once I receive them.

Thanks,
David



**David Jungquist**| Eligibility Administrator
Division of TennCare/ Member Services
310 Great Circle Rd. Nashville, TN 37243
p. 615-687-5805
david.j.jungquist@tn.gov
tn.gov/tenncare

*Our mission is improving lives through high-quality, cost effective care. TennCare's vision is a healthier Tennessee.*

EXHIBIT 8
Deponent K. Hagan
Date 4/14/23 Rptr. LP
WWW.DEPOBOOKPRODUCTS.COM

**From:** Kimberly Hagan <Kimberly.Hagan@tn.gov>
**Sent:** Friday, July 23, 2021 8:03 AM
**To:** David J. Jungquist <David.J.Jungquist@tn.gov>; Ganju, Saurabh <sganju@deloitte.com>; Kuppuswamy, Sudharsan

<sukuppuswamy@deloitte.com>
Subject: RE: TEDS improvement idea

David,

I'm including Saurabh and Sudharsan to see if they remember the details. Sri would probably be the best to answer, but I believe he is still out on paternity leave.

As I recall, and this is probably suspect, we brought in the raw master SDX information, but not the data that had been "interpreted" by MMIS because TEDS was going to be interpreting that data differently and it wouldn't be apples to apples. I think it would be helpful to get some examples from Ryan and have Natasha or someone from policy take a look at them too.

Saurabh or Suds, do you remember anything different?

Thanks,
Kim

**From:** David J. Jungquist <David.J.Jungquist@tn.gov>
**Sent:** Sunday, July 18, 2021 3:05 PM
**To:** Kimberly Hagan <Kimberly.Hagan@tn.gov>
**Subject:** FW: TEDS improvement idea

Kim,
Do you recall the reason for us deciding to not convert historical SSI Master and Bendex data from the MMIS to TEDS? I know we did not want staff to refer to this information in iC after the interface with SSA was stopped in the MMIS; since updates would no longer occur and there would be a potential for use of out dated information in using overrides to obtain eligibility approval.

However, I do not remember why we did not want to bring in the historical data initially.

Thanks,
David



**David Jungquist** | Eligibility Administrator
Division of TennCare/ Member Services
310 Great Circle Rd. Nashville, TN 37243
p. 615-687-5805
david.j.jungquist@tn.gov
tn.gov/tenncare

*Our mission is improving lives through high-quality, cost effective care. TennCare's vision is a healthier Tennessee.*

**From:** Scarlett Miles <Scarlett.Miles@tn.gov>
**Sent:** Friday, July 9, 2021 11:07 AM
**To:** David J. Jungquist <David.J.Jungquist@tn.gov>
**Cc:** TEDS ENGAGEMENT <TEDS.Engagement@tn.gov>; Chelsea Wright <Chelsea.Wright@tn.gov>
**Subject:** FW: TEDS improvement idea

Hi David,

We received the email below, and we wanted to get your input on Ryan's suggestion. Please let us know your thoughts on next steps for this.

Thanks,



Scarlett Miles | Content Specialist
Member Services
p. 615.253.5863
Scarlett.Miles@tn.gov

---

**From:** Ryan Head <Ryan.Head@tn.gov>
**Sent:** Thursday, July 8, 2021 10:21 AM
**To:** TEDS ENGAGEMENT <TEDS.Engagement@tn.gov>
**Cc:** Bruce Poag <Bruce.Poag@tn.gov>
**Subject:** TEDS improvement idea

Good morning,

I have been reviewing a number of SSI related cases/appeals of late. I have noticed that there is historical data in the SSI Master & Bendex database in interChange/MMIS that has not been integrated into TEDS. EOG has been instructed to not use this data. This is leading to incorrect eligibility determinations, particularly as it relates to the former SSI related categories (Pickle Passalong, DAC, and Widow/Widower).

In some instances I have submitted tickets. However, particularly for members/appellants/applicants who lost their SSI eligibility in the 80's and 90's with no subsequent SSI activity to cause an SDX file to be resubmitted to the TennCare, this data is lost.

The idea would be an integration of this data into TEDS. If examples are needed, they can be provided.

I'm not sure on the best way for this to be integrated. However, especially if we are wanting workers to rely solely on what is available in TEDS and to make correct eligibility determinations, the information is necessary.

I'm happy to collaborate any more on this or answer any questions that may arise.

Thank you!

**Ryan Head** | Appeals Compliance Specialist, QIC
Division of TennCare/Member Services Appeals Operations Group
310 Great Circle Road
Nashville, TN 37228
p. 615.770.6108

NOTE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email, or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail. Thank you.

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1