# EXHIBIT 9

| From: | David J. Jungquist [David.J.Jungquist@tn.gov] |
|---|---|
| Sent: | 7/23/2021 4:01:09 PM |
| To: | Saurabh Ganju [Saurabh.Ganju@tn.gov]; Kimberly Hagan [Kimberly.Hagan@tn.gov] |
| CC: | Sudharsan Kuppuswamy [Sudharsan.Kuppuswamy@tn.gov] |
| Subject: | RE: TEDS improvement idea |
| Attachments: | INC0189888.pdf; 150967467.pdf; 150966710.pdf; [EXTERNAL] RE: TEDS improvement idea |

All,

I have started a new email chain on this topic, using TN.gov addresses because I am attaching some examples from Ryan that I received today and those examples contain PII.

I am also attaching the original email chain for reference if needed and including an extract Saurabh's last email reply to the original email chain below as a quick reference.

Lastly, I am including Ryan's email comments below from the email he sent to me with the examples.

Thanks,
David

## ➤ **Saurabh's last email reply on 7/23/21:**

Hi Kim/David –

We are looking into this. Sri believe all the raw data from SDX was converted but not sure what was not. We have reached out to Manish and Sreekanth and they are looking into it to confirm their understanding.

I will get back to you as soon as I can get something from them

Thanks,
Saurabh

## ➤ **Email reply from Ryan Head related to pdf examples attached to this email:**

Attached are 3 different examples. These are all appeals related that had negative dispositions.

1.     **INC0189888** (associated ticket still open) has screenshots from TEDS (SQi, SDX, and Bendex), SOLQ/ACCENT, and SSI Master & Bendex in interChange.  Some of the DAC entitlement info is not available in TEDS (thus the ticket) and, specific to this conversation, there is a lot of SSI history that shows in the SSI Master & Bendex (page 12) that does not show in TEDS.  It is needed for a proper Pickle disposition.

2.     **150966710** has screenshots from TEDS (SQi and SDX) and from SSI Master & Bendex in interChange.  SQi shows some data on her SSI history but no information is in the SDX interface.  Sufficient data (from 1986) for making a Pickle determination is in the SSI Master & Bendex.

3.     **150967467** is nearly identical to #2.  Sufficient data (from 1985) for making a Pickle determination is in the SSI Master & Bendex that is not in the SDX interface.

Thank you,
Ryan



EXHIBIT 9
Deponent K. Hagan
Date 4/14/23 Rptr. LP
WWW.DEPOBOOKPRODUCTS.COM



**David Jungquist**| Eligibility Administrator
Division of TennCare/ Member Services
310 Great Circle Rd. Nashville, TN 37243
p. 615-687-5805
david.j.jungquist@tn.gov
tn.gov/tenncare

*Our mission is improving lives through high-quality, cost
effective care. TennCare's vision is a healthier Tennessee.*

# View SOLQ Reports - Details

Page Help     Print Preview

## SOLQI DATA FROM SSA

| | |
|---|---|
| User ID: DCV2756 | Query Date/Time: 11/02/2020 |
| SSN: ██████4713 | Claim Acct #: ████ 4713A |
| Last Name: ██████ | Middle Initial: |
| Given Name: ██████ | Date of Birth: ██████████ |
| Sex: | Identity Discrepancy Code: |
| Date Of WTPY Response: 11/02/2020 | |
| Error Condition Code: 0 | Error Description: |
| Verification Code: SSN is verified. Not returned for SCHIP or PCIP requests. | Verification SSN Data: |
| RSDI Status: YES | SSI Status: YES |

## RSDI INFORMATION

| | |
|---|---|
| Given Name: ██████████ | Middle Initial: N |
| Last Name: ██████ | Person's Own Social Security Number: |
| RSDI Claim Account #: ████ 4713A | State and County Code: 44520 |
| Address: ██████████████████ ██████████ TN | ZIP Code: ██████████ |
| Deferred Payment Date: | Schedule Payment Date: |
| Schedule Payment Indicator: | Schedule Prior Payment Amount: $ 0.00 |
| Direct Deposit Indicator: Checking | Schedule Payment Combined Check: |
| Ledger Account File Code: Current payment status (except railroad payment) | Schedule Current Payment Amount: $ 0.00 |
| Date of Birth: ██████████ | Date of Initial Entitlement: 02/01/2003 |
| Proof Of Age: Birth/Baptismal | Date of Death: N/A |
| Larger Excess Monthly Benefit Amount: $ 296.50 | Smaller Actuarially Reduced Monthly Benefit Amount: $ 841.10 |
| Date of Current Entitlement: 02/01/2003 | Date of Suspension or Termination: |
| Sex Code: Female | Disability Onset Date: 09/01/2002 |
| Net Monthly Benefit If Payable: $ 841.00 | Medicare Indicator: Medicare data is present |
| Welfare Agency Code: 440 | Category of Assistance Code: N |
| Black Lung Entitlement Code: | |
| Black Lung Payment Amount: $ 0.00 | Railroad Indicator: |

## PART A

| | |
|---|---|
| Part A Indicator: YES | Part A Start Date: 02/01/2005 |
| Part A Option Code: Yes automatic; no premium necessary | |
| Part A Stop Date: | Part A Premium: $ 0.00 |
| Part A Buy-In Indicator: NO | Part A Buy-In Code: |
| Part A Buy-In Start Date: | Part A Buy-In Stop Date: |

