# EXHIBIT 10

**Subject:** RE: RE: TEDS improvement idea
**Date:** Friday, July 30, 2021 at 4:18:06 PM Central Daylight Time
**From:** KetanKumar Dhimar
**To:** Saurabh Ganju, Jorge Quevedo, NiKn Chaturvedi, David J. Jungquist, Kimberly Hagan
**CC:** Sreekanth VuRhuri, Sudharsan Kuppuswamy
**ADachments:** image002.jpg, image001.png

Hi David and Kim,
Team was able to complete analysis on this issue, below are the updates, issue was not caused due to SDX data for two cases provided.
INC0189888 - Issue is fixed with TEDS-147658 with R15.1. (Use CAN and the BIC found in the SSR(T3) block to make the secondary call for a member without XREF details for SOLQi)
150966710 - Due to OPA rules issue, system is not able to approve Pickle benefits for the member, issue being tracked with TEDS-180277, no issue with SDX details.
150967467 – Member lost Pickle benefits due to update on SSI related screen, case worker corrected those details later, system reapproved member for Pickle benefits.
Let me know if you have any addi^onal ques^ons.
Thanks,
Ketan.

**From:** Saurabh Ganju <Saurabh.Ganju@tn.gov>
**Sent:** Monday, July 26, 2021 2:17 PM
**To:** KetanKumar Dhimar <KetanKumar.Dhimar@tn.gov>; Jorge Quevedo <Jorge.Quevedo@tn.gov>; Ni^n Chaturvedi <Ni^n.Z.Chaturvedi@tn.gov>
**Cc:** Sreekanth Vujhuri <Sreekanth.Vujhuri@tn.gov>; Sudharsan Kuppuswamy <Sudharsan.Kuppuswamy@tn.gov>
**Subject:** Fw: RE: TEDS improvement idea

Ketan/Jorge/Ni^n -
Please see the below email from David. Sreekanth is out sick right now but we need to get started with the review of these apps to at least understand what happened from the TEDS perspec^ve. Can you please review and iden^fy what is going on?
State is saying that we converted all the SDX info on the members, but there is a possibility that some informa^on is not available in TEDS which is causing incorrect determina^on. This email as all the details we have recieved from them at this point.
Please keep me in the loop as you review/analyze this.
Saurabh

**From:** David J. Jungquist <David.J.Jungquist@tn.gov>
**Sent:** Friday, July 23, 2021 4:01 PM
**To:** Saurabh Ganju <Saurabh.Ganju@tn.gov>; Kimberly Hagan <Kimberly.Hagan@tn.gov>


EXHIBIT 10
Deponent K. Hagan
Date 4/14/23 Rptr. LP

**Cc:** Sudharsan Kuppuswamy <Sudharsan.Kuppuswamy@tn.gov>
**Subject:** RE: TEDS improvement idea

All,

I have started a new email chain on this topic, using TN.gov addresses because I am ajaching some examples from Ryan that I received today and those examples contain PII.

I am also ajaching the original email chain for reference if needed and including an extract Saurabh's last email reply to the original email chain below as a quick reference.

Lastly, I am including Ryan's email comments below from the email he sent to me with the examples.

Thanks,
David

- **Saurabh's last email reply on 7/23/21:**

Hi Kim/David –

We are looking into this. Sri believe all the raw data from SDX was converted but not sure what was not. We have reached out to Manish and Sreekanth and they are looking into it to confirm their understanding.
I will get back to you as soon as I can get something from them

Thanks,
Saurabh

- **Email reply from Ryan Head related to pdf examples aDached to this email:**

Attached are 3 different examples. These are all appeals related that had negative dispositions.

1. **INC0189888** (associated ticket still open) has screenshots from TEDS (SQi, SDX, and Bendex), SOLQ/ACCENT, and SSI Master & Bendex in interChange. Some of the DAC entitlement info is not available in TEDS (thus the ticket) and, specific to this conversation, there is a lot of SSI history that shows in the SSI Master & Bendex (page 12) that does not show in TEDS. It is needed for a proper Pickle disposition.
2. **150966710** has screenshots from TEDS (SQi and SDX) and from SSI Master & Bendex in interChange. SQi shows some data on her SSI history but no information is in the SDX interface. Sufficient data (from 1986) for making a Pickle determination is in the SSI Master & Bendex.
3. **150967467** is nearly identical to #2. Sufficient data (from 1985) for making a Pickle determination is in the SSI Master & Bendex that is not in the SDX interface.

Thank you,
Ryan

**TN** Division of
**TennCare**
**David Jungquist** | Eligibility Administrator
Division of TennCare/ Member Services
310 Great Circle Rd. Nashville, TN 37243
p. 615-687-5805
david.j.jungquist@tn.gov
tn.gov/tenncare

*Our mission is improving lives through high-quality, cost effective-care. TennCare's vision is a healthier Tennessee.*