# EXHIBIT 11

| | |
|---|---|
| **Subject:** | IMPORTANT \| Access MMIS for Historical SSI Data |
| **Date:** | Thursday, April 13, 2023 at 4:29:29 PM Eastern Daylight Time |
| **From:** | TEDS ENGAGEMENT |
| **To:** | Adam Zanghi, Alaina T. Southall, Alexandria M. Birch, Alfonza Hall, Alice M. Rigsby, Alicia Holt, Alima Johnson, Alisha N. Biggs, Allison C. Mazzara, Andra Brown, Andrea M. Ensley, Andrea Scott, Andrea Walker, Andrea Ward, Andreka Johnson, Angela Hurst, Angela R Dartest, Angela TomesAnim, Angelica Hinojosa, Angelica Richmond, Anissa C. Jones, Anthony Buford, Antoinette S. Okojie, Antonio Michael, Antonius Pearson, April D. Shelton, Ariel Lillard, Arnecia Elliott, Ashley Beth Shapiro, Ashley Hathaway, Ashley Hippolyte, Ashley J. Smith, Ashley Miller, Ashley N. Gray, Ashtan Sims, Ashton Cox, Atealyah Tucker, Autumn Cravens, Aysha Majors, Barbara A. Curtis, Beaux Sweeney, Belanda Wellman, Ben Callahan, Benjamin A. Powers, Bethany A. Chang, Brandie Hall, Brandon S. Delk, Brianna M. Denton, Brigitte N. Turner, Brittany F. Garner, Brittany M Phillips, Brittney Deese, Caitlyn Cain, Calandra Woodson, Candice Horton, Candice L. Johnson, Candria Chapman, Candriece Bailey, Carmen M. Lane, Carrie R. Knight, Cassandra Cunningham, Cassedra D. Goldthreate, Charlotte M. Miller, Charmayne Johnson, Chatia Jackson, Chelsea J. Gladney, Cherita Wilson, Cheryl M. Cravens, Chetika M. Dillard, Christina A Underwood, Christina Crump, Christopher White, Christopher Whitehorn, Cindy Flemings, Clifford Greer, Connie J. Hopping, Consuela A. Carter, Courtney Jordan, Crystal Fletcher, Crystal Hadi, Crystal Jones, Crystal P. Bradley, Crystal X. Gray, Cynthia Rector, Dameh Tyler, Daniela Georgieva, Daphine Browning, Darryl Thornton, Darvelyn Bermudez, David Nicastro, Debbie X. Little, Deborah X. Eason, Debra Tufford, Debra X. Pickett, Debre D. Jones, DeShannon Tomlin, Desiree D. Jones, Destiny Guest, Destiny Wilson, Dexter L. Crawford, Dierdre Barber, Dina Y. Dekran, Donald Tolliver, Donna K. Brown, Donna Riddle, Dottie Willingham, Drexsel S. Greene, Dustin K. Davis, Dustin S. Dias, Ebonee Robinson, Ebony C. Whittaker, Ebony N. Brown, Elizabeth VanDeven, Emily Daniel, Erica Chapman, Erica Smikes, Faith C. Maclin, Fitzgerald Ogbunwezeh, Gina Batey, Grace Tran, Gregory L. Elliott, Gregory Pierce, Guirlancia Jumeau, Hailey Wise, Heather N. Dunn, Hermina A. Timofte, Ida Wade, Jacqueline N. Jones, Jacqueline Williams, Jaenesa N. Woodard, Jahlesha Hughes, James D. Hess, James W. Fuller, Jamesneisha Day, Jammie Anderson, Jana Fults, Jarvis Guinn, Jasmine Chambliss, Jasmine D. Tulloss, Jasmine Floyd, Jasmine Murphy, Jason X. Harding, Jassica Chinn-Augustave, Jazmine Peete, Jekeia Suggs, Jennifer K. Moore, Jennifer N. Roeder, Jennifer S. Poole, Jennifer S. Smith, Jeremiah J. Fitzgerald, Jereny Potter, Jeriesha L. Peoples, Jessica Scott, Jimmy Dumas, Joi Gardner, Joyce Q. Sayndee, Kaitlin Richmond, Kala Wilson, Kanethia Johnson, Karen K. Smith, Karen L. Mahich, Karen Ward, Karl Erickson, Karla M. Lopez, Katherine B. Harris, Katlyn Harris, Katrice Mitchell, Katrina Jordan, Kawatha Stewart, Kaylie A. Maxwell, Kendra Fulton, Kendra McCurry, Kenneth E. Hinson, Kent Davies, Kesha March, Kevin D. Gardner, Kevin L. Walker, Kiara Robinson, Kiara Wyatt, Kimberly Andrews, Kimberly Corder, Kimberly L. Miller, Kimberly Mullen, Kimberly Primas, Kimberly R. Murphy, Krisandra Elam, Krystal Boyce, Kyle Harman, LaCherelle Mormon, LaPricia B. Howlett, LaRissa Neal, Larry Vanderpool, LaShundrea Woodson, Lasunda Jones, Latisha A. Hurt, LaTonya Munroe, LaTosha Matthews, LaToya Moorer, Latricia A. Minor, Lauren Hoke, Lauren N. Satchell, Lee Partee, Leon Day, Leslie Jones, Leslie Tucker, Lindsey Adams, Lisa A. Chessor, Lizzie Kunkel, Lori C. Halfacre, Lori Sharpe, Lynda L. Bowker, Lyndie Waldron, Macail M. Harris, Mack Taylor, Madison Eddings, Mahmoud R. Obeidat, Makaila B Tucker, Makeva A. Taylor, Malissa Taylor, Marckendra Harris, Margarita R. Torres-Lopez, Marion A. Denson, Marlene Mayen, Marty Eastes, Marvin A. Taylor, Marvin L. Gardner, Matthew A. Williams, Matthew Inman, Meena X. Henen, Melanie Chumney, Michael Boegh, Michele B. Thomas, Michele Benson, Michele H. Duncan, Michelle Burton, Michelle L. Bledsoe, Michelle L. McCullough, Monica Robinson, Monique A. Bender, Monique N. Bowers, Morgan N. Smith, Musa S. Suso, Nadia P. Smith, Namrata N. Deshpande, Natalie T. Key, Nedjrika Guenther, Nekia Green, Nikki G. Taylor, Norma |

