# EXHIBIT 13

| | | | EDREASONCD | | | | |
|---|---|---|---|---|---|---|---|
| Code | Description | English Text | SpanishDescription | English Fair Hearing | Spanish Fair Hearing | Notice Reason Type | |
| EL0001 | INDIVIDUAL IS NOT REQUESTING ASSISTANCE | | | | | | |
| EL0038 | FAILED TO COOPERATE WITH CHILD SUPPORT | You refused to cooperate with the Department of Human Services (DHS) to make sure your child's absent parent provides medical insurance for your child. | Usted se negó a cooperar con el Departamento de Servicios Humanos (DHS) para asegurarse de que el padre ausente de su hijo proporcione un seguro médico para su hijo. | You did agree to cooperate with child support. | Usted acordó cooperar con la manutención de los hijos. | D | |
| EL1009 | PATIENT LIABILITY AMOUNT HAS CHANGED DUE TO A TRANSFER OF RESOURCE PENALTY | We learned that you have given away your resources for free or transferred your resources for less money than your resources are worth.  You're now in a penalty period.  Your patient liability amount has changed. | Nos enteramos de que ha regalado sus recursos de forma gratuita o ha transferido sus recursos por menos dinero de lo que valen sus recursos. Ahora estás en un período de penalización. Su cantidad de responsabilidad del paciente ha cambiado. | You did not give away or transfer your resources for free or for less than your resources are worth. | No regaló o transfirió sus recursos de forma gratuita o por un valor inferior al de sus recursos. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL1025 | DOES NOT MEET THE NON-FINANCIAL CRITERIA | You're not in a group covered by TennCare or CoverKids. You must be in a group we cover and be under the income limit for that group. Some of those groups include: children, pregnant women, caretaker relatives of minor children, people who are getting Social Security and who used to get SSI checks, people who need treatment for breast or cervical cancer, people who need long-term services or supports, or people who've been in the hospital for at least 30 days and meet the rules for aged, blind, disabled, a child, or pregnant. | Usted no pertenece a un grupo cubierto por TennCare o CoverKids. Usted debe pertenecer a uno de los grupos que cubrimos y debe estar por debajo del límite de ingresos para ese grupo. Algunos de esos grupos incluyen niños, mujeres embarazadas, parientes cuidadores de menores de edad, personas que reciben Seguro Social y que recibían cheques de SSI, personas que necesitan tratamiento por cáncer de mama o de cuello del útero o personas que necesitan servicios o apoyos de largo plazo o personas que hayan estado en el hospital por lo menos durante 30 días y que satisfacen las reglas por ser un anciano, ciego, discapacitado, un niño o una mujer embarazada. | You are in one of the groups covered by TennCare or CoverKids and you are under the income limit for that group. | Usted está en uno de los grupos cubiertos por TennCare o CoverKids y está por debajo del límite de ingresos para ese grupo. | |
| EL1054 | FAILED SSN REQUIREMENT | The Social Security Number (SSN) you gave to us does not match the Social Security Administration's records. Or the date you said you applied for your SSN does not match their records. | El Número de Seguro Social que nos dio no coincide con los expedientes de la SSA. O la fecha en que dijo que solicitó su SSN no coincide con sus expedientes. O usted no proporcionó el SSN. | The information you gave does match Social Security Administration's records. | La información que proporcionó sí coincide con los expedientes de la Administración del Seguro Social. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL1055 | FAILED RESIDENCY REQUIREMENT | Our records show you are not a Tennessee resident. To be eligible for our program, you must live in Tennessee and meet other rules. | Nuestros expedientes indican que usted no es residente de Tennessee. Para ser elegible para nuestro programa, debe vivir en Tennessee y satisfacer otras reglas. | You are living in Tennessee. | Usted está viviendo en Tennessee. | D |
| EL3006 | INCOME EXCEEDS INCOME LIMIT | The monthly income limit for the kind of <coverage> you could get is <$xxx.xx>. Our records show your monthly income is over this limit. | El límite de ingreso mensual para el tipo de <coverage > que puede obtener es <$ xxx.xx>. Nuestros registros muestran que su ingreso mensual excede este límite. | Your income is less than <$xxxx.xx>. | Su ingreso es inferior a <$xxxx.xx>. | D |

| EL3008 | OVER RESOURCE LIMIT | You have too many resources. Resources are things you own like your house, land, or money you have in the bank.  The most you can have in total resources is <Resource Limit>.  Our records show the total resources we can count for you is <Resource Calculated>.  So you have too many resources for the kind of <program name> you could get. | Usted tiene demasiados recursos. Los recursos son cosas que posee, como su casa, terrenos o dinero que tiene en el banco. Lo máximo que puede tener en recursos totales es <Resource Limit>. Nuestros expedientes indican que el total de recursos que podemos contar para usted es <Resource Calculated>. Por lo tanto, tiene demasiados recursos para el tipo de <Program Name> que puede recibir. | Your resources are less than <the resource limit>. | Sus recursos son menos de ~. | D |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| EL3016 | FAILED TO REAPPLY OR RENEW BENEFITS | You did not respond when we told you it was time to renew your benefits. | No respondió cuando le dijimos que era hora de renovar sus beneficios. | You did respond to renewal by the due date we gave you. Or you gave us the address where you live now. But we sent your letter and renewal packet to the wrong address. State law says we must send them to the last address you gave us. | Respondió a la renovación antes de la fecha de vencimiento que le dimos.O nos dio la dirección donde vive ahora. Pero enviamos su carta y Paquete de Renovación a la dirección incorrecta. La ley estatal dice que debemos enviarlos a la última dirección qu | D |
