# EXHIBIT 14




# Tennessee Eligibility Determination System (TEDS) Project

# Notice Control Documents – Appeal – Resolution

TC-AMC-0000661825

## Document Control Information

**Document Edit History**

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
| v0.1 | 05/17/2017 | Baseline version | Thomas Barry |
| v0.2 | 05/24/2017 | Updated in Design Session – Changed name from Appeal Closing Notice to Appeal Resolution Notice | Elizabeth Dubret Hill |
| v0.3 | 05/31/2017 | Recovery in Progress – Changes from Design Session implemented | Thomas Barry |
| v0.4 | 06/09/2017 | Ready for PMO Review - Named changed from Appeal – Resolution Notice to Appeal Resolution. New logo and address blocks applied. Example updated. Language approved on 6/20/17. Spanish Translation added 6/29/17. | Elizabeth Dubret Hill |
| V1.0 | 07/05/2017 | PMO review complete | Lauren Hill |
| v1.1 | 08/08/17 | Updated per design review comments – corrected the spelling in section 1.3 per design comment WK1-0464; updated references from "Rede" to "Redet" per design review comment WK1-0462 and WK1-0463 WK1-0346 - Added specific notice ID to each Notice Control Document. WK1-0348 - Updated Help Without Appeals Common Language as specified in email to E. Hill on 7/13 in all applicable notices. WK1-0350 - Removed "Document comments… the Notices group" from Notice Template explanation. WK1-0351 - Ensured Person ID appears and is accounted for in each Notice Details table. Clarified that INDV ID = Person ID in the Notice Details Table. WK1-0357 – Unbolded "TennCare Advocacy Program" in Mental Illness Common Language. WK1-0405 – Added "After installing the app" before "create an account by clicking the Create Account button" in the second paragraph of #2 in the Returning Documents Common Language. WK2-#### - Updated "P.O. Box" font from TNR 11 to TNR 12. Updated Trigger Condition for | Thomas Barry |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 3 of 35 PageID #: 12713

TC-AMC-0000661826

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
|  |  | Application Already Processed per WK2-0729; Updated returning documents numbering per WK2-0784; updated definition for extended due date per WK2-0785. Updated reference tables per WK2-0725, WK2-0726, WK2-0727, WK2-0728, WK2-0729, WK2-0730. WK2-0782 – Changed "application" to "appeal." WK2-0783 - Renamed "Never Received Redet" to "Renewal Packet Resent- No COB." WK3-0843 - Added the LTSS Services and Support number and removed the Solutions Unit. WK3-0848 – Updated the notice control document. WK3-0892 - Updated conditional text to include appeal type – appeal reason. WK3-0893 - Updated language in notice to call out that LTSS is the unit the appeal will be transferred to for this scenario. WK3-0894 - Updated language in notice to call out that Solutions Unit is the unit the appeal will be transferred to for this scenario. WK3-0895 - Updated language in notice to call out that SSA is the unit the appeal will be referred to for this scenario. WK3-0896 - Changed language to "...a delay in application but the application date is still within 45 days" WK3-0897 - Changed language to "...a delay in application but the application date is still within 90 days" WK3-0898 - Changed language to "change to ..."when facts provided by appellant do not present a valid factual dispute" WK3-0899 - Updated first sentence - change to "We look at issues that have to do with eligibility for our programs." |  |

Case 3:20-cv-00240     Document 311-14     Filed 07/10/23     Page 4 of 35 PageID #: 12714

TC-AMC-0000661827

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
| | | WK3-0900 - Updated first sentence - change to "We look at issues that have to do with eligibility for our programs." | |
| | | WK3-0901 - changed tense of last sentence to read "If you have questions or do not receive this letter..." | |
| | | WK3-0902 - Updated 1st sentence - change the word "application" to "appeal" | |
| | | WK3-0903 - Updated 1st sentence - change the word "application" to "appeal" | |
| | | WK3-0904 - Updated 1st sentence - remove the words "for TennCare" from both No delay application 45 and  No delay application 90 | |
| | | WK3-0905 - Updated 2nd sentence - remove the word "Medicaid" and replace with "our program" | |
| | | WK3-0906 - Changed trigger condition title from "no vfd wrong facts" to "no proof of vfd" | |
| | | WK3-0908 - Updated trigger condition to include details "This condition is selected when the appeal has good cause for untimeliness" | |
| | | WK3-1048 – appeals common language confirmed. | |
| | | WK3-0929 - Updated header & footer per design comment. Added header and footer variables to Notice Details Table. | |
| | | WK3-0866 - Recipient address block updated to upper case Times New Roman 10 pt. font per Standards. | |
| | | WK3-0814 - Removed "www." from all notice control documents. | |
| | | WK3-0990 - Updated spacing throughout the design document. | |
| | | WK4-0857 – updated example. | |
| | | WK4-0858 – updated example. | |
| | | WK4-0995 - change applied | |

Case 3:20-cv-00240     Document 311-14     Filed 07/10/23     Page 5 of 35 PageID #: 12715

TC-AMC-0000661828

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
| | | WK5-0557 - change addressed<br><br>WK4-0948 – Notice Details table updated<br><br>WK3-0923: removed address punctuation and updated name from toggle to all capital case<br><br>WK5-0024: Change Made | |
| 1.2 | 8/21/2017 | WK3-0926 – Updated common language | Elizabeth Dubret Hill |
| 1.3 | 8/21/2017 | WK5-0024 – Updated per Kim Hagan; added this language back in | Elizabeth Dubret Hill |
| 1.3 | 8/29/2017 | Document formally approved by TennCare on 8/29/2017 with the approval of DEL-26 Functional Design Document | Alison Gallun |
| 1.4 | 10/03/2017 | TEDS-14758: Remove 1- from the SSA phone number in the Appeal Resolution Letter<br>TEDS-14572: Add quotation marks to "How to Send Proof" common language on all notice templates. | Lolly Kruse |
| 1.4 | 10/06/2017 | Document included in Change Request submission for September 2017 | Alison Gallun |
| 1.4 | 10/18/2017 | Document approved with the Approval of September 2017 Change Request submission | Alison Gallun |
| 1.5 | 10/10/2017 | TEDS-14828: Updated the rules citation fonts to TNR pt. 9 | Lolly Kruse |
| 1.5 | 10/24/2017 | TEDS-15155 & TEDS-15154: Add the "How to Send Information to TennCare" Common Language to the appeal resolution notice, since we added the "Go to the "How to Send Information to TennCare" " language. | Lolly Kruse |
| 1.5 | 11/3/2017 | Document included in Change Request submission for October 2017 | Alison Gallun |
| 1.5 | 11/14/2017 | Document approved with the Approval of October 2017 Change Request submission | Sakshi Bhatnagar |
| 1.6 | 11/13/2017 | TEDS-17034: Updated Spanish Translation | Elizabeth Hill |
| 1.6 | 1/5/2018 | Document included in Change Request submission for December 2017 | Sakshi Bhatnagar |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 6 of 35 PageID #: 12716

