Rev 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**Plaintiff(s):** AMC, et al.

**V.**

**Defendant(s):** STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare

Case No.: 3:20-CV-00240
Judge: WAVERLY D. CRENSHAW, JR.
Date of Trial (Day One): 11/14/2023
Location: ☒ Nashville ☐ Columbia ☐ Cookeville
Court Reporter: LISE MATTHEWS
Court Interpreter:

## CIVIL JURY MINUTES
(Day One Only)

**Plaintiff's Attorney(s):** Brant Harrell, Sarah Grusin, Madeline Wiseman, Elizabeth Edwards,

**Defense Attorney(s):** Michael Kirk, Nicole Moss, Will Bergstrom, Kate Hardiman Rhodes,

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**COMMENTS:**

ADDITIONAL PLAINTIFF'S ATTORNEYS: Bret Matera, Laura King, Alvaro Mon Cureno, Gordon Bonnyman, Andrew Dunlap
ADDITIONAL DEFENSE ATTORNEYS: Meredith Bowen, Matthew Dykstra

Day 1 of Bench trial held on November 14, 2023.
Evidence entered.
Trial to resume on November 15, 2023.

Total Time in Court: 7 hours and 5 minutes

Clerk of Court
by: Melissa Seay