Motion (374) is **DENIED AS MOOT.**

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare,<br><br>    Defendant. | Civil Action No. 3:20-cv-00240<br><br>Class Action<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## PLAINTIFFS' MOTION TO ADMIT SELECT EXHIBITS INTO EVIDENCE AT THE BEGINNING OF TRIAL

Plaintiffs move to admit the exhibits contained in Attachment A to this Motion into evidence. The authenticity of all documents on Attachment A have been stipulated or admitted and are subject to a hearsay exception. The only remaining issue to be decided affecting their admissibility is relevance, which Plaintiffs submit does not require a live witness for the reasons listed on Attachment A. Plaintiffs plan to move to admit these exhibits following opening statements and moving to admit Joint Exhibits or Exhibits for which admissibility is stipulated. |The purpose of this motion is to afford the Court and the Defendants advance notice for purposes of streamlining the trial. Plaintiffs will submit the exhibits referenced on Attachment A with the their exhibit submission on November 9, 2023.

Except for PX44, PX182, PX183, and PX333 (as indicated on Attachment A), the Defendant has indicated that he opposes admitting the listed exhibits into evidence during a meet-and-confer. The Defendant objects that the exhibits cannot be admitted without the testimony of a