UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare,<br><br>    Defendant. | Civil Action No. 3:20-cv-00240 |

## **AGREED ORDER GRANTING MOTION TO ALTER OR AMEND THE JUDGMENT**

On September 16, 2024, Defendant filed an unopposed motion pursuant to Fed. R. Civ. P. 59(e), Doc. 414, seeking clarification that this Court's Opinion, (Doc. No. 412) and the Court's Order, (Doc. No. 413) administratively closing this case are neither final nor appealable. That motion is hereby **GRANTED.**

Neither the Memorandum Opinion nor the Order entered on August 26, 2024, (Doc. No. 412 and Doc. No. 413) are final judgments in this matter consistent with Fed. R. App. P. 4; the Court retains jurisdiction of this case, and until the Court enters a final judgment in this matter following the parties notification of a successful mediation or until any further proceedings after an unsuccessful mediation have concluded, the time for any party to appeal has not commenced.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE