# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| A.M.C., by her next friend, C.D.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SMITH, in his official capacity as Deputy Commissioner of Finance and Administration and Director of the Division of TennCare, <br><br> Defendant. | Civil Action No. 3:20-cv-00240 <br> Chief District Judge Crenshaw <br> Magistrate Judge Newbern |

## JOINT NOTICE OF PARTIES' SELECTION OF HOWARD VOGEL AS MEDIATOR

In an August 26, 2024 Order (Doc. No. 413), the Court instructed the parties to provide notice of the selection of an agreed-upon mediator within 30 days. Consistent with that Order, the parties give the Court notice of the selection of Attorney Howard H. Vogel of Knoxville, Tennessee as their agreed-upon mediator.

September 23, 2024

/s/ Brant Harrell
Michele Johnson TN BPR 16756
Gordon Bonnyman, Jr. TN BPR 2419
Brant Harrell, TN BPR 24470
TENNESSEE JUSTICE CENTER
155 Lafayette Street
Nashville, TN 37210
Phone: (615) 255-0331
Fax: (615) 255-0354
mjohnson@tnjustice.org
gbonnyman@tnjustice.org
bharrell@tnjustice.org

Respectfully submitted,

/s/ Nicole Moss
Jonathan Skrmetti
Attorney General and Reporter

Meredith W. Bowen TN BPR #34044
Assistant Attorney General
Matthew P. Dykstra TN BPR #38237
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
meredith.bowen@ag.tn.gov

Jane Perkins (*pro hac vice*)  
Elizabeth Edwards (*pro hac vice)*  
Sarah Grusin (*pro hac vice*)  
NATIONAL HEALTH LAW PROGRAM  
1512 E. Franklin St., Suite 110  
Chapel Hill, NC 27614  
Phone: (919) 968-6308  
perkins@healthlaw.org  
edwards@healthlaw.org  
grusin@healthlaw.org  

Gregory Lee Bass (*pro hac vice*)  
NATIONAL CENTER FOR LAW  
AND ECONOMIC JUSTICE  
275 Seventh Avenue, Suite 1506  
New York, NY 10001  
Phone: (212) 633-6967  
bass@nclej.org  

Faith E. Gay (*pro hac vice*)  
Jennifer M. Selendy (*pro hac vice*)  
Andrew R. Dunlap (*pro hac vice*)  
Babak Ghafarzade (*pro hac vice*)  
David Coon (*pro hac vice*)  
Laura King *(pro hac vice)*  
Alvaro Mon Cureno *(pro hac vice)*  
SELENDY GAY PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
Phone: (212) 390-9000  
fgay@selendygay.com  
jselendy@selendygay.com  
adunlap@selendygay.com  
bghafarzade@selendygay.com  
dcoon@selendygay.com  
lking@selendygay.com  
amoncureno@selendygay.com  

*Attorneys for Plaintiffs*

Michael Kirk*  
Nicole Moss*  
Harold S. Reeves*  
William V. Bergstrom*  
COOPER & KIRK, PLLC  
1523 New Hampshire Avenue, NW  
Washington, D.C. 20036  
mkirk@cooperkirk.com  
nmoss@cooperkirk.com  
*Appearing *pro hac vice*

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on this 23rd day of September, 2024.

Jonathan Skrmetti
Attorney General and Reporter

Meredith W. Bowen TN BPR #34044
Assistant Attorney General
Matthew P. Dykstra TN BPR #38237
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
meredith.bowen@ag.tn.gov
matthew.dykstra@ag.tn.gov


Michael Kirk
Nicole Moss
Harold S. Reeves
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
mkirk@cooperkirk.com
nmoss@cooperkirk.com
hreeves@cooperkirk.com
wbergstrom@cooperkirk.com

/s/ Brant Harrell

_____
Brant Harrell