## PART B

| | |
|---|---|
| Part B Indicator: YES | Part B Option Code: Yes (has Part B coverage) |
| Part B Start Date: 02/01/2005 | |
| Part B Stop Date: | Part B Premium: $ 0.00 |
| Part B Buy-In Indicator: YES | Part B Buy-In Code: State billing -Tennessee |
| Part B Buy-In Start Date: 08/01/2006 | Part B Buy-In Stop Date: |
| Other Primary Insurance Amount: $ 2275.20 | Number Of Cross-Reference Account Number (XRAN) Entries: |



**Cross-reference Account Number (XRAN) Details**

| XREF Entitlement Number | XREF BIC | XREF Code |
|---|---|---|
| | Page 1 of 1 10 ∨ | Empty records |

Dual Entitlement Number: 2905

Dual Entitlement BIC: Child (includes minor, student or disabled child)

**Monthly Benefit Credited (MBC) Details**

| Entry # | Monthly Benefit Credited Date | Monthly Benefit Credited Amount ($) | Monthly Benefit Credited Type |
|---|---|---|---|
| 1 | 12-01-2019 | 841.00 | C |
| 2 | 12-01-2018 | 827.00 | C |
| 3 | 12-01-2017 | 805.00 | C |
| 4 | 12-01-2016 | 789.00 | C |
| 5 | 12-01-2014 | 787.00 | C |
| 6 | 12-01-2013 | 774.00 | C |
| 7 | 12-01-2012 | 762.00 | C |
| 8 | 11-01-2012 | 750.00 | C |

Page 1 of 1 10 ∨    View 1 - 8 of 8

## SSI INFORMATION

| | |
|---|---|
| Given Name: ▮▮▮▮▮ | Middle Initial: N |
| Last Name: ▮▮▮▮ | Person's Own Social Security Number: ▮▮▮4713 |
| Appeals Code: | Appeals Date: |
| Appeals Decision Code: | Appeals Decision Date |
| Last Redetermination Date: | Type Of Recipient: Disabled individual |
| Record Establishment Date: 02/19/2003 | Date of Birth: ▮▮▮▮▮ |
| Date of Death: | Date of Death Source Code: |
| Payment Status Code: Terminated - System generated termination (payment previously made). | Current Pay Status Effective Date: 12/01/2006 |
| Race Code: White | Resource Code - House: None |
| Resource Code - Vehicle: Vehicle either over or under limit | Resource Code - Insurance: None |
| Resource Code - Property: None | Resource Code - Other: None |
| Other Name: | Date of Eligibility: 12/01/2002 |
| Medicaid Effective Date: | Application Date: 12/31/2002 |
| Telephone Number: ▮▮▮▮▮ | Alien Indicator Code: |
| Alien Indicator Date of Residency: | Country of Origin: |
| Third Party Insurance Indicator: Third party liability does not exist (1634 State only) | Denial Code: |
| Denial Date: | Food Stamp Application: No |
| Food Stamp Interview Date: 04/01/2003 | Food Stamp Recipient Status: NO |
| Onset Date of Disability / Blindness: 09/01/2002 | Disability Payment Code: Final determination allowance |
| Direct Deposit Indicator: | Rep Payee Indicator: |
| Rep Payee Selection Date : 11/29/2005 | Type of Payee Code: Proprietary non-mental institution |
| Payee Name: ▮▮▮▮▮ | Payee Mailing Address: ▮▮▮▮▮ VA |
| Payee ZIP Code: ▮▮▮▮ | District Office Code: 579 |
| Ledger Account File Code: Current payment status (except railroad payment) | Unearned Income Number of Entries: 1 |

## Unearned Income Details

| Unearned Income Type Code | Unearned Income Verification | Unearned Income Start Date | Unearned Income Stop Date | Unearned Income Amount ($) | Unearned Income Frequency | Claim or Identification Number For Unearned Income ($) |
|---|---|---|---|---|---|---|
| Social Security - Title II | Number and income amount have been verified | 09-01-2006 | | 647.50 | Continuous monthly payment, or uninsured (Title II claim number suffix 'T' and 'M'), or Title II benefits in non-pay status | 4713A 7 |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |

Page 1 of 1   10 ⌄    View 1 - 9 of 9

Competency Code: Recipient is competent and there is no legal guardian

Residence Address- Number of Lines: 2

Residence Address: ▮▮▮▮▮▮▮▮▮ VA

Residence ZIP Code: ▮▮▮▮

Last Transaction Type: Payment status

Last Transaction Date: 10/21/2006

State and County Code of Reimbursement:

Payment Date: 11/01/2020

SSI Gross Payable Amount(Current): $ 0.00

State Gross Payable Amount (Current): $ 0.00

## Payment History (PHIST) Details

| Payment Date | Payment Flag1 | Payment Flag2 | Monthly Amount ($) | Supplement Amount ($) |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

Page 1 of 1   10 ⌄    View 1 - 8 of 8

Payment Status Code (Current): Terminated - System generated termination (payment previously made).

Federal Living Arrangement Code(Current month): Own household

Living Arrangement Code - Optional State Supplement: Not in a Title XIX institution, living arrangement change in progress, or outside the US

State & County of Jurisdiction: 49840

Concurrent State Payment Code: Paid in disability category (opt. supp)

Marital Status:

Mandatory Eligibility Code:

Medicaid Eligibility Code: State determination - not SSA responsibility

Unearned Income - Net Countable Amount: $ 0.00

SSI Gross Payable Amount: $ 0.00

State Gross Payable Amount: $ 0.00

Optional State Eligibility Code:

Federal Eligibility Code: Not eligible

IAR Code:

 

# Unearned Income - Average





| Client Name | Type | Pay Frequency | Source | Worksheet Start | Worksheet End | Termination Date |
|---|---|---|---|---|---|---|
| 36F | Social Security Disability Benefit (SSDI) | Monthly | Interface | 01/01/2021 | 03/31/2021 | |