Defago, Paeton Cravens, Paige Wheeler, Pam Davenport, Pamela Verser, Parriss Jones, Patricia Black, Patricia Spears, Patrick Donahue, Peggy Cox, Peyton Wade, Phoebe Nagib, Precious Smith, Princess Hodge, Priscilla Mingle, Quiniesha Herndon, Rachel Marlin, Rachel Waxman, Rebecca Simon, Regina Shelton, Renita Bailey, Rhonda N. Gonzalez, Rita Richardson, Rossa Christi Givens, Ruth Pippin, Samantha Frazier, Sammy Mays, Sandi Campbell, Sandra L. Thomas, Sara Long, Sebastian Erakare, ShaDa Brooks, Shanavika Jackson, Shanda Key, Shanice Offutt, Shanika Craig, Sharmayne C. Williams, Shemekia Myles, Shenita D. Gleaves, Sherron Hooberry, Sherry L. Parker, Shondalyn M. Rhodes, Simone Mayberry, Sonya J. Peterson, Stephanie Bell, Stephanie C. Stremic, Stephanie Roberts, Steven J. Ricke, Tahje Jennings, Tahlier Hughes, Talesha Reed, Tamonique Lanier, Tanithea Bob, Tara Caldwell, Tara Stall, TeeAra Lewis, Tegan L. Young, Telisha Prichard, Teresa A. Potter, Terica D. Peyton, TERIKA W. SNEED, Terri L. Brogden, Thea Hyde, Theophilus Brooks, Thernell Davis, Tiana N. Horton, Tiera Chandler, Tiffany T. Mitchell, Tiffany X. Mastin, Timothy L. Bagwell, Timothy Ludwig, Tina Baujan, Torrean Hancock, Tracy L. Graham, Tracy Rucker, Trayauna L. Vaughan, Trevor Holland, Trevor R. Porter, Trinette M. White, Tristen Hodge, Troi M. Wilcox, Ugochukwu C. Mmonu, Virginia B Pamplin, Vivian Bartlett, Vivian R. Haynes, Wendy D. Swindell, Wess W. Kirby, Whitney Logan, Whitney Minor, Wilhelmina Browning, Willard Clark, William Joyner, William Keele, Yazmet Pena, Younda Parsons, Zenekra Starnes, Briana Clemmons, Crystal F. Gray, Crystal X. Gray, Jarreshea Tolliver-HOLD, Jonathan Lipshaw, Karla Walker, 'Katherine Harris', Lacresha Edmond, Paula Lannom, Rita Richardson, Susan Born, Vicki Pipkin, Audrey Seamon, BusinessSupport TennCare, Kimberly Hagan, TEDSREPORTING TENNCARE, Angie Hutchings, Anna Peoples, Ayanna Williams, Chad Scobey, Emily Feyka, Erin P. Shaw, Gary Johnson, Jane Montgomery, Johnny Gonzales, Lakika Scott, Larnitwa M. Scott, Lee A. Miller, Linda Gregory, Meagan Dufault, Melanie Braun, Nicholas Taylor, Pamela Fleming-Hall, Reginald King, Shaunice Passmore, Sherry J. Thompson, Shondrea Winn, Stephanie Butts, Thomas Riordan, Virginia Victorio, Chelsea Wright, Amy Hall