| EL5003 | DOES NOT MEET AGE REQUIREMENT | You are or about to be ~ years old or older. In order to get this type of coverage, you need to be under the age of ~. | Usted está a punto de cumplir ~ años o más. Para poder recibir este tipo de cobertura, usted debe ser menor de la edad de ~. | We have your birthdate wrong.  You're not age <Age> or older. | Tenemos mal su fecha de nacimiento. No tiene ~ o más años de edad. | D |
| EL5004 | BCC TREATMENT FORM NOT PROVIDED | We sent you a letter asking for more facts but you didn't send us what we needed. So we did not have enough information to decide if you qualify. | Le enviamos una carta pidiéndole más información, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si usted califica. | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5006 | YOU ARE NO LONGER ELIGIBLE BECAUSE YOU NOW HAVE OTHER HEALTH INSURANCE | We've learned you have other insurance. | Hemos aprendido que tiene otro seguro. | You don't have other insurance. | No tiene otro seguro. | D |
| EL5007 | FAILED LENGTH STAY REQUIREMENT | To be eligible for nursing home Medicaid, you must need nursing home care for at least 30 days. Records show you have not been in a nursing home for 30 days. | Para ser elegible para casa de convalecencia en Medicaid, debe requerir atención en una casa de convalecencia durante 30 días como mínimo. Los expedientes indican que no ha estado en una casa de convalecencia durante 30 días. | The records are wrong. You have lived in a nursing home for 30 days or more. | Los expedientes están equivocados. Usted ha vivido en un hogar de ancianos por 30 días o más. | |
| EL5018 | RECEIVING OUT OF STATE BENEFITS | You're getting health insurance in another state. You can't have TennCare or CoverKids in Tennessee and get health insurance in another state too. | Usted está recibiendo seguro médico en otro estado. No puede tener TennCare o CoverKids en Tennessee y también tener un seguro médico en otro estado. | You're not getting health insurance in another state. | Usted no está recibiendo seguro médico en otro estado. | D |
| EL5019 | DO NOT MEET NON CITIZEN ELIGIBILITY REQUIREMENT | We were not able to verify that you are a U.S. citizen or that you are an eligible immigrant. | No pudimos verificar que usted sea ciudadano de los Estados Unidos o que sea un inmigrante elegible. | You are a U.S. citizen or an eligible immigrant. | Usted es ciudadano de los Estados Unidos o un inmigrante elegible. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5020 | DO NOT MEET NON CITIZEN ELIGIBILITY REQUIREMENT FOR ROP | We were not able to verify that you are a U.S. citizen or that you are an eligible immigrant. | No pudimos verificar que usted sea ciudadano de los Estados Unidos o que sea un inmigrante elegible. | You are a U.S. citizen or an eligible immigrant. | Usted es ciudadano de los Estados Unidos o un inmigrante elegible. | D |
| EL5023 | VOLUNTARY WITHDRAW/TERMINATION | You asked to end your coverage. | Separate Letter | Separate Letter | Separate Letter | D |
| EL5025 | RECEIVING SSI | You are already enrolled in TennCare Medicaid because you get SSI.  In Tennessee, people who get SSI also get TennCare Medicaid automatically. | Ya está inscrito en TennCare Medicaid porque recibe SSI.  En Tennessee, las personas que reciben SSI también reciben TennCare Medicaid automáticamente. | You do not get SSI and are not enrolled in TennCare Medicaid. | No recibe SSI y no está inscrito en TennCare Medicaid. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5027 | DOES NOT GROUP FOR MEDICAL ASSISTANCE PROGRAMS | You're not in a group covered by TennCare or CoverKids. You must be in a group we cover and be under the income limit for that group. Some of those groups include: children, pregnant women, caretaker relatives of minor children, people who are getting Social Security and who used to get SSI checks, people who need treatment for breast or cervical cancer, people who need long-term services or supports, or people who've been in the hospital for at least 30 days and meet the rules for aged, blind, disabled, a child, or pregnant. | Usted no pertenece a un grupo cubierto por TennCare o CoverKids. Usted debe pertenecer a uno de los grupos que cubrimos y debe estar por debajo del límite de ingresos para ese grupo. Algunos de esos grupos incluyen niños, mujeres embarazadas, parientes cuidadores de menores de edad, personas que reciben Seguro Social y que recibían cheques de SSI, personas que necesitan tratamiento por cáncer de mama o de cuello del útero o personas que necesitan servicios o apoyos de largo plazo o personas que hayan estado en el hospital por lo menos durante 30 días y que satisfacen las reglas por ser un anciano, ciego, discapacitado, un niño o una mujer embarazada. | You are in one of the groups covered by TennCare or CoverKids and you are under the income limit for that group. | Usted está en uno de los grupos cubiertos por TennCare o CoverKids y está por debajo del límite de ingresos para ese grupo. | D |