TC-AMC-0000661829

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
| 1.6 | 2/21/2018 | Document approved with the Approval of December 2017 Change Request submission | Sakshi Bhatnagar |
| V1.7 | 6/7/2018 | TEDS-30502: Added triggering logic for How to Send Info to TennCare attachment | Lolly Kruse |
| V1.7 | 6/7/2018 | Document included in Change Request Submission for June 29, 2018 | Lolly Kruse |
| V1.8 | 6/12/2018 | TEDS-30502: Removed the space in P.O. box in both Spanish and English<br>TEDS-28006: Replaced references of Tennessee Health Connection with TennCare Connect, and remove 'the'<br>TEDS – 39455: Added triggering logic for RMB and RMC Member portal functionality. | Ajay Reddy |
| V1.8 | 6/12/2018 | Document submitted for June 29, 2018 submission | Ajay Reddy |
| V1.8 | 7/11/2018 | Document approved with the Approval of Change Request submission for June 29th, 2018. | Shea Roberson |
| V1.9 | 10/30/2018 | TEDS 54263. Language changed for Untimely Appeal | Nikhil Gaitonde |
| V1.9 | 11/30/2018 | Document included in Change Request Submission for November 30, 2018 | Nikhil Gaitonde |
| V1.9 | 12/18/2018 | Document approved with approval of 11/30/2018 Change Request submission | |
| V1.10 | 05/31/2019 | TEDS-86165 – update resolution triggers. Remove 'Renewal Packet Resent- No COB'<br><br>Add the following trigger conditions<br><br>Scheduled for 4.0.3 release in production | |
| V1.10 | 5/31/2019 | Document included in Change Request submission for 5/31/2019 | |
| V1.10 | 6/17/2019 | Document approved with approval of 5/31/2019 Change Request submission | |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 7 of 35 PageID #: 12717

TC-AMC-0000661830

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|------------------------|---------------------|
| V1.11 | 7/9/2019 | TEDS-82834 – Wave 5.0 submission of changes made with TESD-86165 that was released to production with 4.0.3 release. | Lolly Kruse |
| V1.11 | 7/11/2019 | Document included in Change Request resubmission for 6/21/2019 | |
| V1.11 | 7/24/2019 | Document approved with 6/21/2019 Change Request resubmission | |
| V1.12 | 7/29/2019 | TEDS-92224: Update documentation to reflect changes made in 5.0 | Lolly Kruse |
| V1.12 | 8/9/2019 | Document included in Change Request submission for 8/9/2019 | |
| V1.12 | 8/28/2019 | Document approved with approval of 8/9/2019 Change Request submission | |
| V1.13 | 1/17/2020 | TEDS-115038: Update withdrawal trigger, resolved in favour of appellant trigger, and change TCC phone to Appeal Clerk's Office Phone number | Lolly Kruse |
| V1.13 | 3/20/2020 | Document included in Change Request submission for 3/20/2020 | |
| V1.13 | 4/27/2020 | Document approved with approval of 3/20/2020 ADR Submission | Madeline Fahey |
| V1.14 | 7/6/2020 | TEDS-130515 – Updated the document in Release 11.0. Updated language in "Trigger Condition: No Proof of VFD to say 'Our Programs' instead of Medicaid in the first paragraph. | Prakrutha Makonda |
| V1.14 | 7/27/2020 | Document included in 7/27/2020 ADR Submission | Madeline Fahey |
| V1.14 | | Document approved with approval of 7/27/2020 ADR Submission | Madeline Fahey |
| V1.15 | 9/14/2020 | TEDS-119527 - Updated the document in Release 12.0. Remove "the" before "call Tenncare connect in the paragraph "If you agree that we resolved your issue, you do not need to do anything else. If you were appealing something else, call | Prakrutha Makonda |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 8 of 35 PageID #: 12718

TC-AMC-0000661831

| Version | Date | Additions/Modifications | Prepared/Revised by |
|---------|------|-------------------------|---------------------|
| | | <TennCare Connect> right away at < Appeal Clerk's Phone>." | |
| V1.15 | 9/22/2020 | Document included in 9/22/2020 ADR Submission | Madeline Fahey |
| V1.15 | 10/28/2020 | Document approved in the approval of the 9/22/2020 submission | Laura Lewis |
| V1.16 | 2/22/2021 | TEDS-155279: Updated notice with appeal language in Release 14.0 Language Updated in the following Trigger Conditions: 1. Withdrawal Form Received 2. No VFD – No Facts 3. No Proof of VFD | Prakrutha Makonda |
| V1.16 | 2/26/2021 | Document included in the 3/1/2021 ADR Submission | Laura Lewis |
| V1.16 | 4/12/2021 | Document approved in the approval of 3/1/2021 ADR Submission | Laura Lewis |
| V1.17 | 7/1/2021 | **Release 16.0** TEDS-92659: Remove the existing How to Report Changes sheet so that it can be included as a standard attachment | Austin Kalmans |
| V1.17 | 7/7/2021 | Document included in the 7/7/2021 ADR Submission | Laura Lewis |
| V1.18 | 4/4/2022 | Updated the document based on requirements for CR TEDS-189101- Release 20.0 – **Version #:** TN 600.10- **Revision Date:** 6/12/2022 – Added Trigger Condition: Resolved by Sending a New Eligiblity Notice | Genevieve Collado |
| V1.18 | 4/11/2022 | Document included in the 4/11/2022 ADR submission | Meghan Donahue |
| V1.18 | 5/25/2022 | Document approved with the approval of the 4/11/2022 ADR submission | Meghan Donahue |