**MONTHLY INCOME BUDGET:**

| Budget Month Begin Date | Budget Month End Date | Average Monthly Income |
|---|---|---|
| 02/01/2020 | | 841.00 |
| 01/01/2020 | 01/31/2020 | 841.00 |
| 12/01/2019 | 12/31/2019 | 827.00 |

**CASE INFO**

IH NAME: 36F

CASE #: 151120716

CASE ACTION: Case Change

CASE STATUS: Approved

- View Case Notes
- Add Case Notes
- Case Action Details
- Page Help
- Print Preview
- Document Summary

| 36F | Social Security Disability Benefit (SSDI) | Monthly | Interface | 01/01/2021 | 03/31/2021 | |
|---|---|---|---|---|---|---|

**MONTHLY INCOME BUDGET:**

| Budget Month Begin Date | Budget Month End Date | Average Monthly Income |
|---|---|---|
| 02/01/2020 | | 296.00 |
| 01/01/2020 | 01/31/2020 | 296.00 |
| 12/01/2019 | 12/31/2019 | 291.00 |

# Bendex Inquiry - Summary

## SEARCH CRITERIA

First Name:

Last Name:

Client ID:

SSN:                                     4713

Gender:

Date of Birth:                          MM / DD / YYYY

↻ reset form

 SEARCH

## SEARCH RESULTS

| SSN | Claim Number | Client Name | Date of Birth | Gender | SSA Record Processing Date | Client ID | |
|-----|--------------|-------------|---------------|--------|---------------------------|-----------|---|
| ▮-4713 | ▮2905C1 | ▮ | | Female | 12-05-2020 | 547444944 | Ⓡ |
| ▮-4713 | ▮4713A | ▮ | | Female | 12-05-2020 | 547444944 | Ⓡ |



⏮ ◀ Page 1 of 1 ▶ ⏭  10 ▾                                    View 1 - 2 of 2

## RSDI

| | |
|---|---|
| Payment Status Code: | Current Payment: Current Payment Status Code. |
| Date Of Initial Entitlement(DOIE): | 5/1/2017 |
| Date Of Current Entitlement(DOCE): | 5/1/2017 |
| Payment Effective/End Date: | 12/1/2020 |
| Gross Payable Amount: | $ 300.30 |
| Net Payable Amount: | $ 300.00 |
| Disability Onset Date: | 9/1/2002 |
| Overpayment Deduction End Date: | |

# Bendex Inquiry - Details

## PERSON DETAILS

| | |
|---|---|
| Name: | |
| Sex: | Female |
| Date Of Birth: | |

## SSA INFORMATION

| | |
|---|---|
| SS Claim No: | 2905 |
| Dual Entitlement Claim Number: | C1 |
| SSN: | - - |
| Triple Entitlement Claim Number: | |

## MEDICARE PART A

| | PART A Start Date | PART A End Date |
|---|---|---|
| First | 2/1/2005 | |
| Second | | |
| Third | | |

## RSDI

Payment Status Code:

> Current Payment: Current Payment Status Code.

| | |
|---|---|
| Date Of Initial Entitlement(DOIE): | 2/1/2003 |
| Date Of Current Entitlement(DOCE): | 2/1/2003 |
| Payment Effective/End Date: | 12/1/2020 |
| Gross Payable Amount: | $ 852.00 |
| Net Payable Amount: | $ 852.00 |
| Disability Onset Date: | 9/1/2002 |
| Overpayment Deduction End Date: | |

# Search for SDX Inquiry

⊘ 368: No record match your search criteria. Try revising the search criteria

## SEARCH CRITERIA

First Name:

Middle:

Last Name:

Suffix: ⌄

SSN: ████ 4713

Gender: ⌄

Date of Birth: MM / DD / YYYY 📅

↻ reset form

SEARCH



FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal

File Edit View Tools Session Productivity Macro Options Help

DATE 06/15/2021        TENNESSEE STATE ONLINE QUERY                PAGE    1
                              SSN VERIFICATION
            CLIENT NAME                                          SEX F
REQD: SSN          4719 DOB                VERIF: SSN         4713 DOB

   VERIFICATION CODE/DESC        V SSN IS VERIFIED


     ERROR COND CODE/DESC

   ID DISCREPANCY CODE/DESC

   CLIENT: SSA DATA (TITLE II)   PRESENT  YES    SSI DATA (TITLE XVI) PRESENT: YES

   XREF  #   BIC CD   XREF CD              XREF CD DESCRIPTION




   PRESS PF4 TO RETURN TO REQUEST SCREEN, PF12 TO EXIT SOLQ INQUIRY
   PRESS PF6 TO VIEW SSA DATA, PF7 TO VIEW SSI PART 1 PF8 TO VIEW SSI PART 2

TI▪                              "                    0    1.8     A FIPS
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL 8:44 AM



FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal

File Edit View Tools Session Productivity Macro Options Help

DATE 06/15/2021        TENNESSEE STATE ONLINE QUERY                PAGE    2
                       CLIENT SSA DATA (TITLE II)
                                                  ADDRESS
NAME                        N  SSN           4713
SEX  F  DOB         1984 DATE OF DEATH
ACCT NO.         -4713
BIC A   PRIMARY CLAIMANT (WAGE EARNER)                        TN
DUAL ENT        -2905
BIC C1  CHILD
BLACK LUNG    NONE        AMT $     .00   RR IND     DIRECT DEPOSIT:  CHECKING
NET MTHLY BENEFIT $  852.00  PAY STAT C  CURRENT PAY STATUS
DISAB ONSET 09/01/2002  DOIE  02/2003  DOCE  02/2003  SUSPEND/TERM