**CC:** TEDS ENGAGEMENT

**Attachments:** FINAL_Job Aid_How to Find SSI Information in MMIS.pdf

## Access MMIS for Historical SSI Data

April 13th, 2023

Hello Member Services,

Although historical SSI data was converted into TEDS in 2019 during go live activities, it has recently come to our attention that some records may not be available through the SDX Individual Inquiry screen.

While we work to identify the issue and resolution, please access interChange (also known as MMIS) to review data for anyone who may have lost SSI prior to 2009. This information is relevant to determine eligibility in Pickle, DAC, and Widow/Widower categories if SDX data is not available in TEDS. Be very careful when reviewing the data to ensure it matches the individual being reviewed in TEDS.

Attached is a reminder about how to access and interpret SDX data from interChange.

Thanks,

**TEDS Engagement Team**

TEDS Engagement Team
TEDS.Engagement@tn.gov




# How to Find SSI Information in MMIS

## Overview

Most historical Supplemental Security Income (SSI) data was converted into TEDS in 2019. Currently, there are some records that may not be available through the SSI inquiry screen.

While those records are being converted, workers must access MMIS to review data for anyone who may have lost SSI prior to 2009.

This information is relevant to determine eligibility in Pickle, DAC, and Widow/Widower categories if SDX data is not available in TEDS. Review all data to ensure it matches the individual being reviewed in TEDS. The inability to person match is the reason why these historical records were not previously converted.

## Table of Contents

Process ..................................................................................................................... 2
Unearned Income Type ........................................................................................... 4
Medicaid Code History ............................................................................................ 6
Pay Code .................................................................................................................. 7
    SSI Status ........................................................................................................... 8
    SSI Status Reason ............................................................................................. 8

## *Process*

Use these steps to find SSI information in MMIS.

On the **Recipient Search** page:

1 Select **Addtl Options** tab.

2 Select **SSI Master & Bendex Data Search** from the drop-down menu.

On the **SSI Master & Bendex Data Search** page:

3 Enter the **SSN**.

4 Click **Search**.

5 Review the following fields:

- **Sak SSImast** (SSI Master ID #)
- **SSI Rec Last Name**
- **SSI Rec First Name**
- **SSI Rec Initial**
- **SSI Date Birth**

6 Select the **Ui** (Unearned Income) **History** tab.

**NOTE**: This will show the unearned income history at the time the SDX files were collected.

On the **UI History** pop-up window:

7 Review the **SSI Ui Type Code** field.

**NOTE**: This code indicates the recipient is eligible for SSI or State Supplement payments For additional information on determining what type of unearned income is listed, refer to the Unearned Income Type section.