| EL5054 | VERIFICATION S NOT PROVIDED | We sent you a letter asking for more facts but you didn't send us what we needed. So we did not have enough information to decide if you qualify. | Le enviamos una carta pidiéndole más información, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si usted califica. | You sent us the facts we needed. | Usted nos envió la información que necesitábam os. | D |
| EL5057 | YOU ARE ELIGIBLE IN ANOTHER MEDICAL ASSISTANCE PROGRAM | You qualify for coverage in a better benefit. | Usted califica para cobertura en un beneficio que es mejor. | You don't have coverage now. | Usted no tiene cobertura ahora. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5063 | VERIFICATIONS NOT PROVIDED FOR ROP | We sent you a letter asking for more facts but you didn't send us what we needed. So we did not have enough information to decide if you qualify. | Le enviamos una carta pidiéndole más información, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si usted califica. | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |
| EL5064 | YOU ARE NOT ELIGIBLE DUE TO TRANSFERRING RESOURCES AND ARE STILL IN A PENALTY PERIOD | We learned that you have given away your resources for free or transferred your resources for less money than your resources are worth. You're now in a penalty period. This means you can't be enrolled in CHOICES. Since you can't be enrolled in CHOICES, you don't qualify for TennCare Medicaid. | Nos enteramos de que usted regaló sus recursos o traspasó sus recursos por menos dinero de lo que valen.Ahora está en un período de penalización.Esto significa que no puede inscribirse en CHOICES. Como no puede inscribirse en CHOICES, no califica para TennCare Medicaid. | You have not transferred your assets in the last 60 months (5 years). | Usted no ha transferido sus activos en los últimos 60 meses (5 años). | D |
| EL6020 | NOT LIVING IN THE SAME HOUSEHOLD | You are no longer in this household. | No vive con las personas que están presentando la solicitud. | You do live in the same household as the other people on the application. | Vive en el mismo hogar que las otras personas nombradas en la solicitud. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL6021 | MOTHER OF NEWBORN WAS NOT RECEIVING MEDICAID AT THE TIME OF CHILD'S BIRTH | You were not enrolled in TennCare Medicaid when you gave birth to your baby. For your baby to get health coverage, you must file a new application. | No estuvo inscrito en TennCare Medicaid cuando dio a luz a su bebé. Para que su bebé reciba cobertura médica, debe presentar una nueva solicitud. | You were enrolled in TennCare Medicaid when you gave birth to your baby. | Estaba inscrito en TennCare Medicaid cuando dio a luz a su bebé. | D |
| EL9005 | YOU OR SOMEONE IN YOUR HOUSEHOLD IS ALREADY RECEIVING THIS TYPE OF BENEFIT | You're already getting TennCare or CoverKids in another case. | Ya está recibiendo TennCare o CoverKids en otro caso. | Our records are wrong. You are not already getting TennCare or CoverKids. | nuestros expedientes están equivocados. Usted no está recibiendo TennCare ni CoverKids. | D |
| EL9009 | THIS PERSON HAS A VERIFIED DATE OF DEATH | We confirmed date of death for this person | Separate Letter | Separate Letter | Separate Letter | D |
| EL9011 | NOT AN ELIGIBLE BENEFIT PERIOD | N/A | N/A | N/A | N/A | D |
| EL9012 | YOU DO NOT FALL WITHIN THE INCOME LIMITS FOR THIS CATEGORY | Your monthly income does not fall within the limits for the kind of <Program Name> you can get. | Sus ingresos mensuales no están dentro de los límites para el tipo de <Program Name> que puede recibir. | Your monthly income does fall within the limits for the kind of <Program Name> you can get. | Su ingreso mensual cae dentro de los límites para el tipo de <Program Name> que puede obtener. | D |
| EL9018 | ENTERING DCS CUSOTDY MEMBER NO LONGER IN HOUSEHOLD | You don't live with the people who are applying. | No vive con las personas que están presentando la solicitud. | You do live with | Vives con las personas que están postulando. | D |
| EL9019 | EXITING DCS CUSTODY - MEMBER NO LONGER IN HOUSEHOLD | You don't live with the people who are applying. | No vive con las personas que están presentando la solicitud. | You do live with the people who are applying. | Vives con las personas que están postulando. | D |
| EL9021 | CHANGE IN HOUSEHOLD SIZE | N/A | N/A | N/A | N/A | C |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9022 | CHANGE IN RESOURCES | | | | | |
| EL9023 | CHANGE IN INCOME | N/A | N/A | N/A | N/A | C |
| EL9024 | CHANGE IN EXPENSES OR DEDUCTIONS | N/A | N/A | N/A | N/A | C |
| EL9025 | CHANGE IN CIRCUMSTANCES | N/A | N/A | N/A | N/A | C |
| EL9026 | CHANGE IN INCOME LIMITS | N/A | N/A | N/A | N/A | C |
| EL9029 | 7 YEAR ELIGIBILITY LIMIT REACHED | You can only be eligible for TennCare as an immigrant for 7 years. Our records show you have already had 7 years of eligibility. | Sólo puede calificar para TennCare como inmigrante durante 7 años. Nuestros expedientes indican que usted ya tuvo 7 años de elegibilidad. | You have not had TennCare for 7 years. | Usted no ha tenido TennCare por 7 años. | D |