TC-AMC-0000661832

# Table of Contents

1       Notice Information...................................................................................................................7

    1.1     Notice Summary..........................................................................................................7

    1.2     Notice Triggering ........................................................................................................7

    1.3     Business Triggers ........................................................................................................8

2       Notice Template ........................................................................................................12

3       Notice Details.............................................................................................................18

4       Spanish Translation....................................................................................................26

5       Example .....................................................................................................................26

Case 3:20-cv-00240      Document 311-14      Filed 07/10/23      Page 10 of 35 PageID #: 12720

TC-AMC-0000661833

# 1  Notice Information

## 1.1  Notice Summary

| | |
|---|---|
| **Notice ID** | TN 600 |
| **Notice Name:** | Appeal Resolution |
| **Notice Type** | Notice |
| **Description** | This is a notice sent to an individual to inform him/her that his/her appeal is closing due to the reason stated in the letter. Examples of closure include untimely appeal, duplicate appeal, and internal resolution. Closure notices are only sent if the appeal is resolved without a fair hearing. |
| **Recipient(s)** | Appellant and Appeal Authorized Representative(s) |
| **Category of Eligibility:** | N/A |
| **Language(s)** | English/Spanish |
| **Other forms sent out with this notice** | There are no forms sent with the Appeal Resolution. |
| **Attachments sent with this notice** | The attachments sent with the Appeal Resolution are How to Report Changes or Send Information to TennCare, Special Help and Foreign Language Assistance. |
| **Notes:** | The Appeal Resolution is a parent notice for the attachments sent with it. The hierarchy is as follows. It's location is bolded: <br> 1. **Appeal Resolution** ← *Parent Letter* <br> 2. How to Report Changes or Send Information to TennCare <br> 3. Special Help <br> 4. Foreign Language Assistance <br><br> If an appeal is registered and closed within the same day, the Appeal Resolution letter will be sent. |

## 1.2  Notice Triggering

| | |
|---|---|
| **Manual Trigger?** | No |
| **Automatic Trigger?** | Yes |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 11 of 35 PageID #: 12721

TC-AMC-0000661834

| | Business Trigger | An appeal has been resolved, and a worker changes the status to "Resolved" with any appeal status reason except for Order Implemented. |
|---|---|---|

## 1.3 Business Triggers

| Category | Component | Field | Condition | Comment |
|---|---|---|---|---|
| Appeal Resolution | Register Maintain Appeal View Edit Status | SUBMIT | Appeal status is successfully changed to Resolved | Different conditional text will populate based on the appeal status and appeal type- appeal reason on the view/edit screen in the appeals module. |
| Withdrawal Form Received | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Withdrawal form Received<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed for voluntary withdrawals. |
| Incorrect Appeal - LTSS | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Incorrect Appeal - LTSS<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed since it is being transferred to the LTSS unit. |
| Incorrect Appeal - Medical | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Incorrect Appeal – Medical<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed since it is being transferred to the Solutions Unit. |
| Incorrect Appeal SSA | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Incorrect Appeal SSA<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed because the individual is appealing their effective start date for SSI. The individual is |

Case 3:20-cv-00240   Document 311-14   Filed 07/10/23   Page 12 of 35 PageID #: 12722

TC-AMC-0000661835

| Category | Component | Field | Condition | Comment |
|----------|-----------|-------|-----------|---------|
| | | | | referred to SSA for resolution. |
| Duplicate Appeal | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Duplicate<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed since it is a duplicate appeal. |
| Untimely Appeal | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Untimely Appeal OR Appeal Status Reason = Untimely Appeal – Redet<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed due to untimeliness. This condition is selected only when the appeal has good cause for untimeliness |
| Untimely Appeal – Redet within 90 days | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Untimely Appeal – Redet<br><br>Appeal Status = Resolved<br><br>Letter Date < 90 days from Renewal Date | This section will populate when the appeal is closed due to untimeliness after a redetermination and the individual is still within their 90 day reconsideration. This condition is selected only when the appeal has good cause for untimeliness |
| Resolved in Favor of Appellant | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Resolved in Favor of Appellant<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed in favor of the appellant. |
| Resolved by Sending a New Eligiblity Notice | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Sending a new notice<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed when a new eligibility notice is sent. |

Case 3:20-cv-00240   Document 311-14   Filed 07/10/23   Page 13 of 35 PageID #: 12723

TC-AMC-0000661836

| Category | Component | Field | Condition | Comment |
|---|---|---|---|---|
| No Proof of Application | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = No Proof Application<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed because proof of application was not submitted. |
| Incorrect Proof of Application | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Incorrect Proof Application<br><br>Appeal Status = Resolved | This section will populate when the appeal is closed because the proof of application that was submitted was incorrect/invalid. |
| Processed – Delayed Application | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Processed – Delayed Application | This section will populate when the appeal is closed because the application has been processed. |
| Application Already Processed | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Application Already Processed – Approved<br><br>OR<br><br>Appeal Status Reason = Application Already Processed – Denied | This section will populate when the appeal is closed because a determination has already been made. |
| No Delay Application – 45 | Register_ Maintain Appeal View Edit Status<br><br>Register_ Maintain Appeal Appeal Details | Appeal Status Reason<br><br>Appeal Type<br><br>Category | Appeal Status Reason = No Delay Application<br><br>Appeal Status = Resolved<br><br>Appeal Type = Delay<br><br>Category != LTSS | This section will populate when the appeal is for a delay in application but the application date is still within 45 days. |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 14 of 35 PageID #: 12724