               MTHLY GROSS BENEFITS CREDITED DATE/AMT:
12/2020 $  852.00    12/2019 $  841.00    12/2018 $  827.00  12/2017 $  805.00
12/2018 $  789.00    06/2013 $  762.00

MEDICARE PT A: OPT CD E YES - AUTO, NO PAYMENT       START 02/2005 STOP
            PREM $   .00  BUY IN                     START        STOP
MEDICARE PT B: OPT CD Y YES - PREMIUM IS PAYABLE     START 02/2005 STOP
            PREM $   .00  BUY IN 440 TENNESSEE       START 08/2006 STOP

   PRESS PF4 TO ENTER ANOTHER REQUEST, PF12 TO EXIT SOLQ INQUIRY
   PF5 FOR SSN VERIFY SCRN, PF7  FOR SSI ELIG PART 1, PF8 FOR SSI ELIG PART 2

TI▪                              »                    0    1.8     A FIPS
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL 8:44 AM



```
FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal                    □  ×

File  Edit  View  Tools  Session  Productivity  Macro  Options  Help

  DATE 06/15/2021          TENNESSEE STATE ONLINE QUERY              PAGE    3
                        CLIENT SSI DATA (TITLE XVI - PART 1)
  NAME                          SSN       4713   SEX  F  DOB
  PAYEE ADDRESS                       RESIDENCE ADDRESS            MULTIPLE SSNS

         VA                               VA


  LAST CHG DT  10/21/2006     ELIGIBILITY DATA          DIRECT DEPOSIT: UNK

  APPLICATION DATE  12/31/2002  ELIG DATE  12/2002 DISABILITY ONSET  09/01/2002
  TYPE OF RECIPIENT  DI DISABLED INDIV     MTHLY ASSIST AMT  $     .00
  PAY STAT CODE  T31 TERMINATED                   PAY STAT EFF DATE  12/2006
  DENIAL CODE                              DENIAL DATE
  APPEAL DATE             CODE
  APPEAL DECISION CD
  DATE OF DEATH                   SOURCE
  MEDICAID ELIG CD  S STATE DETERMINATION - NOT SSA RESPONSIBILITY
  ALIEN DOR         STAT

  PRESS PF4 TO ENTER ANOTHER REQUEST, PF12 TO EXIT SOLQ INQUIRY
  PF5 FOR SSN VERIFY SCRN, PF6 FOR SSA SCRN, PF8 FOR SSI ELIG PART 2

 TI                              »              0    1.8    A FIPS
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL  8:45 AM
```



```
FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal                    □  ×

File  Edit  View  Tools  Session  Productivity  Macro  Options  Help

  DATE 06/15/2021          TENNESSEE STATE ONLINE QUERY              PAGE    4
                        CLIENT SSI DATA (TITLE XVI - PART 2)

                            UNEARNED INCOME DATA
          INCOME TYPE          START      STOP      AMT      CLAIM/ID NO.
  A SOCIAL SECURITY            09/2006           $  647.50          4713A




                           PAYMENT HISTORY
  PAY DATE     SSI GROSS MONTLY AMT    SSI PAID AMOUNT    SSI RECOVERY AMT




  PRESS PF4 TO RETURN TO REQUEST SCREEN, PF12 TO EXIT SOLQ INQUIRY
  PF5 FOR SSN VERIFY SCRN, PF6 FOR SSA SCREEN, PF7 FOR SSI ELIG PART 1

 TI                              »              0    1.8    A FIPS
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL  8:45 AM
```



FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal

File Edit View Tools Session Productivity Macro Options Help

```
DATE 06/15/2021          TENNESSEE STATE ONLINE QUERY              PAGE    1
                                SSN VERIFICATION
            CLIENT NAME                                        SEX F
     REQD: SSN            DOB              VERIF: SSN     -4713 DOB

     VERIFICATION CODE/DESC     Z CAN FOUND ON MBR. SSN UNVERIFIED WITH NUMIDENT

        ERROR COND CODE/DESC

     ID DISCREPANCY CODE/DESC

     CLIENT: SSA DATA (TITLE II)  PRESENT  YES   SSI DATA (TITLE XVI) PRESENT: NO
          020 - TITLE XVI DATA MAY EXIST, BUT IT COULD NOT BE LOCATED

     XREF  #   BIC CD  XREF CD              XREF CD DESCRIPTION
           4713   A       O       BENEFICIARY IS OR MAY BE ENTITLED TO BENEFITS




     PRESS PF4 TO RETURN TO REQUEST SCREEN. PF12 TO EXIT SOLQ INQUIRY
     PRESS PF6 TO VIEW SSA DATA, PF7 TO VIEW SSI PART 1 PF8 TO VIEW SSI PART 2

  TI                                          "        0   1.8    A FIPS
```
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL 8:45 AM