8 Review the **SSI Ui Start Date**.

9 Review the **SSI Ui Stop Date**.

10 Review the **SSI Ui Amount**.

**NOTE**: SSA income may be provided in lump sums after final disability determinations are complete. This income date may not be the date on which the individual actually received the funds, but rather the date in which they would/should have received them.

11 Review the **SSI Ui Id Nbr**.

Case 3:20-cv-00240 Document 311-11 Filed 07/10/23 Page 6 of 18 PageID #: 12659



> **NOTE**: This number provides the entitlement BIC for SSA income types. The entitlement BIC for SSA income may be used to determine the amount of DAC or Widow-Widower entitlement at the time of SSI termination.

12. Click **Exit**.

On the **SSI Master & Bendex Data Search** page:

13. Select **Code History** tab.

On the **Code History** pop-up window:

14. Review the **Ccyymm Of Chg** field.
    > **NOTE**: This field provides the month and year a change in the benefit status code occurred for SSI recipients.

15. Review the **Medelig Cd Hst** (Medicaid Code History) field.
    > **NOTE**: For additional information on determining what the Medicaid eligibility status is for the individual, refer to the Medicaid Code History section.

16. Verify code *T* (SSI has terminated) is listed as the **Pay Code Hist** field:
    > **NOTE**: This field shows a collection of pay codes for SSI receipt while the individual was living in Tennessee. For additional information on each pay codes, refer to the Pay Code section.

17. Click **Exit**.

On the **SSI Master & Bendex Data Search** page:

18. Select **Payment Dates** tab.

On the **Payment Dates** pop-up window:

19. Review the **Payment Date**.
20. Review the **Monthly Hist**.
21. Click **Exit**.

On the **SSI Master & Bendex Data Search** page:

22. Select the **Bendex** tab.

On the **Bendex** pop-up window:

23. Review all populated information.


This process is complete.

## Unearned Income Type

This indicates the kind of unearned income the recipient is, or was, receiving as well as other amounts that are not income to the recipient.

| Code… | Meaning… |
|---|---|
| A | Social Security (T2) |
| B | Black Lung |
| C | Veterans Administration (VA) Compensation (not based on need) |
| D | Railroad Board (RRB) |
| E | VA Pension |
| F | Assistance based on need and not excluded from unearned income |
| G | Title XVI offset |
| H | Income in-kind (support and maintenance) |
| I | Ineligible child allocation (spouse-to-spouse or parent-to-child deemed income) |
| J | Value of one-third reduction |
| K | Blind countable income |
| L | Military unearned pension |
| M | Federal Civil Service pension |
| N | Support payments received from absent parent |
| O | Income based on need from private sources |
| P | Employment-related pension (State or local government retirement, private pension) |



| Code… | Meaning… |
|---|---|
| Q | Worker's Compensation |
| R | One of the following:<br>• Conversion Value<br>• Royalties and Honoraria<br>• Interest and Dividends<br>• Rental/Lease Income |
| S | One of the following:<br>• Assistance Payments<br>  o Emergency Assistance Payments (not IBON or ABON), Certain Foster Care Payments, Certain Adoption Assistance, Assistance involving Community Service Block Grants, and Certain Austrian Social Insurance Payments (Not based on wage credits)<br>• Conversion Value<br>• Death Related Incomes (Cash Inheritance, In-Kind Inheritance, Unspent Death Benefits, and Insurance Proceeds)<br>• Monetary Awards (Gifts, Grants, Scholarships, and Fellowships not used for Educational Benefits, Prizes, Gambling Winnings, and Awards)<br>• Multiple Entries<br>• Payments to Native American Indians (Alaska Native Claims Distribution (Those over $2000/month), payments derived from individual Interests in Indian Trust or Restricted Lands (In excess of $2000/month), and Indian Tribal Funds distributed to Individuals)<br>• Other<br>• Court Ordered or Voluntary Support Payments (Alimony/Spousal support and Child support not subject to the one-third reduction)<br>• COLA Coordination Computation (One-time Title II payment to be excluded from COLA coordination computation (January and February only)<br>• Unemployment Benefits<br>• Work Related Unearned Income<br>  o Jury Duty<br>  o Stipends |