| EL9030 | NOT CURRENTLY RECEIVING TREATMENT | You're not getting treatment for breast or cervical cancer. | Usted no está recibiendo tratamiento para cáncer de mama o de cuello uterino. | You are getting treatment for breast or cervical cancer. | Usted está recibiendo tratamiento para el cáncer de mama o de cuello uterino (cervical). | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9031 | QIT DOES NOT LOWER INCOME BELOW INCOME LIMIT | You set up a Qualified Income Trust (QIT) to help you qualify for TennCare Medicaid. But, your trust does not meet the rules for QIT in Tennessee. This means you are over the income limit for TennCare Medicaid. The monthly income limit for TennCare Medicaid is <income limit>. | Usted estableció un Fideicomiso de Ingresos Calificados (QIT) para ayudarle a calificar para TennCare Medicaid. Pero su fideicomiso no cumple con las reglas de QIT en Tennessee. Esto significa que está por encima del límite de ingresos para TennCare Medicaid. El límite de ingresos mensuales para TennCare Medicaid es ~. | Your trust meets the rules for QIT in Tennessee, so you are not over the income limit for Tenncare Medicaid. | Su fideicomiso cumple con las reglas de QIT en Tennessee, por lo que no supera el límite de ingresos para Tenncare Medicaid. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9032 | INDIVIDUAL DOES NOT HAVE AN APPROVED HCBS PAE | You applied to get nursing home care at home. You might know this as HCBS. But to get TennCare Medicaid this way, you must have an approved PAE (Pre Admission Evaluation). Our records show that you don't have an approved PAE. And because you're denied, we won't keep this application date as a resource assessment effective date. | Usted solicitó atención de convalecencia en el hogar. Quizás conozca esto como HCBS. Pero para conseguir TennCare Medicaid de esta manera, debe tener una PAE (evaluación de preadmisión) aprobada. Nuestros expedientes indican que usted no tiene una PAE aprobada. Y debido a que fue denegado, no sostendremos esta fecha de solicitud como la fecha efectiva de evaluación de recursos. | You have an approved PAE. | Usted tiene una PAE aprobada. | D |
| EL9033 | INDIVIDUAL IS NOT MEDICALLY ELIGIBLE | We looked at the facts and medical records you gave us. But, those facts and medical records did not show that you have a condition that qualifies you for TennCare Standard. | Examinamos la información y los expedientes médicos que usted nos proporcionó. Pero, esa información y los expedientes médicos no demuestran que usted tiene una afección que lo califica para TennCare Standard. | You think the medical condition you told us about does qualify you for TennCare. | Usted piensa que la afección médica sobre la que nos dijo sí lo califica para TennCare. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9034 | YOU ARE NO LONGER ELIGIBLE BECAUSE YOU NOW HAVE OTHER HEALTH INSURANCE WITH MATERNITY BENEFITS | You told us you have other insurance that offers maternity coverage. | Usted nos dijo que tiene otro seguro que ofrece cobertura de maternidad.  O bien, le pedimos un comprobante de que su otro seguro no cubre los beneficios de maternidad y usted no nos envió ningún comprobante. | The insurance you have does not cover maternity benefits.  Or you did send us the facts we need. | El seguro que usted no cubre los beneficios de maternidad. O bien, usted nos envió la información que necesitamos. | D |
| EL9035 | FAILED TO REUTRN COMPLETED ME PACKET | We sent you a letter asking for more facts but you didn't send us what we needed. So we did not have enough information to decide if you qualify. | Le enviamos una carta pidiéndole más información, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si usted califica. | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9036 | INCOME EXCEEDS INCOME LIMIT AND SPENDDOWN AMOUNT IS NOT MET | The monthly income limit for one kind of TennCare Medicaid you could get is <income test limit>.  Some medical bills can help lower your monthly income limit.  Our records show you gave us <total medical expenses> of medical bills that meet our rules.  But you needed to give us at least <Spenddown amount>.  You did not give us enough medical bills that meet our rules.  So, our records show your monthly income is over this limit. | El límite de ingresos mensuales para un tipo de TennCare Medicaid que usted podría recibir es <income test limit>.  Algunas facturas médicas pueden ayudar a reducir su límite de ingresos mensuales. Nuestros expedientes indican que nos dio <total medical expenses> en facturas médicas que satisfagan nuestras reglas.  Pero necesitaba darnos por lo menos <Spenddown amount>.  Usted no nos proporcionó suficientes facturas médicas que satisfagan nuestras reglas.  Así que nuestros expedientes indican que sus ingresos mensuales superan este límite. | You did give us at least <spenddown amount from the spenddown calculation screen> of medical bills that meet our rules.  Your income is less than <income test limit>. | Usted nos dio por lo menos <spenddown amount>  en facturas médicas que satisfacen nuestras reglas.  Sus ingresos son inferiores a <income test limit> . | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9037 | NOT RECEIVING TENNCARE MEDICAID WHEN AGED OUT OF DCS CUSTODY | You told us you left foster care after you turned 18. But, our records show that you were not getting Medicaid in Tennessee when you left foster care after turning 18. | Usted nos dijo que dejó de estar en cuidado de crianza después de cumplir 18 años. Sin embargo, nuestros expedientes indican que usted no estaba recibiendo Medicaid en Tennessee cuando dejó de estar en cuidado de crianza después de cumplir los 18 años. | You were receiving Medicaid in Tennessee when you left foster care after turning 18. | Usted recibía Medicaid en Tennessee cuando dejó de estar en cuidado de crianza después de cumplir los 18 años. | D |