TC-AMC-0000661837

| Category | Component | Field | Condition | Comment |
|---|---|---|---|---|
| No Delay Application – 90 | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = No Delay Application<br><br>Appeal Status = Resolved | This section will populate when the appeal is for a delay in application but the application date is still within 90 days. |
| | Register_ Maintain Appeal Appeal Details | Appeal Type<br><br>Category | Appeal Type = Delay<br><br>Category = LTSS | |
| No VFD – No Facts | Register_ MaintainAppeal_ ViewEditStatus | Appeal Status Reason | Appeal Status Reason =No Valid Factual Dispute<br><br>Appeal Status = Resolved | This section will populate when an appeal is closed for no facts. |
| | Legal Review Details | Additional Information received from appellant | Additional Information received from appellant = No or Null | |
| No Proof of VFD | Register_ MaintainAppeal_ ViewEditStatus | Appeal Status Reason | Appeal Status Reason =No Valid Factual Dispute<br><br>Appeal Status = Resolved | This section will populate when facts provided by appellant do not present a valid factual dispute. |
| | Legal Review Details | Based on additional information received, is this a valid factual dispute? | Based on additional information received, is this a valid factual dispute? = No | |
| VFD – Res Judicata Closure | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Hearing Already Held<br><br>Appeal Status = Resolved | This section will populate because the appellant has already had a hearing. |
| Non-Fair Hearable | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Non Fair Hearable<br><br>Appeal Status = Resolved | This section will populate when the appeal does not have a fair hearable issue. |

TC-AMC-0000661838

| Category | Component | Field | Condition | Comment |
|---|---|---|---|---|
| Packet - COB | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Packet - COB<br><br>Appeal Status = Resolved | This section will populate when a packet is resent and the appellant has COB |
| Packet - No COB | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Packet – No COB<br><br>Appeal Status = Resolved | This section will populate when a packet is resent and the appellant doesn't have COB |
| No Verifications - COB | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = No Verifications - COB<br><br>Appeal Status = Resolved | This section will populate when a verifications are pending and the appellant has COB |
| No Verifications - No COB | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = No Verifications – No COB<br><br>Appeal Status = Resolved | This section will populate when a verifications are pending and the appellant doesn't have COB |
| Packet Received | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Packet Received<br><br>Appeal Status = Resolved | This section will populate when a packet has already been received for the appellant |
| Renewal Info Received | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Renewal Info Received<br><br>Appeal Status = Resolved | This section will populate when additional verifications have already been received for the appellant |
| Untimely - No Packet | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = Untimely – No Packet<br><br>Appeal Status = Resolved | This section will populate when the appellant is appealing outside of the 90 day reconsideration period |
| No Verification | Register_ Maintain Appeal View Edit Status | Appeal Status Reason | Appeal Status Reason = No Verification | This section will populate when the appellant is |

Case 3:20-cv-00240     Document 311-14     Filed 07/10/23     Page 16 of 35 PageID #: 12726

TC-AMC-0000661839

| Category | Component | Field | Condition | Comment |
|----------|-----------|-------|-----------|---------|
|          |           |       | Appeal Status = Resolved | appealing outside of the 90 day reconsideration period |

## 2 Notice Template

Below is a text representation of the form/notice as it will exist in TEDs. Yellow highlights indicate fields that will be derived from the TEDs application. Red highlights indicate manual fields that will be collected from the user at the time of generation. Blue text indicates a triggering condition for the section directly following the blue text.

TC-AMC-0000661840



**State of Tennessee**
<TennCare>
P.O. Box <TEDS POBox>
<TEDS City>, <TEDS State> <TEDS Zip>

<Inclusion>

<Month> <DD>, <YYYY>

<APPELLANT NAME>
<APPELLANT ADDR 1> <APPELLANTADDR 2>
<APPELLANT CITY> <APPELLANT STATE> <APPELLANT ZIP>

Appeal ID: <Appeal Number>

Dear: <Appellant Name> (Age: <Age> and Person ID: <INDV ID>)

On **<Appeal Received Date>**, we received your appeal about your <Appeal Reason>. But, we're closing your appeal.

**Why?**

### <Trigger Condition: Withdrawal Form Received>

When you appeal, you are asking to tell an Administrative Judge the mistake you think TennCare made. It is called a fair hearing. **You have the right to a fair hearing about your appeal.**

Federal law says that we cannot end your appeal unless you ask us in writing. We received your signed withdrawal form that said you want to end your appeal, so we are closing your appeal. You will **not** get a fair hearing. Your coverage ended on the date we closed this appeal.

### <Trigger Condition: Incorrect Appeal – LTSS>

We look at issues that have to do with eligibility for our programs. We looked at your problem and think it's about something else. So, we've sent your issue to Long Term Services and Supports. They'll look at your issue and see if they can help you with your problem. If you have questions, you can call them at <LTSS Phone>.

### <Trigger Condition: Incorrect Appeal – Medical>

We look at issues that have to do with eligibility for our programs. We looked at your problem and think it's about medical care. So, we've sent your issue to the TennCare Member Medical Appeals unit. They'll look at your issue and see if they can help you with your problem. If you have questions, you can call them at <Medical Appeals Unit Phone>.

### <Trigger Condition: Incorrect Appeal – SSA>

Our records show you get Supplemental Security Income (SSI). People who get SSI in Tennessee also get TennCare Medicaid. But, the Social Security Administration (SSA) decides the start date of your SSI in Tennessee. We can't change this for you.
[42 USC 1383c; Tenn.Comp.R.&Regs.1200-13-13]

**What can you do?**

**Need special help? Need to report a change? Have questions? Call us.**
**<TennCare Connect> <TCC Phone>**
We're here to help you <StartDT> through <EndDT>, <StartTime> to <EndTime>

TC-AMC-0000661841

If you don't agree with your start date, you must tell SSA. Call them at **800-772-1213** or go to your local SSA office. To find your local office, go to **https://ssa.gov.**

## <Trigger Condition: Duplicate Appeal>

You've already filed an appeal about this problem. We can't open an appeal about the same problem again.