FIPS_TN3270.RD3X - Reflection Workspace - IBM 3270 Terminal

File Edit View Tools Session Productivity Macro Options Help

```
DATE 06/15/2021          TENNESSEE STATE ONLINE QUERY              PAGE    2
                             CLIENT SSA DATA (TITLE II)
                                                        ADDRESS
     NAME                            SSN         4713
     SEX  F   DOB          DATE OF DEATH
     ACCT NO.       -2905
     BIC C1  CHILD
     DUAL ENT        -4713                                    TN
     BIC A    PRIMARY CLAIMANT (WAGE EARNER)
     BLACK LUNG   NONE       AMT $     .00  RR IND   DIRECT DEPOSIT:  CHECKING
     NET MTHLY BENEFIT $  300.00  PAY STAT C  CURRENT PAY STATUS
     DISAB ONSET 09/01/2002  DOIE  05/2017  DOCE  05/2017  SUSPEND/TERM

               MTHLY GROSS BENEFITS CREDITED DATE/AMT:
     12/2020 $  300.00    12/2019 $  296.00   12/2018  $  291.00  12/2017  $  283.00
     05/2017 $  278.00

     MEDICARE PT A: OPT CD                           START        STOP
                 PREM $   .00  BUY IN                START        STOP
     MEDICARE PT B: OPT CD                           START        STOP
                 PREM $   .00  BUY IN                START        STOP

     PRESS PF4 TO ENTER ANOTHER REQUEST. PF12 TO EXIT SOLQ INQUIRY
     PF5 FOR SSN VERIFY SCRN, PF7  FOR SSI ELIG PART 1, PF8 FOR SSI ELIG PART 2

  TI                                          "        0   1.8    A FIPS
```
Connected to the host [tn3270.state.tn.us]                    CAP NUM SCRL 8:46 AM

SSI Master & Bendex in MMIS/interChange

Code History

File   Applications

| Sak SSImast | Sak Short Ssh | Ccyymm Of Chg | Medalig Cd Hst | Pay Code Hist | Fadlivarr Cd | Stlivarr Code |
|---|---|---|---|---|---|---|
| 818677 | 1 | 200401 | C | N01 | A | Z |
| 818677 | 2 | 200312 | R | N01 | A | Z |
| 818677 | 3 | 200311 | Y | C01 | A | Z |
| 818677 | 4 | 200305 | S | C01 | A | Z |
| 818677 | 5 | 200303 | S | C01 | B | Z |
| 818677 | 6 | 200301 | S | C01 | A | Z |
| 818677 | 7 | 200212 | S | E02 | A | Z |
| 818677 | 8 | 200210 | | | | |
| 818677 | 9 | 200401 | C | N01 | A | Z |
| 818677 | 10 | 200312 | R | N01 | A | Z |
| 818677 | 11 | 200311 | Y | C01 | A | Z |
| 818677 | 12 | 200305 | S | C01 | A | Z |
| 818677 | 13 | 200303 | S | C01 | B | Z |
| 818677 | 14 | 200301 | S | C01 | A | Z |
| 818677 | 15 | 200212 | S | E02 | A | Z |
| 818677 | 16 | 200210 | | | | |
| 818677 | 17 | 200411 | Y | C01 | A | Z |
| 818677 | 18 | 200409 | C | N01 | A | Z |
| 818677 | 19 | 200408 | Y | C01 | A | Z |
| 818677 | 20 | 200412 | Y | C01 | A | Z |
| 818677 | 21 | 200511 | R | S08 | A | Z |
| 818677 | 22 | 200512 | R | N01 | A | Z |

**<u>SQi</u>**: SSI INFORMATION shows an SSI termination with "payment previously made" and a Medicaid effective date from 1985.

# View SOLQ Reports - Details

Page Help  Print Preview

## SOLQI DATA FROM SSA

| | |
|---|---|
| User ID: DCV5704 | Query Date/Time: 06/18/2021 |
| SSN: [redacted]3008 | Claim Acct #: [redacted]3008A |
| Last Name: [redacted] | Middle Initial: [redacted] |
| Given Name: [redacted] | Date of Birth: [redacted]1952 |
| Sex: | Identity Discrepancy Code: |
| Date Of WTPY Response: 06/18/2021 | |
| Error Condition Code: 0 | Error Description: |
| Verification Code: SSN is verified. Not returned for SCHIP or PCIP requests. | Verification SSN Data: |
| RSDI Status: YES | SSI Status: YES |

## RSDI INFORMATION

| | |
|---|---|
| Given Name: [redacted] | Middle Initial: [redacted] |
| Last Name: [redacted] | Person's Own Social Security Number: |
| RSDI Claim Account #: [redacted]3008A | State and County Code: 44450 |
| Address: [redacted] CITY TN | ZIP Code: 37683-1944 |
| Deferred Payment Date: | Schedule Payment Date: |
| Schedule Payment Indicator: | Schedule Prior Payment Amount: $ 0.00 |
| Direct Deposit Indicator: Checking | Schedule Payment Combined Check: |
| Ledger Account File Code: Current payment status (except railroad payment) | Schedule Current Payment Amount: $ 0.00 |
| Date of Birth: [redacted]1952 | Date of Initial Entitlement: 10/01/1979 |
| Proof Of Age: Birth/Baptismal | Date of Death: N/A |
| Larger Excess Monthly Benefit Amount: $ 0.00 | Smaller Actuarially Reduced Monthly Benefit Amount: $ 0.00 |
| Date of Current Entitlement: 10/01/2018 | Date of Suspension or Termination: |
| Sex Code: Female | Disability Onset Date: 04/29/1985 |
| Net Monthly Benefit If Payable: $ 1186.00 | Medicare Indicator: Medicare data is present |
| Welfare Agency Code: 440 | Category of Assistance Code: N |
| Black Lung Entitlement Code: | |
| Black Lung Payment Amount: $ 0.00 | Railroad Indicator: |

## PART A

Part A Indicator:  YES

Part A Option Code:  Yes automatic; no premium necessary

Part A Stop Date:

Part A Buy-In Indicator:  NO

Part A Buy-In Start Date:

Part A Start Date:  01/01/1986

Part A Premium:  $ 0.00

Part A Buy In Code:

Part A Buy-In Stop Date:

## PART B

Part B Indicator:  YES

Part B Start Date:  09/01/1999

Part B Stop Date:

Part B Buy-In Indicator:  YES

Part B Buy-In Start Date:  10/01/2012

Other Primary Insurance Amount:  $ 0.00

Part B Option Code:  Yes (has Part B coverage)