| Code… | Meaning… |
|---|---|
|  | o Tips<br>o Indian fishing rights income<br>o In-Kind Remuneration for Work<br>o Money paid to Residents of a Public Institution where no ER/EE relationship exists<br>    ▪ JTPA Payments, Job Corps Dependents Allowance, sick pay that is Unearned Income, Trade Readjustment ACT Payments, Uniformed Services Special Pay and Allowances, State Disability Insurance Benefits, and VA Educational Benefits<br>• Unstated Income |
| T | Alaska longevity bonus |
| U | Concurrent and title II only attorney's fees allocated over months where Type A, G or W unearned income is present |
| V | Net deemed income |
| W | Title II income used in windfall offset computations |
| X | Mandatory income level amount (conversion cases only) |
| Y | Special needs reduction (applies to a Federal countable minimum income level) |
| Z | State countable income (State of Vermont only) |

## Medicaid Code History

The Medicaid Eligibility Code is a code maintained by month, which represents federal determinations of Medicaid eligibility for 1634 States.

| Code… | Meaning… |
|---|---|
| A | Applicant refused to assign rights to third party insurance. |
| B | Deeming waived; Child under State home care plan. |

| Code… | Meaning… |
|---|---|
| C | Applicant is covered under provisions of section 1619(b) of Title XVI of the Act (MEDTEST indicator is A, B or F and Payment Status Code is equal to "E01", or "N01") eligible. |
| D | Disabled adult child |
| E | Eligible per State determination (obsolete code) |
| F | Title 8 (Special Veterans Benefit) recipient |
| G | Payment is being continued due to an appeal - eligible. |
| I | Ineligible per State determination (obsolete code) |
| N | Eligible for Medicaid (N24 payment status only) |
| P | Drug addiction and/or alcoholism (obsolete code) |
| Q | Medicaid qualifying trusts may exist |
| R | Case is referred for State Determination of Medicaid eligibility due to:<br>• Initial denial<br>• Initially eligible for SSI, but there is no money being paid (Payment Status Code is "E01", E02, "M01", or "M02") ineligibility for SSI<br>• Payment is suspended (Payment Status Code is equal to "Sxx") |
| S | No SSA responsibility for determination of Medicaid eligibility because:<br>• Essential person record, and/or State is not a 1634 State |
| W | Widow(er) (1634 State) |
| Y | SSI payment is being made eligible |

**NOTE**: Cases terminated (Payment Status Code is "Txx") maintain the Medicaid Eligibility Code contained in the last pre-termination month.

## Pay Code

This is made up of two elements:



- The first reflects the status of the SSI/State Supplement payment.
- The second reflects the reason for the status.

## SSI Status

| Code… | Value… |
|---|---|
| C | Indicates the recipient is eligible for SSI and/or State Supplement payments and payment is due. |
| E | Indicates eligibility for Federal and/or State benefits based on the eligibility computation, but no payment is due based on the payment computation. |
| H | Indicates a case in "hold" status, final disposition is pending. |
| M | Indicates a case is under manual control. Case is known as "forced payment" although payment may not be involved. |
| N | Indicates the claimant/recipient is not eligible for SSI/State Supplement payments or that a previously eligible recipient is not currently eligible. |
| P | Indicates suspension with the probability of reinstatement. "P" is obsolete June 1987. |
| S | Administrative suspense. Indicates recipient may still be eligible for SSI and/or State Supplement payments, but payment is being withheld. |
| T | Indicates SSI and/or State Supplement eligibility is terminated. A record may be terminated, and a new record established, in certain situations. |