| EL9038 | NOT RECEIVING MEDICAID WHEN AGED OUT OF DCS CUSTODY | You told us you left foster care after you turned 18. But, our records do not show that you were getting Medicaid when you left foster care after turning 18. | Usted nos dijo que dejó de estar en cuidado de crianza después de cumplir 18 años. Sin embargo, nuestros expedientes no indican que usted estuviera recibiendo Medicaid cuando dejó de estar en cuidado de crianza después de cumplir los 18 años. | You were receiving Medicaid when you left foster care after turning 18. | Usted recibía Medicaid cuando dejó de estar en cuidado de crianza después de cumplir los 18 años. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9039 | 60 day postpartum PERIOD HAS ENDED | You qualified for <program> because you were pregnant. You could keep it during your pregnancy and for 60 days after it ended (postpartum). Your 60 days has ended so your <program> must end too. | Usted calificó para <program> por estar embarazada. Podía conservarlo durante su embarazo y hasta 60 días después de su término (postparto). Sus 60 días han transcurrido, así que su <program> también debe terminar. | Our records are wrong. Your pregnancy did not end more than 60 days ago. | Nuestros expedientes están equivocados. Su embarazo no terminó hace más de 60 días. | D |
| EL9040 | NOT RECEIVING NURSING FACILITY CARE | You are not getting nursing home care now. | Usted no está recibiendo atención en una casa de convalecencia ahora. | You are getting nursing home care. | Usted está recibiendo atención en una casa de convalecencia ahora. | D |
| EL9041 | NOT RECEIVING MEDICARE | We checked to see if you qualify for <COE>. To get <COE>, you must have Medicare Part A. Our records show you don't have Medicare Part A. | Revisamos si usted califica para ~. Para recibir ~, debe tener la Parte A de Medicare. Nuestros expedientes indican que no tiene Medicare Parte A. | You do have Medicare Part A. | Usted tiene Medicare Parte A. | D |
| EL9042 | EMERGENCY STATUS IS DENIED | We looked at your medical records. The medical records we reviewed don't prove that the care you received was an emergency. | Revisamos sus expedientes médicos. Los expedientes médicos que revisamos no comprueban que la atención que recibió haya sido una emergencia. | You think the care you received meets the rules for emergency care. | Cree que la atención que recibió cumple con las reglas de atención de emergencia. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9044 | YOU DID NOT LOSE SSI BECAUSE OF YOUR SOCIAL SECURITY INCOME | You did not lose SSI because of your Social Security Income. | No perdió SSI debido a sus Ingresos del Seguro Social. | Your Social Security Income increased so you did lose SSI. | Sus ingresos del Seguro Social aumentaron, por lo que perdió SSI. | D |
| EL9046 | APPLICANT IN CORRECTIONAL FACILITY | You are in jail or prison. You can't be approved for our program while you are in jail or prison. | Está en la cárcel o la prisión. No puede ser aprobado para nuestro programa mientras se encuentra en la cárcel o prisión. | You are not in jail or prison now. | Usted no está en la cárcel o la prisión. | D |
| EL9047 | PATIENT OF INSTITUTION OF MENTAL DISEASE | You live in a state mental health facility. Rules say you can't be enrolled in our program while living there. | Usted vive en un centro de salud mental estatal. Las reglas dicen que no puede estar inscrito en nuestro programa mientras viva allí. | You do not live in a state mental health facility. | Usted no vive en un centro de salud mental estatal. | D |
| EL9048 | YOU HAVE NOT LOST FREE MEDICARE PART A DUE TO WORK | We checked to see if you qualify for <COE>. To get <COE>, you must have lost Medicare Part A when you returned to work. But, our records show you still have your free Medicare Part A. | Revisamos si usted califica para ~. Para recibir ~, debe haber perdido la Parte A de Medicare cuando regresó al trabajo. Sin embargo, nuestros expedientes indican que todavía tiene su Parte A gratuita de Medicare. | You lost Medicare Part A. | Usted perdió Medicare Parte A. | D |

| | | | | | |
|---|---|---|---|---|---|
| EL9049 | YOU ARE NOT DISABLED ACCORDING TO SSA | We checked to see if you qualify for <COE>. To get <COE>, you must be considered disabled according to the Social Security Administration's rules. You do not meet their rules for disabilty. | Revisamos si usted califica para ~. Para recibir ~, debe considerarse discapacitado de acuerdo con las reglas de la Administración del Seguro Social. Usted no cumple sus reglas de discapacidad. | You're disabled based on the Social Security Administration's rules. | Está incapacitado según las reglas de la Administración del Seguro Social. | D |
| EL9050 | DOES NOT MEET EXCESS HOME EQUITY | You must have a home equity for your case of <Resource Limit>. Our records show your home equity is less than the limit for <Program Name>. | Debe tener un valor líquido de la casa para su caso de ~. Nuestros registros muestran que el valor de su casa es menor que el límite de ~. | The equity you have in your home is more than this limit for <Program Name>. | El capital que tiene en su casa es más que este límite para ~. | D |