## <Trigger Condition: Untimely Appeal or Untimely Appeal – Redet within 90 days>

**It's too late to appeal this problem.** We sent you a letter that said you had 40 days to appeal. We received your appeal **after** the 40 days ended. [Tenn.Comp.R&Regs: 1200-13-19-.07]

**Do you disagree with our decision that you can't get a fair hearing?** You can file a petition for review in the Davidson County Chancery Court. **You have 60 days from the date on this letter to file a petition for review.** After that, it's too late. [Tenn. Code Ann. § 4-5-322]

This letter is only for **your** appeal. This is not for anyone else in your family.

## <Trigger Condition: Untimely Appeal – Redet within 90 days >

**Important:** You still have time to send your information to us. You have until <ExtendedDate> to send us **your information.** If you send it to us in time, we'll review your facts to decide if you still qualify. If you don't send us your facts by <ExtendedDate>, you'll have to complete a new application to get coverage again.

## <Trigger Condition: Resolved in Favor of Appellant>

You asked for a hearing because you think we made a mistake about your coverage. We reviewed the facts of your case and agree with you so we have resolved your issue.

If you haven't received a letter from us within the next 10 days, please call <Appeal Clerk's Phone>. You can also call us at this phone number if you have questions about your resolution.

## <Trigger Condition: Resolved by Sending a New Eligiblty Notice>

You asked for a hearing because you think we made a mistake about your coverage. We reviewed the facts of your case. And, we resolved your issue by sending you a new letter about your coverage.

If you haven't received this new letter from us within the next 10 days, please call <Appeal Clerk's Phone>. You can also call us at this phone number if you have questions about your resolution

## <Trigger Condition: No Proof of Application>

We reviewed your appeal and sent you a letter asking you to send us proof of the date you applied.

When you appealed, you **didn't** give us proof showing the date you applied. Our letter listed several ways to show this proof.

You didn't give us more proof of the date you applied so you can't get a fair hearing.

**Need special help? Need to report a change? Have questions? Call us.**
**<TennCare Connect> <TCC Phone>**
We're here to help you <StartDT> through <EndDT>, <StartTime> to <EndTime>

TC-AMC-0000661842

### <Trigger Condition: Incorrect Proof of Application >

We reviewed your appeal and sent you a letter asking you to send us proof of the date you applied.

When you appealed, you didn't give us proof showing the date you applied. Our letter told you what facts we needed and gave you more time to get those facts to us. You sent us more facts.

**But, you did not give us the facts we need to work your appeal.** You did not give us facts that show the date you applied.

So, based on the facts you gave us, **you can't get a fair hearing**.

**Do you have proof showing the date of your application? Send it to us right away.** Although we have closed **this** appeal, you can still send us your proof. We may still be able to see if you can get TennCare.

Be sure to keep the originals for your records. Send us a copy.

Go to the "How to Send Information to TennCare" page with this letter to find out how to send us your proof.

### <Trigger Condition: Processed – Delayed Application >

We have reviewed and processed your application. You will receive another letter with our decision. If you have questions or did not receive the decision letter, please call **<Appeal Clerk's Phone>**.

Did you receive another letter from us that listed the date and time for a hearing? If so, your hearing is also cancelled. Now you will not have a hearing for the <AppealReason>.

### <Trigger Condition: Application Already Processed >

We have already reviewed and processed your application. You should have received a letter with our decision. If you have questions about our decision or did not receive the decision letter, please call **< Appeal Clerk's Phone>. >**.

### <Trigger Condition: No Delay Application – 45>

You told us that you applied over 45 days ago. We've reviewed your application date and found that it has not been over 45 days since you applied.

**We are closing your appeal.** But we've sent your application to our eligibility staff. It can take up to 45 days for them to finish. If they need more information, they'll send you a letter that tells you what they need. They'll also send you a letter about their decision.

### <Trigger Condition: No Delay Application – 90>

You told us that you applied over 90 days ago. We've reviewed your application date and found that it has not been over 90 days since you applied.

**Need special help? Need to report a change? Have questions? Call us.**
**<TennCare Connect> <TCC Phone>**
We're here to help you <StartDT> through <EndDT>, <StartTime> to <EndTime>

**We are closing your appeal.** But we've sent your application to our eligibility staff. It can take up to 90 days for them to finish. If they need more information, they'll send you a letter that tells you what you need. They'll also send you a letter about their decision.

## &lt;Trigger Condition: No VFD – No Facts&gt;

We sent you a letter asking you to send us more information. We asked you to tell us the mistake TennCare made or how you may qualify for our program.
[Tenn. Comp. R. & Regs. 1200-13-19-.05(3)]

When you appealed, you **didn't** give us the facts we need to work your appeal. Our letter told you what facts we needed and gave you more time to get those facts to us.

**You didn't give us more facts** so you can't get a fair hearing. **This appeal is now closed.**

**Do you disagree with our decision that you can't get a fair hearing?** You can file a petition for review in the Davidson County Chancery Court. **You have 60 days from the date on this letter to file a petition for review.** After that, it's too late. [Tenn. Code Ann. § 4-5-322] This letter is only for **your** appeal. This is not for anyone else in your family.

Did you appeal before your coverage ended, and we said you got to keep your coverage during your appeal? If yes, then your coverage ended on the date we closed this appeal.

## &lt;Trigger Condition: No Proof of VFD&gt;

We sent you a letter asking you to send us more information. We asked you to tell us the mistake TennCare made or how you may qualify for our programs.
[Tenn. Comp. R. & Regs. 1200-13-19-.05(3)]

When you appealed, you **didn't** give us the facts we need to work your appeal. Our letter told you what facts we needed and gave you more time to get those facts to us. You sent us more facts. But, you still did **not** give us all the facts we need to work your appeal. And, you did **not** tell us a mistake that, if you're right, means that you can have TennCare.