Part B Premium:  $ 0.00

Part B Buy-In Code:  State billing –Tennessee

Part B Buy-In Stop Date:

Number Of Cross-Reference Account Number (XRAN) Entries:



| Cross-reference Account Number (XRAN) Details | | |
|---|---|---|
| XREF Entitlement Number | XREF BIC | XREF Code |
| ⏮ ◀ Page 1 of 1 ▶ ⏭ 10 ▾ | | Empty records |

Dual Entitlement Number:

Dual Entitlement BIC:

| Monthly Benefit Credited (MBC) Details | | | |
|---|---|---|---|
| Entry # | Monthly Benefit Credited Date | Monthly Benefit Credited Amount ($) | Monthly Benefit Credited Type |
| 1 | 12-01-2020 | 1186.00 | C |
| 2 | 12-01-2019 | 1171.00 | C |
| 3 | 12-01-2018 | 1152.00 | C |
| 4 | 12-01-2017 | 1121.00 | C |
| 5 | | 0.00 | |
| 6 | | 0.00 | |
| 7 | | 0.00 | |
| 8 | | 0.00 | |
| ⏮ ◀ Page 1 of 1 ▶ ⏭ 10 ▾ | | | View 1 - 8 of 8 |

## SSI INFORMATION

Given Name: █████        Middle Initial: █

Last Name: █████        Person's Own Social Security Number: █████-3008

Appeals Code: Hearing        Appeals Date:

Appeals Decision Code: FC        Appeals Decision Date 01/10/1986

Last Redetermination Date:        Type Of Recipient: Disabled individual

Record Establishment Date: 05/02/1985        Date of Birth: ████ 1952

Date of Death:        Date of Death Source Code:

Payment Status Code: Terminated – System generated termination (payment previously made).        Current Pay Status Effective Date: 08/01/1986

Race Code: Not determined        Resource Code – House: None

Resource Code – Vehicle: None        Resource Code – Insurance: None

Resource Code – Property: None        Resource Code – Other: None

Other Name: BYRD        Date of Eligibility: 04/01/1985

Medicaid Effective Date: 06/01/1985        Application Date: 04/30/1985

Telephone Number: (000) 727-8248        Alien Indicator Code: Proven U.S. born, U.S. citizen

Alien Indicator Date of Residency:        Country of Origin:

Third Party Insurance Indicator: Third party liability does not exist (1634 State only)        Denial Code:

Denial Date:        Food Stamp Application:

Food Stamp Interview Date: 03/01/1986        Food Stamp Recipient Status: YES

Onset Date of Disability / Blindness: 04/30/1985        Disability Payment Code: Final determination allowance

Direct Deposit Indicator:        Rep Payee Indicator:

Rep Payee Selection Date :        Type of Payee Code:

Payee Name: █████        Payee Mailing Address: █████ TN

Payee ZIP Code: 37683-1938        District Office Code: 572

Ledger Account File Code: Current payment status (except railroad payment)        Unearned Income Number of Entries: 1

## Unearned Income Details

| Unearned Income Type Code | Unearned Income Verification | Unearned Income Start Date | Unearned Income Stop Date | Unearned Income Amount ($) | Unearned Income Frequency | Claim or Identification Number For Unearned Income ($) |
|---|---|---|---|---|---|---|
| Social Security - Title II | Number and Income amount have been verified | 06-01-1986 | | 417.50 | Continuous monthly payment, or uninsured (Title II claim number suffix 'T' and 'M'), or Title II benefits in non-pay status | 3008A 7 |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |

Page 1 of 1  10 ▾   View 1 - 9 of 9

Competency Code:

Residence Address:

Last Transaction Type:  Payment status

State and County Code of Reimbursement:

SSI Gross Payable Amount(Current):  $ 0.00

Residence Address- Number of Lines:

Residence ZIP Code:

Last Transaction Date:  04/06/1992

Payment Date:  06/01/2021

State Gross Payable Amount (Current):  $ 0.00

## Payment History (PHIST) Details

| Payment Date | Payment Flag1 | Payment Flag2 | Monthly Amount ($) | Supplement Amount ($) |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

Page 1 of 1  10 ▾   View 1 - 8 of 8

Payment Status Code (Current): Terminated - System generated termination (payment previously made).

Federal Living Arrangement Code(Current month): Own household

Living Arrangement Code - Optional State Supplement: Not in a Title XIX institution, living arrangement change in progress, or outside the US

State & County of Jurisdiction: 44450

Concurrent State Payment Code: Paid in disability category (opt. supp)

Marital Status:

Mandatory Eligibility Code:

Medicaid Eligibility Code: Referred to State for determination (1634 States), Federal determination not possible

Unearned Income - Net Countable Amount: $ 0.00

SSI Gross Payable Amount: $ 0.00

State Gross Payable Amount: $ 0.00

Optional State Eligibility Code:

Federal Eligibility Code: Not eligible

IAR Code:

 

**SDX** interface has no data:

# Search for SDX Inquiry

✓ 360: No record match your search criteria. Try revising the search criteria

## SEARCH CRITERIA

| | |
|---|---|
| First Name: | |
| Middle: | |
| Last Name: | |
| Suffix: | ∨ |
| SSN: | ███ 3008 |
| Gender: | ∨ |
| Date of Birth: | MM / DD / YYYY 📅 |

↻ reset form

SEARCH

**SSI Master & Bendex Data Search** in interChange/MMIS shows SSI history in TN. The data shows her SSI N01 date – the date her SSI terminated due to excess income [which overlaps her RSDI date of initial entitlement (as seen in SQi), grouping her for Pickle]. This data also shows "UI History." This is other income as detected by the SSA in making an ongoing SSI determination and can be found in the SDX interface when those transactions are received.