## SSI Status Reason

| Code… | Value… |
|---|---|
| Blank | Disability determination pending, an edit condition exists, or verification is pending. |



| Code… | Value… |
|---|---|
| C01 | Current pay. Systems generated payment currently or FO transmitted psc01. |
| E01 | Eligibility for federal and/or state benefits based on the eligibility determination but no payment is due based on the payment computation (not applicable before 4/82). Fla=d or pci is equal to fbr. |
| E02 | Non-pay eligible for benefits but not due a payment (applies to first month of eligibility only). |
| H10 | Hold living arrangements change in process. |
| H20 | Hold marital status change in process. |
| H30 | Hold resource change in process. |
| H40 | Hold student status change in process. |
| H50 | Hold head of household change in process. |
| H60 | Hold pending receipt of date of death. |
| H70 | Hold one-time payment or other pe data to be transmitted. |
| H80 | Hold early input. |
| H90 | Hold systems limitation regarding computation, FO must manually compute and input payment amounts. |
| M01 | Force payment case, recipient may be in current payment or nonpayment status, depending on payment history (pmth). |
| M02 | Force due case (FO controls case through mssics), recipient may be in current payment or nonpayment status, depending on payment history (pmth). |
| N01 | Non-pay recipient's countable income exceeds title xvi fbr and oss if applicable. |
| N02 | Non-pay recipient is inmate of public institution. |


| Code… | Value… |
|---|---|
| N03 | Non-pay recipient is outside U.S. |
| N04 | Non-pay recipient's non-excludable resources exceed title xvi limitations. |
| N05 | Non-pay FO is unable to determine eligibility for some period of non-payment or failure to provide information for children overseas or failure to give permission to contact financial institutions. |
| N06 | Non-pay recipient failed to file for other benefits. |
| N07 | Non-pay cessation of recipient's disability. |
| N08 | Non-pay cessation of recipient's blindness. |
| N09 | Non-pay recipient refused vocational rehabilitation without good cause. |
| N10 | Non-pay Failure To Comply With Drug Or Alcohol Treatment Plan (Prior To 03/95; Refused Treatment For Drug Addiction.) |
| N11 | Non-pay Benefit Sanction Month Because Of Failure To Comply With Approved Treatment Plan (Prior To 03/95; Refused Treatment For Alcoholism.) |
| N12 | Non-pay Recipient Voluntarily Withdrew from Program. |
| N13 | Non-pay Not a Citizen Or Eligible Alien. |
| N14 | Non-pay Aged Claim Denied for Age And Blindness/Disability Not Alleged. Also Used for Claimant Under Age 65 Who Does Not Allege Blindness/Disability. |
| N15 | Non-pay Blind Claim Denied. Applicant Not Blind (Obsolete) |
| N16 | Non-pay Disabled Claim Denied. Applicant Not Disabled (Obsolete) |
| N17 | Non-pay applicant does not wish to pursue claim. |


| Code… | Value… |
|---|---|
| N18 | Non-pay failure to cooperate or failure to give permission to contact financial institutions. |
| N19 | Non-pay voluntarily termination in the ssi program. |
| N20 | Non-pay failure to provide information. |
| N22 | Non-pay claimant is an inmate of a penal institution. This payment status/denial code is a breakout of the current code N02 and is subject to the same rules of input. |
| N23 | Non-pay claimant is not a resident of the United States. This payment status/denial is a breakout of the current code N13 and is subject to the same rules of input. |
| N24 | Non-pay claimant has been convicted of a felony or fraudently misrepresenting residence in order to receive benefits/services (SSI, Medicaid, AFDC, food stamps) simultaneously in two or more states. |
| N25 | Non-pay claimant is fleeing to avoid prosecution, or custody or confinement after conviction for a crime which is a felony (or in nj, a high misdemeanor) under the law of the place from which he/she flees, or is violating a condition of prob. |
| N30 | Non-pay termination due to substantial gainful activity (sga) (obsolete). |
| N31 | Non-pay capacity for SGA--customary past work. No visual impairment. |
| N32 | Non-pay capacity for SGA--other work, no visual impairment. |
| N33 | Non-pay engaging in SGA despite impairment, no visual impairment. |
| N34 | Non-pay before 3/9/91: impairment no longer severe at time of adjudication and did not last 12 months. No visual impairment. Effective 3/9/91: child under age 18. Impairment(s) disabling for a period of less than 12 months. |