| EL9051 | DOES NOT MEET BCC SCREENING REQUIREMENT | You told us you're getting or need treatment for breast and/or cervical cancer. But you didn't get temporary coverage first from the health department to get this kind of coverage, you must apply at the health department first. | Usted nos dijo que está recibiendo o necesita tratamiento para cáncer de mama y/o de cuello del útero. Pero no obtuvo cobertura temporal primero del departamento de salud para recibir este tipo de cobertura, primero debe solicitarla en el departamento de salud. | Our records are wrong. You did go to the health department were approved for temporary coverage for breast and/or cervical cancer. | Nuestros expedientes están equivocados. Sí fue al departamento o de salud y le aprobaron la cobertura temporal para cáncer de mama y/o de cuello del útero. | D |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EL9052 | FAILURE TO PROVIDE SPOUSE INFORMATION ON INCOME AND/OR RESOURCE | Your spouse refused to give us information about his or her resources. | Su cónyuge se negó a darnos información sobre sus recursos. | Your spouse did give us information about his or her resources. | Su cónyuge sí nos proporcionó información sobre sus recursos. | | |
| EL9053 | SSI COVERAGE HAS ENDED | | | | | | |
| EL9054 | INDIVIDUAL MERGED | | | | | | |
| EL9060 | DOES NOT MEET THE BLIND REQUIREMENT | You said you were in a medical facility (like a hospital) for at least 30 days.  To get coverage this way you must also meet the rules for being blind or disabled. But you don't meet the rules for blindness or disability. | Usted dijo que estuvo en el establecimiento médico (como un hospital) por lo menos 30 días.  Para recibir cobertura de esta manera, también debe cumplir con las reglas de ceguera o discapacidad.  Pero usted no satisface las reglas de ceguera o discapacidad. | You do meet the rules for blindness or disability. | Usted sí satisface las reglas de ceguera o discapacidad. | D | |

| EL9061 | DOES NOT MEET THE DISABILITY REQUIREMENT | You said you were in a medical facility (like a hospital) for at least 30 days.  To get coverage this way you must also meet the rules for being blind or disabled. But you don't meet the rules for blindness or disability. | Usted dijo que estuvo en un establecimiento médico (como un hospital) por lo menos 30 días.  Para recibir cobertura de esta manera, también debe cumplir con las reglas de ceguera o discapacidad.  Pero usted no satisface las reglas de ceguera o discapacidad. | You do meet the rules for blindness or disability. | Usted sí satisface las reglas de ceguera o discapacidad. | D |
|---|---|---|---|---|---|---|
| EL9062 | DOES NOT MEET THE HOSPITAL LENGTH OF STAY REQUIREMENT | You said you were in the hospital. To get coverage this way, you must be in the hospital for at least 30 days. But our records show you were not in the hospital for at least 30 days | Usted dijo que estuvo en el hospital.  Para recibir cobertura de esta manera, debe estar en el hospital por lo menos durante 30 días.  Pero nuestros expedientes indican que no estuvo en el hospital por lo menos durante 30 días. | Our records are wrong. You were in the hospital for 30 days. | Nuestros expedientes están equivocados. Usted estuvo en el hospital durante 30 días. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9063 | NO LONGER IN HOSPITAL | Our records show you are no longer in a medical facility (like a hospital). To keep this kind of coverage you must still be in the medical institution. | Nuestros expedientes indican que ya no está en un establecimiento médico (como un hospital). Para conservar este tipo de cobertura, debe seguir en el establecimiento médico. | Our records are wrong. You are still in the hospital. | Nuestros expedientes están equivocados. Usted sigue en el hospital. | D |
| EL9071 | CASE MERGE | N/A | N/A | N/A | N/A | D |
| EL9099 | Contination of Benefits closed due to resolving Appeal for Failure to Provide/Failure to Renew | N/A | N/A | N/A | N/A | D |
| EL9106 | VERIFICATION NOT PROVIDED - PRE-TERM | We sent you a letter(s) asking for more facts about the information listed below, but you did not send us what we needed. So, we did not have enough information to decide if you qualify. <Verification not provided - Questions for review to see if you can keep coverage (Bulletted list)> | Le enviamos una o varias cartas solicitando más datos sobre la información que se indica abajo, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si califica. <Verification not provided - Preguntas de repaso para ver si puede conservar su cobertura (Bulletted list)> | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9107 | VERIFICATION NOT PROVIDED - EARNED INCOME | We sent you a letter(s) asking for more facts about the information listed below, but you did not send us what we needed. So, we did not have enough information to decide if you qualify. <Verification not provided - Earned Income (Bulletted list)> | Le enviamos una o varias cartas solicitando más datos sobre la información que se indica abajo, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si califica. <Verification not provided (Bulletted list)> | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |
| EL9108 | VERIFICATION NOT PROVIDED - LIQUID RESOURCES | We sent you a letter(s) asking for more facts about the information listed below, but you did not send us what we needed. So, we did not have enough information to decide if you qualify. <Verification not provided - Liquid Resources (Bulletted list)> | Le enviamos una o varias cartas solicitando más datos sobre la información que se indica abajo, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si califica. <Verification not provided (Bulletted list)> | You sent us the facts we needed. | Usted nos envió la información que necesitábamos. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9109 | VERIFICATION NOT PROVIDED - UNEARNED INCOME | We sent you a letter(s) asking for more facts about the information listed below, but you did not send us what we needed. So, we did not have enough information to decide if you qualify. <Verification not provided - Unearned Income (Bulletted list)> | Le enviamos una o varias cartas solicitando más datos sobre la información que se indica abajo, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si califica. <Verification not provided (Bulletted list)> | You sent us the facts we needed. | Usted nos envió la información que necesitábam os. | D |
| EL9110 | VERIFICATION NOT PROVIDED - SELF-EMPLOYMENT INCOME | We sent you a letter(s) asking for more facts about the information listed below, but you did not send us what we needed. So, we did not have enough information to decide if you qualify. <Verification not provided - Self-Employment Income (Bulletted list)> | Le enviamos una o varias cartas solicitando más datos sobre la información que se indica abajo, pero usted no nos envió lo que necesitábamos. Por lo tanto, no teníamos suficiente información para decidir si califica. <Verification not provided (Bulletted list)> | You sent us the facts we needed. | Usted nos envió la información que necesitábam os. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5055 | DETERMINED INELIGIBLE FOR MED NEEDY BY SUPER USER | The monthly income limit for the kind of <insert program type> you could get is <insert monthly income limit>. Our records show your monthly income is over this limit. And, you told us your medical bills that meet our rules will not make your income lower than this limit. | El límite de ingresos mensuales para el tipo de <insert program type> que usted podría recibir es <insert monthly income limit>. Nuestros expedientes indican que sus ingresos mensuales superan este límite. Y, usted nos dijo que sus facturas médicas que cumplen con nuestras reglas no reducirán sus ingresos a menos de este límite. | Your income is less than <$xxxx.xx>. Or, you did tell us your bills that meet our rules will make your monthly income lower than this limit. | Sus ingresos son inferiores a <$xxxx.xx>. O, usted nos dijo que sus facturas que cumplen con nuestras reglas harán que sus ingresos mensuales sean menos que este límite. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL5056 | INCOME EXCEED INCOME LIMIT AND SPENDDOWN NOT MET - MEMBER ATTESTED | The monthly income limit for the kind of <insert program type> you could get is <insert monthly income limit>. Our records show your monthly income is over this limit. And, you told us your medical bills that meet our rules will not make your income lower than this limit. | El límite de ingresos mensuales para el tipo de <insert program type> que usted podría recibir es <insert monthly income limit>. Nuestros expedientes indican que sus ingresos mensuales superan este límite. Y, usted nos dijo que sus facturas médicas que cumplen con nuestras reglas no reducirán sus ingresos a menos de este límite. | Your income is less than <$xxxx.xx>. Or, you did tell us your bills that meet our rules will make your monthly income lower than this limit. | Sus ingresos son inferiores a <$xxxx.xx>. O, usted nos dijo que sus facturas que cumplen con nuestras reglas harán que sus ingresos mensuales sean menos que este límite. | D |
| EL4001 | Income exceeds SSI FBR Limit | The monthly income limit for the kind of <coverage> you could get is <$xxx.xx>. Our records show your monthly income is over this limit. | El límite de ingreso mensual para el tipo de <coverage > que puede obtener es <$xxx.xx>. Nuestros registros muestran que su ingreso mensual excede este límite. | Your income is less than <$xxxx.xx>. | Su ingreso es inferior a <$xxxx.xx>. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL4002 | Individual does not have an approved ECF PAE | You applied to get Employment and Community First CHOICES. But to get TennCare Medicaid this way, you must have an approved PAE (Pre-Admission Evaluation). But our records show you don't have an approved PAE. So, you don't qualify for TennCare Medicaid this way. If you have questions about getting a PAE for Employment and Community First CHOICES call 877-224-0219. | Usted solicitó Employment and Community First CHOICES. Pero para recibir TennCare Medicaid de esta manera, debe tener una PAE (evaluación previa a la admisión) aprobada. Pero nuestros expedientes indican que no tiene una PAE aprobada. Por lo tanto, no califica para TennCare Medicaid de esta manera. Si tiene preguntas sobre cómo obtener una PAE para Employment and Community First CHOICES, llame al 877-224-0219. | Our records are wrong. You do have an approved PAE. | Nuestros expedientes están equivocados. Usted sí tiene una PAE aprobada. | D |
| EL4003 | Category not Eligible for Retroactive Eligibility | N/A | N/A | N/A | N/A | N/A |