So, based on the facts you gave us, **you still can't get a fair hearing**. **This appeal is now closed.**

**Do you disagree with our decision that you can't get a fair hearing?** You can file a petition for review in the Davidson County Chancery Court. **You have 60 days from the date on this letter to file a petition for review.** After that, it's too late. [Tenn. Code Ann. § 4-5-322] This letter is only for **your** appeal. This is not for anyone else in your family.

Did you appeal before your coverage ended, and we said you got to keep your coverage during your appeal? If yes, then your coverage ended on the date we closed this appeal.

## &lt;Trigger Condition: VFD – Res Judicata Closure&gt;

You have already had a fair hearing about this.

On &lt;PriorHearingDt&gt;, you had a hearing about the same issue. You told us you disagreed with a decision we made about your coverage. A judge heard your facts and made a decision.

Need special help? Need to report a change? Have questions? Call us.
&lt;TennCare Connect&gt; &lt;TCC Phone&gt;
We're here to help you &lt;StartDT&gt; through &lt;EndDT&gt;, &lt;StartTime&gt; to &lt;EndTime&gt;

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 21 of 35 PageID #: 12731
TC-AMC-0000661844

You have a right to appeal that decision. A copy of the judge's decision, also called an Order, was mailed to you. Appendix A of that order tells you about your rights to appeal it.

You cannot have another hearing to talk about the same facts. Because this is not a new or different issue, **this appeal is now closed.**

If you believe this appeal is about a new or different issue, call us for free at **< Appeal Clerk's Phone>. >** and tell us.

### <Trigger Condition: Non Fair Hearable>

It's too early to file an appeal or request a fair hearing about this issue.

### <Trigger Condition: Renewal - Packet - COB>

Your coverage was ending because you didn't return your Renewal Packet. But you said you didn't get a Renewal Packet.

We resolved your appeal by sending you another Renewal Packet. And we sent it to the address you gave us when you filed your appeal. Because you appealed before your coverage ended, you'll keep your coverage for now.

What if we don't get your Renewal Packet by **<COB end DATE>?** Your coverage will end. And you won't get another letter before your coverage ends.

What if we don't get your Renewal Packet before your coverage ends? You can still send us your Renewal Packet. But we must get it by **<90 day Date>** to decide if you still qualify.

What if we get your Renewal Packet after **<90 day DATE>?** We won't be able to work your Renewal Packet. You'll have to complete a new application to apply again. If you apply again and qualify for health care coverage with us, you will have a break in your coverage.

### <Trigger Condition: Renewal - Packet – NO COB>

Your coverage ended because you didn't return your Renewal Packet. But you said you didn't get a Renewal Packet.

We resolved your appeal by sending you another Renewal Packet. And we sent it to the address you gave us when you filed your appeal.
We must get your Renewal Packet by **<90 day DATE>** to decide if you still qualify. If you still qualify, you'll get coverage again. **And, you won't have a break in your coverage.**

What if you return your Renewal Packet after **<90 day DATE >?** We won't be able to work your Renewal Packet. You'll have to complete a new application to apply again. If you apply again and qualify for health care coverage with us, you will have a break in your coverage.

### <Trigger Condition: Renewal - No Verifications - COB>

Your coverage was ending because we sent you a letter asking for more facts and you didn't send us what we needed. But you said you didn't get the letter that told you what was needed.

We resolved your appeal by sending you another letter. And we sent it to the address you gave us when you filed your appeal. Because you appealed before your coverage ended, **you'll keep your coverage for now.**

**Need special help? Need to report a change? Have questions? Call us.**
**<TennCare Connect> <TCC Phone>**
We're here to help you <StartDT> through <EndDT>, <StartTime> to <EndTime>

TC-AMC-0000661845

What if we don't get your facts by <mark>**<COB end DATE>**</mark>?  Your coverage will end.  And you won't get another letter before your coverage ends.

What if we don't get your facts before your coverage ends?  You can still send us your facts.  But we must get it by <mark>**<90 day Date>**</mark> to decide if you still qualify.

What if we get your facts after <mark>**<90 day DATE>**</mark>?  It will be too late for us to use what you send us. You'll have to complete a new application to apply again.  If you apply again and qualify for health care coverage with us, you will have a break in your coverage.

### <Trigger Condition: Renewal - No Verifications – NO COB >

Your coverage ended because we sent you a letter asking for more facts and you didn't send us what we needed.  But you said you didn't get the letter that told you what was needed.

We resolved you appeal by sending you another letter.  And we sent it to the address you gave us when you filed your appeal.

We must get your facts by <mark>**<90 day DATE>**</mark> to decide if you still qualify for coverage with us.  If you still qualify, we'll give you your coverage back.  **And, you won't have a break in your coverage.**

What if you return your facts after <mark>**<90 day DATE >**</mark>?  It will be too late for us to use what you send us.  You'll have to complete a new application to apply again.  If you apply again and qualify for health care coverage with us, you will have a break in your coverage.

### <Trigger Condition: Renewal – Packet Received>

You asked for a hearing because you think we made a mistake about your health care coverage with us.  We reviewed the facts of your case and agree with you.

The mistake you said we made in your appeal was ending your health care coverage because we said you didn't return your Renewal Packet.  But you did return your Renewal Packet.  We resolved your issue by reviewing your Renewal Packet.  You'll receive a decision from us soon.

Because we resolved your problem, we don't think you need a hearing.  So your appeal is now closed.  If you agree that we resolved your problem, you don't need to do anything else.

Did you get another letter from us that told you the date and time for a hearing?  If so, your hearing is cancelled because your problem has been resolved.

### <Trigger Condition: Renweal – Renewal Info Received>

We have received your information.  We are looking at what you sent us.  When we make a decision about your coverage we'll send you a letter telling you our decision.

### <Trigger Condition: Renewal – Untimely Appeal>

We sent you a letter that said it was time to renew your healthy care coverage with us.  We looked at your facts and sent you a letter telling you about our decision.  You appealed our decision about your health care coverage.