UI History

File  Applications

| Snk Summs! | Snk Short Ur | SSI Ui Type Code | SSI Ui Start Date | SSI Ui Stop Date | SSI Ui Amount | SSI Ui Freq | SSI Ui Id Nbr | SSI Ui Vol Code |
|---|---|---|---|---|---|---|---|---|
| 41103 | 1 | A | 199606 | 0 | 417.50 | C | 5008A 7 | 2 |
| 41103 | 2 | A | 199605 | 199609 | 725.43 | N | 5008A 7 | 2 |
| 41103 | 3 | A | 199602 | 199604 | 417.50 | T | 5008A 7 | 2 |
| 41103 | 4 | G | 199601 | 199601 | 417.50 | T | 5008A 7 | 2 |
| 41103 | 5 | F | 199500 | 199602 | 33.00 | T | VER | 0 |

Exit

**SQi**: SSI INFORMATION shows a Medicaid effective date and a "previous payments made" termination code from 1986.

# View SOLQ Reports - Details

🔵 Page Help   🖨 Print Preview

## SOLQI DATA FROM SSA

| | |
|---|---|
| User ID: DCV2401 | Query Date/Time: 06/25/2021 |
| SSN: ▓▓-6865 | Claim Acct #: ▓▓6865A |
| Last Name: ▓▓▓ | Middle Initial: |
| Given Name: ▓▓▓ | Date of Birth: ▓▓1949 |
| Sex: | Identity Discrepancy Code: |
| Date Of WTPY Response: 06/25/2021 | |
| Error Condition Code: 0 | Error Description: |
| Verification Code: SSN is verified. Not returned for SCHIP or PCIP requests. | Verification SSN Data: |
| RSDI Status: YES | SSI Status: YES |

## RSDI INFORMATION

| | |
|---|---|
| Given Name: ▓▓▓ | Middle Initial: M |
| Last Name: ▓▓▓ | Person's Own Social Security Number: |
| RSDI Claim Account #: ▓▓6865A | State and County Code: 44310 |
| Address: ▓▓▓▓▓▓▓▓▓▓ MORRISTOWN TN | ZIP Code: 37813-1236 |
| Deferred Payment Date: | Schedule Payment Date: |
| Schedule Payment Indicator: | Schedule Prior Payment Amount: $ 0.00 |
| Direct Deposit Indicator: Checking | Schedule Payment Combined Check: |
| Ledger Account File Code: Current payment status (except railroad payment) | Schedule Current Payment Amount: $ 0.00 |
| Date of Birth: ▓▓1949 | Date of Initial Entitlement: 12/01/1985 |
| Proof Of Age: Birth/Baptismal | Date of Death: N/A |
| Larger Excess Monthly Benefit Amount: $ 0.00 | Smaller Actuarially Reduced Monthly Benefit Amount: $ 0.00 |
| Date of Current Entitlement: 07/01/2015 | Date of Suspension or Termination: |
| Sex Code: Male | Disability Onset Date: 06/24/1985 |
| Net Monthly Benefit If Payable: $ 1043.00 | Medicare Indicator: Medicare data is present |
| Welfare Agency Code: 440 | Category of Assistance Code: N |
| Black Lung Entitlement Code: | |
| Black Lung Payment Amount: $ 0.00 | Railroad Indicator: |

## PART A

| | |
|---|---|
| Part A Indicator:  YES | Part A Start Date:  12/01/1987 |
| Part A Option Code:  Yes automatic; no premium necessary | |
| Part A Stop Date: | Part A Premium:  $ 0.00 |
| Part A Buy-In Indicator:  NO | Part A Buy-In Code: |
| Part A Buy-In Start Date: | Part A Buy-In Stop Date: |

## PART B

Part B Indicator:  YES                                      Part B Option Code:  Yes (has Part B coverage)

Part B Start Date:  12/01/1987

Part B Stop Date:                                             Part B Premium:  $ 0.00

Part B Buy-In Indicator:  YES                          Part B Buy-In Code:  State billing -Tennessee

Part B Buy-In Start Date:  09/01/2002               Part B Buy-In Stop Date:

Other Primary Insurance Amount:  $ 0.00            Number Of Cross-Reference Account Number (XRAN) Entries:



**Cross-reference Account Number (XRAN) Details**

| XREF Entitlement Number | XREF BIC | XREF Code |
|---|---|---|
| | ‹‹ ‹‹ Page 1   of 1 ›› ›› 10 ▾ | Empty records |

Dual Entitlement Number:                               Dual Entitlement BIC:

**Monthly Benefit Credited (MBC) Details**

| Entry # | Monthly Benefit Credited Date | Monthly Benefit Credited Amount ($) | Monthly Benefit Credited Type |
|---|---|---|---|
| 1 | 12-01-2020 | 1045.00 | C |
| 2 | 12-01-2019 | 1030.00 | C |
| 3 | 12-01-2018 | 1013.00 | C |
| 4 | 12-01-2017 | 985.00 | C |
| 5 | 12-01-2016 | 967.00 | C |
| 6 | 12-01-2015 | 964.00 | C |
| 7 | 12-01-2014 | 964.00 | C |
| 8 | | 0.00 | |
| | ‹‹ ‹‹ Page 1   of 1 ›› ›› 10 ▾ | | View 1 - 8 of 8 |

## SSI INFORMATION

Given Name: ▮▮▮

Last Name: ▮▮▮

Appeals Code: Hearing

Appeals Decision Code: FC

Last Redetermination Date:

Record Establishment Date: 08/14/1985

Date of Death:

→ Payment Status Code: Terminated - System generated termination (payment previously made).