| Code… | Value… |
|---|---|
| N35 | Non-pay impairment is severe at time of adjudication but not expected to last 12 months. No visual impairment. |
| N36 | Non-pay insufficient or no medical data furnished. |
| N37 | Non-pay failure or refusal to submit to consultive examination. |
| N38 | Non-pay applicant does not want to continue development of claim. |
| N39 | Non-pay applicant willfully fails to follow prescribed treatment. |
| N40 | Non-pay before 3/9/91: impairment(s) does not meet or equal listing (disabled child under age 18 only), no visual impairment. Effective 3/9/91: child under age 18. Individual functional assessment (ifa) shows impairment(s) not of comparable. |
| N41 | Non-pay slight impairment - medical condition alone. Visual impairment. |
| N42 | Non-pay capacity for SGA - customary past work. Visual impairment. |
| N43 | Non-pay capacity for SGA - other work. Visual impairment. |
| N44 | Non-pay before 3/9/91: engaging in SGA despite impairment. Visual impairment. Effective 3/9/91: child under age 18. Impairment not severe. |
| N45 | Non-pay impairment no longer severe at time of adjudication and did not last 12 months. Visual impairment. |
| N46 | Non-pay impairment is severe at time of adjudication but not expected to last 12 months. Visual impairment. |
| N47* | Non-pay insufficient or no medical evidence furnished. Visual impairment. |
| N48* | Non-pay failure or refusal to submit to consultative examination. Visual impairment. |



| Code… | Value… |
|---|---|
| N49* | Non-pay applicant does not want to continue development of claim. Visual impairment. |
| N50* | Non-pay applicant willfully fails to follow prescribed treatment. Visual impairment. |
| N51* | Non-pay before 3/9/91: impairment does not meet or equal listing (disabled child under age 18 only). Visual impairment. Effective 3/9/91: child under 18. Individual functional assessment (ifa) shows impairment not of comparable severity. |
| N52 | Non-pay deleted from state rolls prior to 12/73 payment. |
| N53 | Non-pay deleted from state rolls after 12/73 payment. |
| N54 | Non-pay denied - whereabouts unknown (obsolete). |
| P01 | Provisional possible reinstatement pending development of SGA (obsolete). |
| S04 | Suspended system is awaiting disability determination input (system generated). |
| S05 | Suspended prerequisite payment month development pending to determine eligibility for special 1619(a) payments to disabled individuals. |
| S06 | Suspended recipient's address unknown. |
| S07 | Suspended returned checks for other than death, identification, address, death of payee or duplicate check (systems generated). |
| S08 | Suspended representative payee development pending. |
| S09 | Suspended temporary institutionalization suspense (system generated). |
| S10 | Suspended recipient has a bank account and refuses to receive payments via direct deposit. |



| Code… | Value… |
|---|---|
| S20 | Suspended the recipient is presumptively disabled or blind and has received 6 months payments (FO input). |
| S21 | Suspended the recipient is presumptively disabled and has received 6 months payments (systems generated). |
| S90 | Suspended pr1 change in process. |
| S91 | Suspended pr1 change in process. |
| T01 | Terminated death of recipient. |
| T20 | Terminated received a duplicate payment based on 2 different numbers. (applied by FO or co 1719b input). |
| T22 | Terminated received duplicate payment based on the same number on different SSR's or on 2 different numbers (applied internally by the system). |
| T30 | Terminated manual termination. |
| T31 | Terminated systems generated termination (payment previously made or refund on record). |
| T32 | Terminated automated systems termination of a paid record that has exceeded certain size limitation. |
| T33 | Terminated manual termination (through mssics). |
| T50 | Terminated manual termination (no previous payment made). |
| T51 | Terminated systems generated termination (no previous payment made). |