| EL9043 | Did not apply for EMS coverage during the emergency period | You applied for coverage after your emergency medical care ended. | Usted solicitó cobertura después de que terminó su atención médica de emergencia. | You applied for coverage during your emergency medical care. | Usted solicitó cobertura durante su atención médica de emergencia. | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9115 | Verifications not provided for TennCare Medicaid determination | You asked us to look at you for Katie Beckett. Before we can review your facts for Katie Beckett we must first look to see if you qualify for TennCare Medicaid. We sent you a letter(s) asking for more facts to see if you qualify, but you did not send us what we needed. We did not have enough information to decide if you qualify for TennCare Medicaid, so we could not look at you for Katie Beckett. | Usted nos pidió que revisarámos si califica para Katie Beckett. Antes de que podamos revisar sus datos para Katie Beckett, primero tenemos que ver si califica para TennCare Medicaid. Le enviamos una(s) carta(s) solicitando más datos para ver si califica, pero usted no nos envió lo que necesitábamos. No teníamos suficiente información para decidir si califica para TennCare Medicaid, por lo que no pudimos hacerle la evaluación para Katie Beckett. | You sent us the facts we needed. | Usted nos envió los datos que necesitábamos. | N/A |
| PB0001 | Losing Part B Buy-In; transitioning to another COE that does not have Part B Buy-In. | The kind of coverage you qualify for has changed. You now qualify for a kind of TennCare Medicaid or Katie Beckett that does not pay for your Medicare Part B premium. | El tipo de cobertura para el que califica ha cambiado. Ahora califica para un tipo diferente de TennCare o Katie Beckett que no paga su prima de la Parte B de Medicare. | Our records are wrong. The kind of coverage you qualify for did not change. | Nuestros expedientes están equivocados. El tipo de cobertura para la que usted califica no cambió. | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| PB0002 | Losing Part B Buy-In; eligibility has been terminated. | Your TennCare Medicaid or Katie Beckett is ending. Because your coverage is ending, TennCare will stop paying your Medicare Part B premium. | Su TennCare Medicaid o Katie Beckett va a terminar. Debido a que su cobertura va a terminar, TennCare dejará de pagar su prima de la Parte B de Medicare. | Our records are wrong. Your TennCare Medicaid or Katie Beckett is not ending. | Nuestros expedientes están equivocados. Su TennCare Medicaid o Katie Beckett no va a terminar. | B |
| PB0003 | Losing Part B Buy-In; does not meet Level of Care Criteria. | We learned your circumstances have changed. These can be things like your living arrangement or approved level of care. | Nos enteramos de que sus circunstancias cambiaron. Pueden ser cosas como su arreglo de vivienda o el nivel de atención médica aprobado. | Our records are wrong. Your circumstances did not change. | Nuestros expedientes están equivocados. Sus circunstancias no cambiaron. | B |
| PB0004 | Losing Part B Buy-In; does not meet Entitled to Part A criteria. | We learned you're | Nos enteramos de que ya no tiene derecho (ya no califica) a la Parte A de Medicare. Debido a que ya no tiene derecho a la Parte A de Medicare, TennCare dejará de pagar su prima de la Parte B. | Our records are wrong. You're still entitled to Medicare Part A. | Nuestros expe | B |
| EL9111 | COVERAGE HELD DUE TO COB | N/A | N/A | N/A | N/A | N/A |
| EL9112 | 12 month pos | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9113 | 12 month postpartum PERIOD HAS ENDED | You qualified for <program> because you were pregnant. You could keep it during your pregnancy and for 12 months after it ended (postpartum). Your 12 months has ended so your <program> must end too. | Usted calificó para <program> por estar embarazada. Podía conservarlo durante su embarazo y hasta 12 meses después de su término (postparto). Sus 12 meses han transcurrido, así que su <program> también debe terminar. | Our records are wrong. Your pregnancy did not end more than 12 months ago. | Nuestros expedientes están equivocados. Su embarazo no terminó hace más de 12 meses. | N/A |
| EL9114 | Change of benefit due to a COB override' | N/A | N/A | N/A | N/A | N/A |
| EL4005 | PATIENT LIABILITY HAS CHANGED RETROACTIVELY DUE TO UNDUE HARDSHIP FOR EXCESS HOME EQUITY | N/A | N/A | N/A | N/A | C |
| EL4006 | PATIENT LIABILITY HAS CHANGED RETROACTIVELY DUE TO AN OVERRIDE | N/A | N/A | N/A | N/A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL9119 | DOES NOT MEET THE NON-FINANCIAL CRITERIA – NO SLOT AVAILABLE | You don't qualify for TennCare Medicaid because you're not enrolled in CHOICES Group 3. CHOICES Group 3 is for certain people who don't qualify for nursing home care but need home care to help them stay safely at home. To get TennCare Medicaid this way, you must be enrolled in CHOICES Group 3. And, to enroll in CHOICES Group 3 there must be a slot available for you. Our records show you are not enrolled because there is no slot available for you. If you have questions about slots call 877-224-0219. | Usted no califica para TennCare Medicaid porque no está inscrito en CHOICES Grupo 3. CHOICES Grupo 3 es para ciertas personas que no califican para atención en centro de convalecencia pero necesitan atención en el hogar para ayudarles a permanecer en casa sin correr riesgo. Para tener TennCare Medicaid de esta manera, debe estar inscrito en CHOICES Grupo 3. Y, para inscribirse en CHOICES Grupo 3, debe haber una plaza para usted. Nuestros expedientes indican que no está inscrito porque no hay una plaza para usted. Si tiene preguntas sobre las plazas, llame al 877-224-0219. | Our records are wrong, you are enrolled in CHOICES Group 3 now. | Nuestros expe | D |
| Table of Contents | | | | | | C |