**Need special help? Need to report a change? Have questions?  Call us.**
<mark>**<TennCare Connect> <TCC Phone>**</mark>
**We're here to help you** <mark>**<StartDT>**</mark> **through** <mark>**<EndDT>**</mark>**,** <mark>**<StartTime>**</mark> **to** <mark>**<EndTime>**</mark>
Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 23 of 35 PageID #: 12733

TC-AMC-0000661846

**But, it's too late to appeal this problem.** We sent you a letter that said your health care coverage was ending or changing. In that letter we said you had 40 days to appeal. We received your appeal **after** the 40 days ended.

[Tenn.Comp.R&Regs: 1200-13-19-.07]

### <Trigger Condition: Renewal – Untimely – No Packet>

**Important:** You still have time to send your information to us. You have until <90 day due date> to send us your completed Renewal Packet. If you send it to us in time, we'll review your facts to decide if you still qualify.

### < Trigger Condition: Renewal – Untimely – No Verification>

**Important:** You still have time to send your information to us. You have until <90 day due date> to send us your facts. If you send it to us in time, we'll review your facts to decide if you still qualify.
.

### <Trigger Condition: Always>

Since **we are closing your appeal**, you don't need a hearing for this problem anymore.

If you agree that we resolved your issue, you do not need to do anything else. If you were appealing something else, call <Eligilibity Appeals Unit> right away at < Appeal Clerk's Phone>.

What if you think that we did not fully resolve your issue? Call us at < Appeal Clerk's Phone>. and tell us why you disagree.

**Do you have questions about this letter?** Call us for free at < Appeal Clerk's Phone>. >.

### <Trigger Condition: Untimely Appeal and Untimely Appeal – Redet within 90 days>

Do you have a health, mental health, or learning problem, or a disability? And did that problem make it hard for you to file your appeal on time? Or did something very bad happen to you or a close family member (like a serious illness or death)? If so, tell us in writing why you could not file your appeal on time. If we agree, your appeal may be reopened.

Be sure to keep the originals for your records. Send us a copy.

See the "How to Report Changes or Send Information to TennCare" page at the end of this letter.

### <Trigger Condition: Always>

**Do you need help with this letter because you have a health problem, learning problem or a disability?** Or, do you need help in another language? If so, you have a right to get help and we can help you. See the "Do you need Special Help" page with this letter. Or call <TennCare Connect> for free at <TCC Phone>.

- **Do you have a mental illness and need help with this letter?**
  The <TennCare Advocacy Program> can help you.
  Call them for free at <TCAP Phone>.

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 24 of 35 PageID #: 12734
TC-AMC-0000661847

**We do not allow unfair treatment in our program.**

No one is treated in a different way because of race, color, birthplace, religion, language, sex, age, or disability. Do you think you've been treated unfairly? Do you have more questions? Do you need more help? You can make a **free call** to **\<TennCare Connect\>** at **\<TCC Phone\>**.

Rev: 7/1/2021

8

**Need special help? Need to report a change? Have questions?  Call us.**
**\<TennCare Connect\> \<TCC Phone\>**
**We're here to help you \<StartDT\> through \<EndDT\>, \<StartTime\> to \<EndTime\>**
Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 25 of 35 PageID #: 12735

TC-AMC-0000661848

## 3 Notice Details

Below is a table that provides additional details regarding document attributes and data elements for this particular document.

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| TennCare | Name of the organization sending the letters | *RT_ORGANIZATION* | *Name - TN* | This is a table value that identifies the name of the organization sending the letters. |
| TEDS POBox | PO Box for the TEDS project mailbox. | *RT_ORGANIZATION* | *Address Line 1 - TN* | This is a table value that identifies the TEDS P.O. Box. Example format: 305240 |
| TEDS CITY | City for the TEDS project mailbox. | *RT_ORGANIZATION* | *City - TN* | This is a table value that identifies the City associated with the TEDS P.O. Box. Example format: NASHVILLE |
| TEDS STATE | State for the TEDS project mailbox. | *RT_ORGANIZATION* | *State - TN* | This is a table value that identifies the State associated with the TEDS P.O. Box. Example format: TENNESSEE ( it must not be abbreviated) |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 26 of 35 PageID #: 12736

TC-AMC-0000661849

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| TEDS ZIP | Zip code for the TEDS project mailbox. | *RT_ORGANIZATION* | *Zipcode - TN* | This is a table value that identifies the zip code associated with the TEDS P.O. Box. Example format: 37230-5240 |
| Month | Letter Date Month | CO_REQUEST_HISTORY *RT_MONTH* | GENERATE_DT *Notice Text* | This field will display the month associated with the date the notice was generated plus two business days.  The month will be displayed in either English or Spanish depending on the language of the notice template.  It will display the full name of the month according to the long date standards defined above. |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 27 of 35 PageID #: 12737

TC-AMC-0000661850

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| DD | Letter Date Day | CO_REQUEST_HISTORY | GENERATE_DT | This field will display the day associated with the date the notice was generated plus two business days. The day will follow the long date standards. |
| YYYY | Letter Date Year | CO_REQUEST_HISTORY | GENERATE_DT | This field will display the year associated with the date the notice was generated plus two business days. The year will follow the long date standards as defined above. |
| APPELLANT NAME | Name of the Appellant | DC_INDV | FIRST_NAME<br><br>MID_NAME<br><br>LAST_NAME<br><br>SUFX_NAME | This field will be populated with the appellant name. The name will be displayed First Name Middle Initial Last Name Suffix in all capital letters. |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 28 of 35 PageID #: 12738

TC-AMC-0000661851

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| APPELLANT ADDR 1 | Appellant Address Line 1 | AM_ADDRESS | STREET_NAME | This field will be populated with the appellant address line 1. ADDR1 is intended to be used for the facility name if applicable. |
| APPELLANT ADDR 2 | Appellant Address Line 2 | AM_ADDRESS | ADDRESS_LINE _2 | This field will be populated with the appellant address line. ADDR2 is intended to be used for the suite if present. |
| APPELLANT CITY | Appellant Address City | AM_ADDRESS | CITY_NAME | This field will be populated with the appellant city. |
| APPELLANT STATE | Appellant Address State | AM_ADDRESS | STATE_CD | This field will be populated with the appellant state. |
| APPELLANT ZIP | Appellant Address Zip | AM_ADDRESS | ZIP_CD | This field will be populated with the appellant 9 digit zip code. Example Format: xxxxx-xxxx |
| Appeal Number | The number used to track the appeal | AM_REQUEST_D ETAILS | APL_NUM | This will populate with the number used to track the appeal. |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 29 of 35 PageID #: 12739