Race Code: White

Resource Code - Vehicle: Vehicle either over or under limit

Resource Code - Property: None

Other Name:

→ Medicaid Effective Date: 01/01/1986

Telephone Number: ▮▮▮

Alien Indicator Date of Residency:

Third Party Insurance Indicator: Third party liability does exist (1634 State only) and applicant agrees to assign rights

Denial Date:

Food Stamp Interview Date: 08/01/1985

Onset Date of Disability / Blindness: 08/13/1985

Direct Deposit Indicator:

Rep Payee Selection Date :

Payee Name: ▮▮▮

Payee ZIP Code: 49201

Ledger Account File Code: Current payment status (except railroad payment)

Middle Initial: ▮

Person's Own Social Security Number: ▮▮▮6865

Appeals Date:

Appeals Decision Date 03/28/1986

Type Of Recipient: Disabled individual

Date of Birth: ▮▮▮1949

Date of Death Source Code:

Current Pay Status Effective Date: 01/01/1987

Resource Code - House: Possession of a home - principal place of residence not to be disposed of

Resource Code - Insurance: None

Resource Code - Other: None

Date of Eligibility: 08/01/1985

Application Date: 08/13/1985

Alien Indicator Code: Identity and citizenship verified by Numident interface (Code was previously B)

Country of Origin:

Denial Code:

Food Stamp Application: No

Food Stamp Recipient Status: NO

Disability Payment Code: Final determination allowance

Rep Payee Indicator:

Type of Payee Code:

Payee Mailing Address: ▮▮▮
JACKSON MI

District Office Code: 351

Unearned Income Number of Entries: 1

## Unearned Income Details

| Unearned Income Type Code | Unearned Income Verification | Unearned Income Start Date | Unearned Income Stop Date | Unearned Income Amount ($) | Unearned Income Frequency | Claim or Identification Number For Unearned Income ($) |
|---|---|---|---|---|---|---|
| Social Security - Title II | Number and income amount have been verified | 01-01-1937 | | 448.00 | Continuous monthly payment, or uninsured (Title II claim number suffix 'T' and 'M'), or Title II benefits in non-pay status | 6865A 7 |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |

Page 1 of 1  10  View 1 - 9 of 9

Competency Code:

Residence Address:

Last Transaction Type: Address

State and County Code of Reimbursement:

SSI Gross Payable Amount(Current): $ 0.00

Residence Address- Number of Lines:

Residence ZIP Code:

Last Transaction Date: 04/26/2001

Payment Date: 06/01/2021

State Gross Payable Amount (Current): $ 0.00

## Payment History (PHIST) Details

| Payment Date | Payment Flag1 | Payment Flag2 | Monthly Amount ($) | Supplement Amount ($) |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

Page 1 of 1  10  View 1 - 8 of 8

Payment Status Code (Current): Terminated - System generated termination (payment previously made).

Federal Living Arrangement Code(Current month):

Living Arrangement Code - Optional State Supplement: Not in a Title XIX institution, living arrangement change in progress, or outside the US

State & County of Jurisdiction: 23370

Concurrent State Payment Code: Paid in disability category (opt. supp)

Marital Status:

Mandatory Eligibility Code:

Medicaid Eligibility Code: Referred to State for determination (1634 States), Federal determination not possible

Unearned Income - Net Countable Amount: $ 0.00

SSI Gross Payable Amount: $ 0.00

State Gross Payable Amount: $ 0.00

Optional State Eligibility Code:

Federal Eligibility Code: Not eligible

JAR Code:

 

Nothing showing in the **SDX** interface,

# Search for SDX Inquiry

⊘ 360. No record match your search criteria. Try revising the search criteria.

## SEARCH CRITERIA

| | |
|---|---|
| First Name: | |
| Middle: | |
| Last Name: | |
| Suffix: | ∨ |
| SSN: | ▆▆▆6865 |
| Gender: | ∨ |
| Date of Birth: | MM / DD / YYYY 📅 |

↻ reset form

SEARCH

**SSI Master & Bendex Data Search** in interChange/MMIS shows SSI history in TN. The data shows his SSI N01 date – the date his SSI terminated due to excess income [which overlaps his RSDI date of initial entitlement (as seen in SQi), grouping him for Pickle]. This data also shows "UI History." This is other income as detected by the SSA in making an ongoing SSI determination and can be found in the SDX interface when those transactions are received.





Code History

File   Applications

| Sak SSImast | Sak Short Ssh | Ccyymm Of Chg | Medelig Cd Hst | Pay Code Hist | Fedlivarr Cd | Stlivarr Code |
|---|---|---|---|---|---|---|
| 836259 | 1 | 198701 | R | 0 | | |
| 836259 | 2 | 198601 | R | N01 | | |
| 836259 | 3 | 198509 | Y | C01 | | |
| 836259 | 4 | 198508 | R | N01 | | |
| 836259 | 5 | 198507 | | | | |

Exit



UI History

File   Applications

| Sak Ssimast | Sak Short Ui | SSI Ui Type Code | SSI Ui Start Date | SSI Ui Stop Date | SSI Ui Amount | SSI Ui Freq | SSI Ui Id Nbr | SSI Ui Vol Code |
|---|---|---|---|---|---|---|---|---|
| 836258 | 1 | A | 198701 | 0 | 440.00 | C | 6865A 7 | 2 |
| 836255 | 2 | A | 198606 | 198612 | 442.00 | T | 6865A 7 | 2 |
| 836255 | 3 | A | 198511 | 198511 | 0 | T | 6865A 7 | 1 |
| 836259 | 4 | G | 198601 | 198606 | 442.00 | T | 6865A 7 | 7 |

Exit