TC-AMC-0000661852

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| Appellant Name | Name of person appealing | DC_INDV | FIRST_NAME<br><br>MID_NAME<br>LAST_NAME<br><br>SUFX_NAME | This will be populated with the name of the individual who is appealing their decision. The name will be displayed First Name Middle Initial Last Name Suffix in all capital letters. |
| Age | Age of the individual appealing their decision | DC_INDV | DOB_DT | This will be calculated within the letter. This field is calculated by taking the system date and adding two business days to get the letter date. From there, the birth date is subtracted to calculate the individual's age. |
| INDV ID | Person ID for the individual up for renewal | DC_INDV | INDV_ID | This is populated with the Person ID for the appellant. |
| Appeal Received Date | The date the appeal was received by HCFA | AM_REQUEST_DETAILS | RECVD_DT | This field will be populated with the date that the HCFA received the appeal |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 30 of 35 PageID #: 12740

TC-AMC-0000661853

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| Appeal Reason | Reason for appellant's appeal | AM_REQUEST_PROG_DETAILS | PROGRAM_CD | This field will be populated with a description of the issue up for appeal |
| LTSS Phone | LTSS Services and Support Number | *RT_ORGANIZATION* | *Phone - LTSS* | This is a table value that identifies the LTSS Services and Support phone number.<br><br>Example format: 800-878-3192 |
| SU Phone | Solutions Unit number | *RT_ORGANIZATION* | *Phone - SU* | This is a table value that identifies the SU phone number.<br><br>Example format: 800-878-3192 |
| TennCare Connect | Name of the Tennessee Health Connection Organization | *RT_ORGANIZATION* | *Name - HC* | This is a table value that identifies the Tennessee Health Connection Organization. |
| TCC Phone | TN Health Connection Phone Number | *RT_ORGANIZATION* | *Phone - HC* | This is a table value that identifies the TNHC phone number<br><br>Example format: 855-259-0701 |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 31 of 35 PageID #: 12741

TC-AMC-0000661854

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| StartDT | Tennessee Health Connection Opening Date for Operations | *RT_WEEKDAY* | *Notice Text (English) – 2*<br><br>*Notice Text (Spanish) – 2* | This is a table value that identifies the first week day of operation for TNHC. It will either display in English or Spanish depending on the notice language.<br><br>Example: Monday |
| EndDT | Tennessee Health Connection Closing Date for Operations | *RT_WEEKDAY* | *Notice Text (English) - 7*<br><br>*Notice Text (Spanish) - 7* | This is a table value that identifies the last week day of operation for TNHC. It will either display in English or Spanish depending on the notice language<br><br>Example: Saturday |
| StartTime | Tennessee Health Connection Opening Hours of Operations | *RT_ORGANIZAT ION* | *Open_Hour – HC* | This is a table value that identifies the first hour of operation for TNHC.<br><br>Example: 7 a.m. |

TC-AMC-0000661855

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| EndTime | Tennessee Health Connection Closing Hours of Operations | *RT_ORGANIZAT ION* | *Close_Hour - HC* | This is a table value that identifies the last hour of operation for TNHC. Example: 7 p.m. |
| Appeal Clerk's Office | Phone number for the Appeal Clerk's Office | *RT_ORGANIZAT ION* | *Phone - AU* | This is a phone number of the appeals clerk's office. Example: 844-202-5618 |
| Extended Date | The date the appellant has to return the renewal packet by. | ED_ELIGIBILITY | ELIGIBILITY_EN D_DT | This will be calculated in the letter as 90 calendar days from the individual's eligibility end date. Example Format: March 21, 2017. |
| App Case Appeal Number | The number used to track the appeal | AM_REQUEST_D ETAILS | APL_NUM | This will populate with the number used to track the appeal. |
| TEDS URL | URL for the TEDS Member Portal | *RT_ORGANIZAT ION* | *Website – TD* | This is a table value that identifies the TEDS Member Portal URL. Example: https://tennc areconnect.go v |

Case 3:20-cv-00240   Document 311-14   Filed 07/10/23   Page 33 of 35 PageID #: 12743

TC-AMC-0000661856

| Field Name on Form | Definition | Database Table / *Reference Table* | Database Column / *Reference Table Name* | Field Logic |
|---|---|---|---|---|
| TEDS Name | Name of the TEDS Member Portal | *RT_ORGANIZATION* | *Name – TD* | This is a table value that identifies the TEDS Member Portal.\n\nExample:\n\nTennCare Connect |
| TEDS Fax | Fax number for TEDS | *RT_ORGANIZATION* | *Fax - TN* | This is a table value that identifies the TEDS fax number. |
| Prior Hearing Date | Date when prior hearing was held on same issue | AM_APL_STAT_LOG | PR_HER_DT | This will populate with the date when the prior hearing was held on the same issue.\n\nExample:\n\nMarch 29, 2017 |
| TennCare Advocacy Program | Name of the TennCare Advocacy Organization | *RT_ORGANIZATION* | *Name – AP* | This is a table value that identifies the TennCare Advocacy Organization. |
| TCAP Phone | TennCare Advocacy Program number | *RT_ORGANIZATION* | *Phone –AP* | This is a table value that identifies the TCAP phone number.\n\nExample format: 800-758-1638 |

Case 3:20-cv-00240    Document 311-14    Filed 07/10/23    Page 34 of 35 PageID #: 12744

TC-AMC-0000661857

## 4 Spanish Translation



NO_Notices_Appeal_
ResNotice_v0.4 rec 06

## 5 Example



NO_Notices_Appeal_
Closing_WithdrawalFo

TC-AMC-0000661858